AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corp. and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>VISA, INC., a Delaware corporation; VISA USA, INC., a Delaware corporation; (See ATTACHMENT A)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. ~~3:16-cv-01150~~<br>) 4:16-cv-1150 DMR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See ATTACHMENT B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick J. Coughlin
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
619/231-1058

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Susan Y. Soong

Date: 3/9/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                            _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT A

Defendants (cont.)

MASTERCARD INTERNATIONAL INCORPORATED; a Delaware corporation; AMERICAN EXPRESS COMPANY, a New York corporation; DISCOVER FINANCIAL SERVICES, an Illinois corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a Delaware corporation; CAPITAL ONE FINANCIAL CORPORATION, a Delaware corporation; CHASE BANK USA, NATIONAL ASSOCIATION, a national banking association; CITIBANK (SOUTH DAKOTA), N.A., a South Dakota bank; CITIBANK, N.A., a national banking association; PNC BANK, NATIONAL ASSOCIATION, a national banking association; USAA SAVINGS BANK, a Nevada corporation; U.S. BANCORP NATIONAL ASSOCIATION, a national banking association; WELLS FARGO BANK, N.A., a national banking association; EMVCo, LLC, a Delaware limited liability company; JCB CO. LTD, a Japanese company; and UNIONPAY, a Chinese bank association,

## ATTACHMENT B

VISA, INC.
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

VISA USA, INC.
Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MASTERCARD INTERNATIONAL INCORPORATED
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

AMERICAN EXPRESS COMPANY
Registered Agent:
CT Corporation System
111 Eighth Avenue
New York, NY 10011

DISCOVER FINANCIAL SERVICES
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

BANK OF AMERICA, N.A.
Registered Agent:
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

BARCLAYS BANK DELAWARE
Registered Agent:
Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

CAPITAL ONE FINANCIAL CORPORATION
Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

CITIBANK (SOUTH DAKOTA), N.A.
HQ:
701 East 60th Street North
Sioux Falls, SD 57104

CITIBANK, N.A.
Registered Agent:
CT Corporation System
1 Corporate Center, Floor 11
Hartford, CT 06103

CHASE BANK USA, NATIONAL ASSOCIATION
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PNC BANK, NATIONAL ASSOCIATION
Registered Agent:
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, MD 21202

USAA SAVINGS BANK, a Nevada corporation
Registered Agent:
The Corporation Trust Company of Nevada
701 South Carson Street, Suite 200
Carson City, NV 89701

U.S. BANCORP NATIONAL ASSOCIATION
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

WELLS FARGO BANK, N.A.
Registered Agent:
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

EMVCo, LLC
Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

JCB CO. LTD
HQ:
5-1-22, Minami Aoyama, Minato-ku
Tokyo 107-8686
Japan

UNIONPAY
HQ:
6F, CUP Mansion
No. 36 Hanxiao Road
Pudong New District
Shanghai, 200135
China