1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | PATRICK J. COUGHLIN (111070)
  | DAVID W. MITCHELL (199706)
3 | ALEXANDRA S. BERNAY (211068)
  | CARMEN A. MEDICI (248417)
4 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101-8498
5 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
6 | patc@rgrdlaw.com
  | davidm@rgrdlaw.com
7 | xanb@rgrdlaw.com
  | cmedici@rgrdlaw.com
8 |
  | DEVINE GOODMAN RASCO &
9 |   WATTS-FITZGERALD, LLP
  | JOHN W. DEVINE
10| LAWRENCE D. GOODMAN
  | ROBERT J. KUNTZ, JR.
11| 2800 Ponce De Leon Blvd., Suite 1400
  | Coral Gables, FL  33134
12| Telephone:  305/374-8200
  | 305/374-8208 (fax)
13| jdevine@devinegoodman.com
  | lgoodman@devinegoodman.com
14| rkuntz@devinegoodman.com

15| Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>     vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>                            Defendants. | Case No. 4:16-cv-01150-DMR<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF CARMEN A. MEDICI |

1126903_1

1  TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that Carmen A. Medici (cmedici@rgrdlaw.com) of Robbins Geller

3  Rudman & Dowd LLP hereby enters his appearance on behalf of plaintiffs B & R Supermarket, Inc.,

4  d/b/a Milam's Market and Grove Liquors LLC in the above-captioned litigation, and requests that all

5  pleadings, notices, orders, correspondence and other papers in connection with this action be served

6  upon him at the e-mail address listed above.

7  DATED:  March 10, 2016                    ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
8                                                             PATRICK J. COUGHLIN
                                                              DAVID W. MITCHELL
9                                                             ALEXANDRA S. BERNAY
                                                              CARMEN A. MEDICI

11

                                                                   s/ Carmen A. Medici
12                                                             CARMEN A. MEDICI

13                                                         655 West Broadway, Suite 1900
                                                           San Diego, CA  92101-8498
14                                                         Telephone:  619/231-1058
                                                           619/231-7423 (fax)
15
                                                           DEVINE GOODMAN RASCO &
16                                                             WATTS-FITZGERALD, LLP
                                                           JOHN W. DEVINE
17                                                         LAWRENCE D. GOODMAN
                                                           ROBERT J. KUNTZ, JR.
18                                                         2800 Ponce De Leon Blvd., Suite 1400
                                                           Coral Gables, FL  33134
19                                                         Telephone:  305/374-8200
                                                           305/374-8208 (fax)
20
                                                           Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2016.

s/ Carmen A. Medici
CARMEN A. MEDICI

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: cmedici@rgrdlaw.com

1126903_1

# Mailing Information for a Case 4:16-cv-01150-DMR B & R Supermarket, Inc., et al v. Visa, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,slandry@rgrdlaw.com,cmedici@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`