# EXHIBIT A

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
DAVID W. MITCHELL (199706)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

DEVINE GOODMAN RASCO &
  WATTS-FITZGERALD, LLP
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL  33134
Telephone:  305/374-8200
305/374-8208 (fax)
jdevine@devinegoodman.com
lgoodman@devinegoodman.com
rkuntz@devinegoodman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>          vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>                          Defendants. | Case No. 3:16-cv-01150-WHA<br><br>CLASS ACTION<br><br>DECLARATION OF JORDAN ABOLAFIA |

1.      My name is Jordan Abolafia, I reside in Broward County, I am more than 18 years of age, and I have personal knowledge of the matters attested to in this declaration.

2.      I am employed by Grove Liquors, LLC, a plaintiff in this lawsuit, *B & R Supermarket, Inc. v. Visa, Inc.*, No. 4:16-cv-01150, now pending in the Oakland Division of the United States District Court for the Northern District of California.

3.      I work at the 2969 McDonald Street store in Coconut Grove, Florida, where I have been a cashier since January 2016.

4.      My duties include serving store customers and ringing up their purchases.

5.      In about three quarters of the transactions I process, the store customer pays with a payment card of some kind.

6.      In recent weeks, about 75% of customers paying with a payment card have been presenting cards with EMV chips.  The balance of the cards have only magnetic stripes.

7.      Although we have EMV-chip capable POS card readers, we are not able to use them or process the EMV chips because the machines and the EMV chip readers have not been certified yet, so even customers with EMV chip cards are asked to swipe their magnetic strip.

8.      In order to avoid fraudulent transactions, because the POS machines cannot process EMV chip cards, we are asking all customers who pay with a card to present identification before we finalize the sale and have them sign.

9.      I have received complaints from customers about this process, and objections that they have to present identification to complete the sale.

10.     In addition, this process means transactions take longer to process, causing delays, longer lines and dissatisfaction among customers.

11.     Also, many customers take offense at having to present their identification.

12.    In at least one instance, on March 3, 2016, a customer – having been asked for her identification – left her items on the counter and exited the store, angrily declaring she would never come back.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on _____March  11_____ , 2016.


_____
JORDAN ABOLAFIA