| Attorney or Party without Attorney:<br>Patrick J. Coughlin, Esq., Bar #111070<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone No: 619-231-1058   FAX No: 619-231-7423 | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | | |
| Plaintiff: B & R Supermarket, Inc., et al. | | | | | |
| Defendant: Visa, Inc., a Delaware corporation, et al. | | | | | |
| **Affidavit Of Service**<br>**PROOF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>16CV01150DMR | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Donna M. Ryu; Notice Of Settlement Conference And Settlement Conference Order For Judge Ryu; Notice Re Telephonic Appearance Procedures For Magistrate Judge Donna M. Ryu; Ecf Registration Information; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Filing Procedures (Oakland)

3. a. Party served:   American Express Company, a New York corporation
   b. Person served:   Elena Boutokova, Person Authorized to Accept Service, Caucasian, Female, 45 - 50 Years Old, Blond Hair, Wearing Glasses, 5' 8", 135 - 145 pounds.

4. Address where the party was served:   CT Corporation
   111 Eighth Avenue
   New York, NY 10011

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Mar. 10, 2016 (2) at: 2:00PM

7. Person Who Served Papers:
   a. Bobby Ali
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   3/16/2016
   (Date)                (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 16 TH day of MARCH, 2016 by Bobby Ali
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)   patcou.155324

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2018

Affidavit Of Service
PROOF SUMMONS