1  Robert J. Vizas (No. 56187)
   robert.vizas@aporter.com
2  Sharon D. Mayo (No. 150469)
   sharon.mayo@aporter.com
3  ARNOLD & PORTER LLP
   Three Embarcadero Center, 10th Floor
4  San Francisco, CA 94111-4024
   Telephone:     415.471.3100
5  Facsimile:     415.471.3400

6  Attorneys for VISA INC. and
   VISA U.S.A. INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  B & R SUPERMARKET, INC., d/b/a/          Case No.: 3:16-cv-01150-WHA
    MILAM'S MARKET, a Florida corporation,
13  and GROVE LIQUORS LLC, a Florida         **NOTICE OF APPEARANCE PURSUANT
    limited liability company, Individually and on   TO CIVIL L.R. 5-1(c)(2)**
14  Behalf of All Others Similarly Situated,

15                         Plaintiffs,

16          vs.

17  VISA, INC., a Delaware corporation; VISA
    USA, INC., a Delaware corporation;
18  MASTERCARD INTERNATIONAL
    INCORPORATED; a Delaware corporation;
19  AMERICAN EXPRESS COMPANY, a New
    York corporation; DISCOVER FINANCIAL
20  SERVICES, an Illinois corporation; BANK OF
    AMERICA, N.A., a national banking
21  association; BARCLAYS BANK
    DELAWARE, a Delaware corporation;
22  CAPITAL ONE FINANCIAL
    CORPORATION, a Delaware corporation;
23  CHASE BANK USA, NATIONAL
    ASSOCIATION, a national banking
24  association; CITIBANK (SOUTH DAKOTA),
    N.A., a South Dakota bank; CITIBANK, N.A.,
25  a national banking association; PNC BANK,
    NATIONAL ASSOCIATION, a national
26  banking association; USAA SAVINGS
    BANK, a Nevada corporation;
27

28  [Caption continued on following page.]

1  U.S. BANCORP NATIONAL
   ASSOCIATION, a national banking
2  association; WELLS FARGO BANK, N.A., a
   national banking association; EMVCo, LLC, a
3  Delaware limited liability company; JCB CO.
   LTD, a Japanese company; and UNIONPAY, a
4  Chinese bank association,

5                          Defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Robert J. Vizas of Arnold & Porter LLP hereby enters his appearance as counsel for defendants Visa Inc. and Visa U.S.A. Inc. in the above-captioned matter, and requests that notice of all further proceedings, except original process, be served upon him at the address stated below:

Robert J. Vizas
robert.vizas@aporter.com
Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400


Dated:  March 16, 2016                    ARNOLD & PORTER LLP



                                          By:   /s/ Robert J. Vizas
                                                ROBERT J. VIZAS

                                          Attorneys for Defendants
                                          VISA INC. and VISA U.S.A. INC.