Robert J. Vizas (No. 56187)
robert.vizas@aporter.com
Sharon D. Mayo (No. 150469)
sharon.mayo@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400

Attorneys for VISA INC. and
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a/ MILAM'S MARKET, a Florida corporation, and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated, <br><br>   Plaintiffs, <br><br>   vs. <br><br> VISA, INC., a Delaware corporation; VISA USA, INC., a Delaware corporation; MASTERCARD INTERNATIONAL INCORPORATED; a Delaware corporation; AMERICAN EXPRESS COMPANY, a New York corporation; DISCOVER FINANCIAL SERVICES, an Illinois corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a Delaware corporation; CAPITAL ONE FINANCIAL CORPORATION, a Delaware corporation; CHASE BANK USA, NATIONAL ASSOCIATION, a national banking association; CITIBANK (SOUTH DAKOTA), N.A., a South Dakota bank; CITIBANK, N.A., a national banking association; PNC BANK, NATIONAL ASSOCIATION, a national banking association; USAA SAVINGS BANK, a Nevada corporation; | Case No.: 3:16-cv-01150-WHA <br><br> **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |

75498548v1

[Caption continued on following page.]

U.S. BANCORP NATIONAL ASSOCIATION, a national banking association; WELLS FARGO BANK, N.A., a national banking association; EMVCo, LLC, a Delaware limited liability company; JCB CO. LTD, a Japanese company; and UNIONPAY, a Chinese bank association,

            Defendants.

TO THE CLERK, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sharon D. Mayo of Arnold & Porter LLP hereby enters her appearance as counsel for defendants Visa Inc. and Visa U.S.A. Inc. in the above-captioned matter, and requests that notice of all further proceedings, except original process, be served upon her at the address stated below:

> Sharon D. Mayo
> sharon.mayo@aporter.com
> Arnold & Porter LLP
> Three Embarcadero Center, 10th Floor
> San Francisco, CA  94111-4024
> Telephone:    415.471.3100
> Facsimile:     415.471.3400

Dated:  March 16, 2016    ARNOLD & PORTER LLP

By:  /s/ *Sharon D. Mayo*
     SHARON D. MAYO

Attorneys for Defendants
VISA INC. and VISA U.S.A. INC.