**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association, <br><br> Defendants. | No. C 16-01150 WHA <br><br> **CASE MANAGEMENT ORDER RE LAW FIRM PLAN FOR IN COURT OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. It is the way one generation will teach the next to try cases and to maintain our district's reputation for excellence in trial practice. This order requests by **NOON ON APRIL 14, 2016**, that each law firm representing a party herein submit a five page plan explaining how it intends, in this case, to provide opportunities for junior attorneys (who have graduated from law school within the past six years) to argue

motions, take depositions, and examine witnesses at trial.  The five page plans should please name specific associates and name the specific opportunities the law firms have in mind for them.  The submissions shall please also state whether it would be useful to require client representatives to attend the upcoming case management conference where this subject will be discussed.  Plaintiffs shall promptly serve this order on all defendants.

**IT IS SO ORDERED.**

Dated:  March 17, 2016. 

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE