| | |
|---|---|
| 1 | RAOUL D. KENNEDY (Bar No. 40892) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 525 University Avenue, Suite 1400 |
| | Palo Alto, California 94301 |
| 3 | Telephone: (650) 470-4500 |
| | Facsimile:  (650) 470-4570 |
| 4 | Email:      raoul.kennedy@skadden.com |
| 5 | PETER E. GREENE (*pro hac vice* forthcoming) |
| | BORIS BERSHTEYN (*pro hac vice* forthcoming) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | Four Times Square |
| 7 | New York, NY 10036 |
| | Telephone: (212) 735-3000 |
| 8 | Facsimile   (917) 777-3000 |
| | Email:      peter.greene@skadden.com |
| 9 | Email:      boris.bershteyn@skadden.com |
| 10 | Attorneys for Defendant |
| | CHASE BANK USA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, | CASE NO.: 3:16-CV-01150-WHA |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Raoul D. Kennedy of Skadden, Arps, Slate, Meagher & Flom LLP is appearing in this matter on behalf of Defendant Chase Bank USA, N.A.

Defendant hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to or served upon Defendant's counsel at the address set forth below:

>RAOUL D. KENNEDY (Bar No. 40892)
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>525 University Avenue, Suite 1400
>Palo Alto, California 94301
>Telephone:     (650) 470-4500
>Facsimile:     (650) 470-4570
>Email:     raoul.kennedy@skadden.com

DATED: March 18, 2016

>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>
>By:     /s/ Raoul D. Kennedy
>           Raoul D. Kennedy
>
>Attorneys for Defendant
>CHASE BANK USA, N.A.