Kendall Millard (*pro hac vice* forthcoming)
kmillard@btlaw.com
Bradley R. Love (Bar No. 251691)
blove@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone:  (317) 236-1313
Fax:  (317) 231-7433

Attorneys for USAA SAVINGS BANK.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a/ MILAM'S MARKET, and GROVE LIQUORS LLC,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; USAA SAVINGS BANK; U.S. BANCORP NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO. LTD; and UNIONPAY,<br><br>                    Defendants. | Case No.: 3:16-cv-01150-WHA<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Bradley R. Love, a member of good standing in this Court,

3  hereby enters his appearance as counsel of record on behalf of Defendant USAA Savings Bank, in

4  the above-captioned matter. Notice of all further proceedings, except original process, may be

5  served upon him at the following address:

6  Bradley R. Love
   blove@btlaw.com
7  BARNES & THORNBURG LLP
   11 South Meridian Street
8  Indianapolis, IN 46204-3535
   Telephone:  (317) 236-1313
9  Fax:  (317) 231-7433

10

11  Dated:  March 21, 2016                    BARNES & THORNBURG LLP

12

13                                            By:    */s/ Bradley R. Love*
                                                     Bradley R. Love

14                                            Attorneys for Defendant USAA Savings Bank

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
NOTICE OF APPEARANCE