Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC. etc.

          Plaintiff(s),

v.

VISA, INC., a Delaware corporation, et

          Defendant(s).

Case No: 4:16-cv-01150

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lawrence D. Goodman, an active member in good standing of the bar of Florida and SDFLA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: B & R Supermarket, Inc. etc. in the above-entitled action. My local co-counsel in this case is Patrick J. Coughlin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, FL 33134 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498 |
| MY TELEPHONE # OF RECORD:<br>(305) 374-8200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 231-1058 |
| MY EMAIL ADDRESS OF RECORD:<br>lgoodman@devinegoodman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>patc@rgrdlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 712647.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

          Lawrence D. Goodman
          APPLICANT *for LDG*

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lawrence D. Goodman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 21, 2016.

          UNITED STATES DISTRICT/MAGISTRATE JUDGE