| | |
|---|---|
| Sean D. Meenan (SBN 260466) <br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> *smeenan@winston.com* <br> *jparsigian@winston.com* | Robert Y. Sperling (*pro hac vice forthcoming*) <br> Joseph L. Motto (*pro hac vice forthcoming*) <br> WINSTON & STRAWN LLP <br> 35 West Wacker Drive <br> Chicago, IL 60601 <br> Telephone: (312) 558-5600 <br> Facsimile:  (312) 558-5700 <br> *rsperling@winston.com* <br> *jmotto@winston.com* |
| Elizabeth P. Papez (*pro hac vice forthcoming*) <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, DC 200006 <br> Telephone: (202) 282-5000 <br> Facsimile: (202) 282-5100 <br> *epapez@winston.com* | *Attorneys for Defendant Discover Financial Services* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD.; and UNIONPAY, a Chinese bank association, <br><br> Defendants. | **Case No.** 3:16-cv-01150-WHA <br><br> **NOTICE OF APPEARANCE FOR JEANIFER E. PARSIGIAN** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jeanifer E. Parsigian of the law firm Winston & Strawn LLP,

3  who is a member of the bar of this Court, hereby enters her appearance in this action on behalf of

4  Defendant Discover Financial Services.  Ms. Parsigian's contact information is as follows:

5  Jeanifer E. Parsigian
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA 94111
7  Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
8  Email: jparsigian@winston.com

10  Dated:  March 21, 2016        WINSTON & STRAWN LLP

12                                 By:   */s/Jeanifer E. Parsigian*
                                         Sean D. Meenan
13                                       Jeanifer E. Parsigian
                                         WINSTON & STRAWN LLP
14                                       101 California Street
                                         San Francisco, CA 94111
15                                       Telephone: (415) 591-1000
                                         Facsimile: (415) 591-1400
16                                       smeenan@winston.com
                                         jparsigian@winston.com

                                         Elizabeth P. Papez (*pro hac vice* forthcoming)
18                                       WINSTON & STRAWN LLP
                                         1700 K Street, N.W.
19                                       Washington, DC 200006
                                         Telephone: (202) 282-5000
20                                       Facsimile: (202) 282-5100
                                         *epapez@winston.com*

                                         Robert Y. Sperling (*pro hac vice* forthcoming)
22                                       Joseph L. Motto (*pro hac vice* forthcoming)
                                         WINSTON & STRAWN LLP
23                                       35 West Wacker Drive
                                         Chicago, IL 60601
24                                       Telephone: (312) 558-5600
                                         Facsimile:  (312) 558-5700
25                                       *rsperling@winston.com*
                                         *jmotto@winston.com*

                                         Attorneys for Defendant
27                                       DISCOVER FINANCIAL SERVICES

28

1