| | |
|---|---|
| Sean D. Meenan (SBN 260466)<br>Jeanifer E. Parsigian (SBN 289001)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>*smeenan@winston.com*<br>*jparsigian@winston.com* | Robert Y. Sperling (*pro hac vice forthcoming*)<br>Joseph L. Motto (*pro hac vice forthcoming*)<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile:  (312) 558-5700<br>*rsperling@winston.com*<br>*jmotto@winston.com* |
| Elizabeth P. Papez (*pro hac vice forthcoming*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC 200006<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>*epapez@winston.com* | *Attorneys for Defendant Discover Financial Services* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD.; and UNIONPAY, a Chinese bank association,<br><br>　　　　　Defendants. | **Case No.** 3:16-cv-01150-WHA<br><br>**NOTICE OF APPEARANCE FOR SEAN D. MEENAN** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sean D. Meenan of the law firm Winston & Strawn LLP, who is a member of the bar of this Court, hereby enters his appearance in this action on behalf of Defendant Discover Financial Services. Mr. Meenan's contact information is as follows:

>   Sean D. Meenan
>   WINSTON & STRAWN LLP
>   101 California Street
>   San Francisco, CA 94111
>   Telephone: (415) 591-1000
>   Facsimile: (415) 591-1400
>   Email: smeenan@winston.com

Dated: March 21, 2016                    WINSTON & STRAWN LLP

                                         By:  */s/Sean D. Meenan*
                                              Sean D. Meenan
                                              Jeanifer E. Parsigian
                                              WINSTON & STRAWN LLP
                                              101 California Street
                                              San Francisco, CA 94111
                                              Telephone: (415) 591-1000
                                              Facsimile: (415) 591-1400
                                              smeenan@winston.com
                                              jparsigian@winston.com

                                              Elizabeth P. Papez (*pro hac vice* forthcoming)
                                              WINSTON & STRAWN LLP
                                              1700 K Street, N.W.
                                              Washington, DC 200006
                                              Telephone: (202) 282-5000
                                              Facsimile: (202) 282-5100
                                              *epapez@winston.com*

                                              Robert Y. Sperling (*pro hac vice* forthcoming)
                                              Joseph L. Motto (*pro hac vice* forthcoming)
                                              WINSTON & STRAWN LLP
                                              35 West Wacker Drive
                                              Chicago, IL 60601
                                              Telephone: (312) 558-5600
                                              Facsimile: (312) 558-5700
                                              *rsperling@winston.com*
                                              *jmotto@winston.com*

                                              Attorneys for Defendant
                                              DISCOVER FINANCIAL SERVICES