1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile:415.268.7522

5  MARK P. LADNER (*Pro Hac Vice* Application Forthcoming)
   MLadner@mofo.com
6  MICHAEL B. MILLER (*Pro Hac Vice* Application Forthcoming)
   MBMiller@mofo.com
7  MORRISON & FOERSTER LLP
   250 West 55th Street
8  New York, NY 10019-9601
   Telephone: 212.468.8000
9  Facsimile: 212.468.7900

10  NATALIE A. FLEMING NOLEN (*Pro Hac Vice* Application Forthcoming)
    NFlemingnolen@mofo.com
11  MORRISON & FOERSTER LLP
    2000 Pennsylvania Avenue, NW Suite 6000
12  Washington, DC 20006-1888
    Telephone: 202.887.1500
13  Facsimile: 202.887.0763

14

15  Attorneys for Defendant
    BANK OF AMERICA, N.A.

16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA, INC., a Delaware corporation; VISA USA, INC., a Delaware corporation; MASTERCARD INTERNATIONAL INCORPORATED; a Delaware corporation; AMERICAN EXPRESS COMPANY, A NEW YORK CORPORATION; DISCOVER FINANCIAL SERVICES, [Caption continued on following page.] | Case No. 3:16-cv-01150-WHA<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT BANK OF AMERICA, N.A.**<br><br>Date Action Filed:    March 8, 2016<br>Trial Date: |

1   an Illinois corporation; BANK OF AMERICA,
    N.A., a national banking association;
2   BARCLAYS BANK DELAWARE, a Delaware
    corporation; CAPITAL ONE FINANCIAL
3   CORPORATION, a Delaware corporation;
    CHASE BANK USA, NATIONAL
4   ASSOCIATION, a national banking association;
    CITIBANK (SOUTH DAKOTA), N.A., a South
5   Dakota bank; CITIBANK, N.A., a national
    banking association; PNC BANK NATIONAL
6   ASSOCIATION, a national banking association;
    USAA SAVINGS BANK, a Nevada corporation;
7   U.S. BANCORP NATIONAL ASSOCIATION, a
    national banking association; WELLS FARGO
8   BANK, N.A., a national banking association;
    EMVCO, LLC, a Delaware limited liability
9   company; JCB CO. LTD, a Japanese company;
    and UNIONPAY, a Chinese bank association,

10                  Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE of the appearance of Penelope A. Preovolos of Morrison &

3    Foerster LLP, as counsel of record for and on behalf of Defendant Bank of America, N.A., in the

4    above-referenced action.  Copies of all briefs, motions, orders, correspondence, and other papers

5    should be electronically served on the undersigned at PPreovolos@mofo.com.

6    Penelope A. Preovolos is licensed to practice law in the State of California, a member of

7    good standing of the California State Bar, and admitted to practice before the United States

8    District Court for the Northern District of California.

9    Dated: March 21, 2016                    MORRISON & FOERSTER LLP

10

11                                            By:  */s/ Penelope A. Preovolos*
                                                 PENELOPE A. PREOVOLOS
12

13                                            Attorneys for Defendant
                                              BANK OF AMERICA, N.A.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28