1 | Kenneth A. Gallo (*to be admitted pro hac vice*)
2 | Craig A. Benson (*to be admitted pro hac vice*)
  | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3 | 2001 K Street, NW
  | Washington, DC  20006-1047
4 | Telephone:  (202) 223-7300
  | Facsimile:   (202) 223-7420
5 | Email: kgallo@paulweiss.com
6 | Email: cbenson@paulweiss.com

7 | Stephen E. Taylor (SBN 058452)
8 | Cheryl A. Galvin (SBN 252262)
  | TAYLOR & COMPANY LAW OFFICES, LLP
9 | One Ferry Building, Suite 355
  | San Francisco, California 94111
10 | Telephone:  (415) 788-8200
   | Facsimile:   (415) 788-8208
11 | Email: staylor@tcolaw.com
   | Email: cgalvin@tcolaw.com

13 | Attorneys for Defendant
   | MASTERCARD INTERNATIONAL
14 | INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VISA, INC., a Delaware corporation; VISA USA, INC., a Delaware corporation; MASTERCARD INTERNATIONAL INCORPORATED, a Delaware corporation;<br><br>*[Caption continued on following page]* | Case No. 16-CV-01150 (WHA)<br><br>**NOTICE OF APPEARANCE OF STEPHEN E. TAYLOR** |

| | |
|---|---|
| 1 | AMERICAN EXPRESS COMPANY, a New York corporation; DISCOVER FINANCIAL SERVICES, an Illinois corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a Delaware corporation; CAPITAL ONE FINANCIAL CORPORATION, a Delaware corporation; CHASE BANK USA, NATIONAL ASSOCIATION, a national banking association; CITIBANK (SOUTH DAKOTA), N.A., a South Dakota bank; CITIBANK, N.A., a national banking association; PNC BANK, NATIONAL ASSOCIATION, a national banking association; USAA SAVINGS BANK, a Nevada corporation; U.S. BANCORP NATIONAL ASSOCIATION, a national banking association; WELLS FARGO BANK, N.A., a national banking association; EMVCo, LLC, a Delaware limited liability company; JCB CO. LTD, a Japanese company; and UNIONPAY, a Chinese bank association,<br><br>                    Defendants. |

1 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that attorney Stephen E. Taylor of the law firm Taylor &

3 Company Law Offices, LLP, a member of the State Bar of California (State Bar No. 058452)

4 and admitted to practice before this Court, and whose contact information appears below,

5 hereby enters an appearance as attorney of record for Defendant Mastercard International

6 Incorporated in the above-captioned action. Mr. Taylor's contact information is as follows:

> Stephen E. Taylor
> Taylor & Company Law Offices, LLP
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone: (415) 788-8200
> Facsimile: (415) 788-8208
> Email: staylor@tcolaw.com

Dated: March 22, 2016            Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By:     */s/ Stephen E. Taylor*
        Stephen E. Taylor

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

1.

NOTICE OF APPEARANCE OF STEPHEN E. TAYLOR: Case No. 16-CV-01150 (WHA)

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On March 22, 2016, I served true copies of the foregoing **NOTICE OF APPEARANCE OF STEPHEN E. TAYLOR** by CAND/ECF transmission on all parties so registered to receive electronic service in the above-captioned action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2016, at San Francisco, California.

_____
Jacob C. Metz