1  Kenneth A. Gallo (*to be admitted pro hac vice*)
2  Craig A. Benson (*to be admitted pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street, NW
   Washington, DC 20006-1047
4  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
5  Email: kgallo@paulweiss.com
6  Email: cbenson@paulweiss.com

7
   Stephen E. Taylor (SBN 058452)
8  Cheryl A. Galvin (SBN 252262)
   TAYLOR & COMPANY LAW OFFICES, LLP
9  One Ferry Building, Suite 355
   San Francisco, California 94111
10 Telephone: (415) 788-8200
   Facsimile: (415) 788-8208
11 Email: staylor@tcolaw.com
   Email: cgalvin@tcolaw.com
12

13 Attorneys for Defendant
   MASTERCARD INTERNATIONAL
14 INCORPORATED

15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VISA, INC., a Delaware corporation; VISA USA, INC., a Delaware corporation; MASTERCARD INTERNATIONAL INCORPORATED, a Delaware corporation;<br><br>*[Caption continued on following page]* | Case No. 16-CV-01150 (WHA)<br><br>**NOTICE OF APPEARANCE OF CHERYL A. GALVIN** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | AMERICAN EXPRESS COMPANY, a New York corporation; DISCOVER FINANCIAL SERVICES, an Illinois corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a Delaware corporation; CAPITAL ONE FINANCIAL CORPORATION, a Delaware corporation; CHASE BANK USA, NATIONAL ASSOCIATION, a national banking association; CITIBANK (SOUTH DAKOTA), N.A., a South Dakota bank; CITIBANK, N.A., a national banking association; PNC BANK, NATIONAL ASSOCIATION, a national banking association; USAA SAVINGS BANK, a Nevada corporation; U.S. BANCORP NATIONAL ASSOCIATION, a national banking association; WELLS FARGO BANK, N.A., a national banking association; EMVCo, LLC, a Delaware limited liability company; JCB CO. LTD, a Japanese company; and UNIONPAY, a Chinese bank association,<br><br>                    Defendants. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Cheryl A. Galvin of the law firm Taylor & Company Law Offices, LLP, a member of the State Bar of California (State Bar No. 252262) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendant Mastercard International Incorporated in the above-captioned action.  Ms. Galvin's contact information is as follows:

>Cheryl A. Galvin
>Taylor & Company Law Offices, LLP
>One Ferry Building, Suite 355
>San Francisco, California 94111
>Telephone: (415) 788-8200
>Facsimile:  (415) 788-8208
>Email: cgalvin@tcolaw.com

Dated:  March 22, 2016              Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By:    */s/ Cheryl A. Galvin*
          Cheryl A. Galvin

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On March 22, 2016, I served true copies of the foregoing **NOTICE OF APPEARANCE OF CHERYL A. GALVIN** by CAND/ECF transmission on all parties so registered to receive electronic service in the above-captioned action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2016, at San Francisco, California.

*/s/ Jacob C. Metz*
Jacob C. Metz

2.
NOTICE OF APPEARANCE OF CHERYL A. GALVIN: Case No. 16-CV-01150 (WHA)