REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Scott D. Baker (SBN 84923)
    Email:     sbaker@reedsmith.com
2   REED SMITH LLP
    101 Second Street
3   Suite 1800
    San Francisco, CA  94105-3659
4   Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269
5
    Attorneys for Defendant
6   PNC Bank, National Association

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  B & R SUPERMARKET, INC., d/b/a MILAM'S        Case No.  3:16-cv-01150-WHA
    MARKET, a Florida corporation, and GROVE
13  LIQUORS LLC, a Florida limited liability      CLASS ACTION
    company, Individually and on Behalf of All
14  Others Similarly Situated,                    **NOTICE OF APPEARANCE OF SCOTT D.
                                                  BAKER**
15                    Plaintiffs,

16         vs.

17  VISA, INC., a Delaware corporation; VISA USA,
    INC., a Delaware corporation; MASTERCARD
18  INTERNATIONAL INCORPORATED; a
    Delaware corporation; AMERICAN EXPRESS
19  COMPANY, A NEW YORK CORPORATION;
    DISCOVER FINANCIAL SERVICES, an Illinois
20  corporation; BANK OF AMERICA, N.A., a
    national banking association; BARCLAYS
21  BANK DELAWARE, a Delaware corporation;

22  [Caption continued on following page]

23

24

25

26

27

28

Case No.  3:16-cv-01150-WHA
NOTICE OF APPEARANCE OF SCOTT D. BAKER

1   CAPITAL ONE FINANCIAL CORPORATION,
    a Delaware corporation; CHASE BANK USA,
2   NATIONAL ASSOCIATION, a national banking
    association; CITIBANK (SOUTH DAKOTA),
3   N.A., a South Dakota bank; CITIBANK, N.A., a
    national banking association; PNC BANK
4   NATIONAL ASSOCIATION, a national banking
    association; USAA SAVINGS BANK, a Nevada
5   corporation; U.S. BANCORP NATIONAL
    ASSOCIATION, a national banking association;
6   WELLS FARGO BANK, N.A., a national
    banking association; EMVCO, LLC, a Delaware
7   limited liability company; JCB CO. LTD, a
    Japanese company; and UNIONPAY, a Chinese
8   bank association,

9                          Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.  3:16-cv-01150-WHA            – 1 –

1    PLEASE TAKE NOTICE that the following individual hereby enters an appearance as an

2    attorney of record on behalf of PNC Bank, National Association, in the above-captioned action.

3    Scott D. Baker
     REED SMITH LLP
4    101 Second Street
     Suite 1800
5    San Francisco, CA 94105-3659
     Telephone: +1 415 543 8700
6    Facsimile: +1 415 391 8269
     Email: sbaker@reedsmith.com

7

8    DATED:  March 22, 2016.
                                                  REED SMITH LLP
9

10
                                             By: */s/ Scott D. Baker*
11                                               Scott D. Baker (SBN 84923)
                                                 Attorney for Defendant
12                                               PNC Bank, National Association

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.  3:16-cv-01150-WHA          – 2 –