ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDI D. BANDMAN (California Bar No. 145212)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
randib@rgrdlaw.com

- and –

PATRICK J. COUGHLIN (111070)
DAVID W. MITCHELL (199706)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. 3:16-cv-01150-WHA<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF RANDI D. BANDMAN |

1130379_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that Randi D. Bandman (randib@rgrdlaw.com) of Robbins Geller

3  Rudman & Dowd LLP hereby enters her appearance on behalf of plaintiffs B & R Supermarket, Inc.,

4  d/b/a Milam's Market and Grove Liquors LLC in the above-captioned litigation, and requests that all

5  pleadings, notices, orders, correspondence and other papers in connection with this action be served

6  upon her at the e-mail address listed above.

7  DATED:  March 22, 2016            ROBBINS GELLER RUDMAN
                                          & DOWD LLP
8                                      RANDI D. BANDMAN
                                       (California Bar No. 145212)
9

10
                                              s/ Randi D. Bandman
11                                            RANDI D. BANDMAN

12                                     120 East Palmetto Park Road, Suite 500
                                       Boca Raton, FL  33432
13                                     Telephone:  561/750-3000
                                       561/750-3364 (fax)
14
                                       ROBBINS GELLER RUDMAN
15                                        & DOWD LLP
                                       PATRICK J. COUGHLIN
16                                     DAVID W. MITCHELL
                                       ALEXANDRA S. BERNAY
17                                     CARMEN A. MEDICI
                                       655 West Broadway, Suite 1900
18                                     San Diego, CA  92101-8498
                                       Telephone:  619/231-1058
19                                     619/231-7423 (fax)

20                                     ROBBINS GELLER RUDMAN
                                          & DOWD LLP
21                                     ARMEN ZOHRABIAN
                                       Post Montgomery Center
22                                     One Montgomery Street, Suite 1800
                                       San Francisco, CA  94104
23                                     Telephone:  415/288-4545
                                       415/288-4534 (fax)
24

25

26

27

28

1130379_1   NOTICE OF APPEARANCE OF  RANDI D. BANDMAN - 3:16-cv-01150-WHA                     - 1 -

1
2  DEVINE GOODMAN RASCO &
     WATTS-FITZGERALD, LLP
3  JOHN W. DEVINE
   LAWRENCE D. GOODMAN
4  ROBERT J. KUNTZ, JR.
   2800 Ponce De Leon Blvd., Suite 1400
5  Coral Gables, FL  33134
   Telephone:  305/374-8200
6  305/374-8208 (fax)

   Attorneys for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2016.

       s/ Randi D. Bandman
       RANDI D. BANDMAN

       ROBBINS GELLER RUDMAN
        & DOWD LLP
       120 East Palmetto Park Road, Suite 500
       Boca Raton, FL  33432
       Telephone:  561/750-3000
       561/750-3364 (fax)

       E-mail:  randib@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sean D. Meenan**
  smeenan@winston.com,lschuh@winston.com,recordssf@winston.com,pacercourtfile@winston.com,docketsf@winston.com,lpearce@winston.com

- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,etaglang@reedsmith.com,cshanahan@reedsmith.com,drothschild@reedsmith.com

- **Craig A Benson**
  CBenson@paulweiss.com,wmcauliffe@paulweiss.com,DFerster@paulweiss.com,mao_fednational@paulweiss.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John William Devine**
  jdevine@devinegoodman.com

- **Tiffani B Figueroa**
  TFigueroa@mofo.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com

- **Peter E Greene**
  peter.greene@skadden.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com

- **Bradley Robert Love**
  bradley.love@btlaw.com,lori.robertson@btlaw.com,kmillard@btlaw.com,deb.adams@btlaw.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com,drzepela@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Kendall Millard**
  kmillard@btlaw.com,lroberts@btlaw.com,cstamas@btlaw.com

- **Michael B. Miller**
  mbmiller@mofo.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Laurence Motto**
  JMotto@winston.com

- **Elizabeth P Papez**
  epapez@winston.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com

- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com

- **Robert Yale Sperling**
  rsperling@winston.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com

- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`