# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC., et al. | ) Case No: 3:16-cv-01150 |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| VISA, INC., et al. | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) |

I, <u>Mark P. Ladner</u>, an active member in good standing of the bar of <u>Appellate Division of the Supreme Court of New York</u>, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: <u>Bank of America, N.A</u> in the above-entitled action. My local co-counsel in this case is <u>Penelope Preovolos</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morrison & Foerster | Morrison & Foerster |
| 250 West 55th Street | 425 Market Street |
| New York, NY 10019 | San Francsico, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 336-4257 | (415) 268-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mladner@mofo.com | ppreovolos@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>1084409</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 21, 2015                           <u>Mark P. Ladner</u>
                                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Mark P. Ladner</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 23, 2016.
                                                         <u>UNITED STATES DISTRICT/MAGISTRATE JUDGE</u>

*PRO HAC VICE* APPLICATION & ORDER