**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association,<br><br>   Defendants. | No. C 16-01150 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEYS JOHN DEVINE, NATALIE NOLEN, DANIEL BOOKER, MICHELLE MANTINE, ELIZABETH PAPEZ, PETER GREENE, BORIS BERSHTEYN, EVAN KREINER, ROBERT SPERLING, HARRY KOULOS, JOSEPH MOTTO, KENDALL MILLARD, AND CRAIG BENSON** |

   The *pro hac vice* applications of Attorneys John Devine, Natalie Nolen, Daniel Booker, Michelle Mantine, Elizabeth Papez, Peter Greene, Boris Bershteyn, Evan Kreiner, Robert Sperling, Harry Koulos, Joseph Motto, Kendall Millard, and Craig Benson (Dkt. Nos. 49, 56, 63–70, 72–74) are **DENIED** for failing to comply with Civil Local Rule 11–3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia,

*specifying such bar*" (emphasis added).  Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas).  While the application fees do not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: March 23, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2