# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., et al.

                Plaintiff(s),

v.

VISA, INC., ET AL.

                Defendant(s).

Case No: 3:16-cv-01150

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joseph L. Motto, an active member in good standing of the bar of the Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Discover Financial Services in the above-entitled action. My local co-counsel in this case is Sean D. Meenan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>35 W. Wacker Drive<br>Chicago, Illinois  60601 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>101 California Street<br>San Francisco, CA  94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 558-5600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>jmotto@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>smeenan@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6298060.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: March 23, 2016

                                          */s/ Joseph L. Motto*
                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph L. Motto is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE