Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R Supermarket, Inc., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> VISA, Inc., et al., <br><br> Defendant(s). | Case No: 3:16-cv-01150 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Kenneth A. Gallo, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: MasterCard International Incorporated in the above-entitled action. My local co-counsel in this case is Stephen E. Taylor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 2001 K Street, NW, Washington, DC  20006 | Taylor & Company Law Offices, LLP, One <br> Ferry Building, # 355, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: <br> (202) 223-7356 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 788-8200 |
| MY EMAIL ADDRESS OF RECORD: <br> kgallo@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> staylor@tcolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 371253.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 23, 2016

Kenneth A. Gallo
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kenneth A. Gallo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                                    October 2012