Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC., etc.,<br><br>      Plaintiff(s),<br>  v.<br>VISA, INC., et. al.<br><br>      Defendant(s). | Case No: 4:16-cv-01150<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, John W. Devine, an active member in good standing of the bar of Supreme Court of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: B & R Supermarket, Inc. in the above-entitled action. My local co-counsel in this case is Patrtick J. Coughlin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, FL 33134 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498 |
| MY TELEPHONE # OF RECORD:<br>(305) 374-8200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 231-1058 |
| MY EMAIL ADDRESS OF RECORD:<br>jdevine@devinegoodman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>patc@rgrdlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 708607.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                 John W. Devine
                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John W. Devine is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.                      
                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                 *October 2012*