Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., et al.

Plaintiff(s),

v.

VISA, INC, et al.

Defendant(s).

Case No: 3:16-cv-01150-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Frederick Matthew Ralph, an active member in good standing of the bar of Minnesota Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: U.S. Bank National Association in the above-entitled action. My local co-counsel in this case is Martha C. Luemers, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: Dorsey & Whitney LLP<br>50 South 6th Street, Suite 1500<br>Minneapolis, MN 55402-1498 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Dorsey & Whitney LLP<br>305 Lytton Ave., Palo Alto, CA 94301 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(612) 492-6964 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 857-1717 |
| MY EMAIL ADDRESS OF RECORD:<br>ralph.matthew@dorsey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>luemers.martha@dorsey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0323202.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/28/16

Frederick Matthew Ralph
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Frederick Matthew Ralph is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 28, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE