Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B & R Supermarket, Inc., et al., )
                Plaintiff(s), )  Case No: 3:16-cv-01150
   v. )
Visa, Inc., et al., ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                Defendant(s). ) (CIVIL LOCAL RULE 11-3)

    I, Casey Erin Lucier, an active member in good standing of the bar of Eastern District of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wells Fargo Bank, N.A. in the above-entitled action. My local co-counsel in this case is David C. Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, VA 23219 | McGuireWoods LLP, 1 Embarcadero, 5th Floor, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (804) 775-7695 | (415) 844-1970 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| clucier@mcguirewoods.com | dpowell@mcguirewoods.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 80363.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/28/16          Casey Erin Lucier
                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Casey Erin Lucier is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2016.

                             UNITED STATES DISTRICT/MAGISTRATE JUDGE