IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VISA INC., a Delaware corporation, VISA USA, INC., a Delaware corporation, et al.,<br><br>    Defendants. | No. C 16-01150 WHA<br><br>**ORDER RE ADR DEADLINES** |

Please contact and consult with the ADR Unit prior to the case management conference on April 21, 2016.

**IT IS SO ORDERED.**

Dated: March 31, 2016.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE