1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

16

17

18

19

20

21

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>                Defendants. | Case No. 3:16-cv-01150-WHA<br><br>CLASS ACTION<br><br>JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE STATEMENT<br><br>DATE:       April 21, 2016<br>TIME:       11:00 a.m.<br>CTRM      8 – 19th Floor<br>JUDGE:    Honorable William H. Alsup |

22
23
24
25
26
27
28

1137978_1

Pursuant to Federal Rules of Civil Procedure 16 and 26, as well as Local Civil Rules 16-9 and 16-10, the parties in this action have met and conferred and hereby submit this Joint Case Management and Federal Rule of Civil Procedure 26(f) Conference Statement.

## I.   JURISDICTION AND SERVICE

Plaintiffs assert claims under Sections 1 and 3 of the Sherman Antitrust Act, 15 U.S.C. §§1 and 3, California's Cartwright Act and, with respect to unjust enrichment, the common law. Dkt. No. 1.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §1332(d) and the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1711, *et seq*.  There are no issues pending regarding jurisdiction or venue.  All parties have been served other than defendants JCB Co. Ltd., headquartered in Tokyo, Japan, and UnionPay, headquartered in Shanghai, China.[1] Plaintiffs have been informed by the process server that the process will take between 6 and 8 months and potentially longer.  Defendants propose a deadline of 8 months.  Plaintiffs accept an 8-month time frame as long as they can seek enlargement of time for good cause.

## II.   FACTUAL ISSUES

PLAINTIFFS' STATEMENT: On March 8, 2016, Plaintiffs filed the Complaint on behalf of merchants who purchased EMV-chip-compliant point-of-sale card readers and otherwise complied with Defendants' directives but were nevertheless subjected to MasterCard, Visa, Discover, and American Express credit and charge card chargebacks in connection with the so-called October 1, 2015 "Liability Shift." Dkt. No. 1, ¶5.  Plaintiffs have asserted claims under Sections 1 and 3 of the Sherman Antitrust Act, and under the Cartwright Act, as well as a claim for unjust enrichment.

Plaintiffs allege that, before the October 1, 2015 Liability Shift, the Class was not typically liable for the cost of fraudulent charges in "card present" transactions. Plaintiffs allege,

---

[1]   Plaintiffs have begun the process of serving JCB and UnionPay and have been informed that the process will likely take several months.  Plaintiffs named "U.S. Bancorp National Association," a non-existent entity, but served U.S. Bank National Association ("U.S. Bank"). Plaintiffs and U.S. Bank are discussing how to resolve this issue.  Plaintiffs named Citibank (South Dakota), N.A. and Citibank, N.A.  Citibank, N.A. appears for itself and as successor in interest to Citibank (South Dakota), N.A.

1    however, that Defendants agreed that on October 1, 2015 – without any opportunity for members

2    of the Class to object or to opt out – the system for handling chargebacks for card present

3    transactions would change.  After that date, the card-issuing banks and the Networks decreed that

4    merchants in the Class were liable for chargebacks attributed to any card present chip card

5    transaction not processed on "certified" chip card reading point of sale ("POS") devices.

6    Defendants also allegedly knew that Class members would not be able to obtain, install and have

7    "certified" the necessary equipment and software in time to avoid the Liability Shift.

8            The Complaint alleges that the "certification process" was and is outside the Class's

9    control. As a result, Plaintiffs allege, Merchant Class members could not timely comply with the

10   new chip card standards. Additionally, Plaintiffs allege the Networks, the Issuing Banks and

11   EMVCo knew from the outset that the "certification" process would take years after the October

12   1, 2015 Liability Shift to complete and conspired to proceed as they did because they profited

13   from doing so.

14           Plaintiffs anticipate the following principal factual issues to be in dispute:  (a) Whether

15   Defendants engaged in a combination and conspiracy among themselves to institute the October

16   1, 2015 Liability Shift while knowing that Class members could not possibly comply with the

17   certification requirements, and would thus be subject to charges which would not have been

18   borne by the Class without the Liability Shift; (b) The identities of the participants of the alleged

19   conspiracy; (c) The duration of the alleged conspiracy and the acts carried out by Defendants and

20   their co-conspirators in furtherance of the alleged conspiracy; (d) The benefits Defendants

21   derived from the alleged conspiracy; (e) Whether the relevant market is General Purpose Cards

22   in the United States; (f) Whether the Issuing Banks possess market power over the market for

23   General Purpose Cards; (g) Whether Visa, MasterCard, Discover, JCB, UnionPay, and American

24   Express separately, and as owners of EMVCo collectively, possess market power over the

25   market for General Purpose Card Network Services; and (h) Whether the shift in liability from

26   the card issuers to the merchants is not attributable to increases in the level of costs associated

27   with the operations of the Networks and the implementation of EMV in credit and charge cards.

28

1  DEFENDANTS' STATEMENT:  The "liability shifts" that Plaintiffs characterize as an

2  antitrust conspiracy (*see* Complaint ¶¶ 74-75) instead reflect the independent actions of

3  responsible participants in the payment card system to reduce consumer fraud.  The "liability

4  shifts" incentivized merchants to invest in fraud-reducing technology that is standard outside the

5  U.S.

6  EMVCo, LLC ("EMVCo") is owned by American Express, Discover, JCB, MasterCard,

7  UnionPay, and Visa.  It is a standard-setting organization that focuses on EMV, an open set of

8  standards for smart card payments and acceptance devices.  Other organizations in the payments

9  industry, such as banks and merchants, may participate as technical and business associates.

10  EMV was designed to reduce fraud at retail store locations.  EMV chip cards store

11  payment information on an embedded microchip that is very difficult to counterfeit.  Those chip

12  cards — which have been issued to cardholders nationwide and have long been the industry

13  standard outside the United States — offer transaction security that traditional magnetic stripe

14  cards cannot provide.

15  In August 2011, Visa announced that, effective October 1, 2015, it planned to shift

16  liability in the Visa network for counterfeit transactions using chip-enabled cards at U.S.

17  merchant locations that do not adopt chip-compliant technology.  That "liability shift" is from

18  banks that issue Visa-branded payment cards to the banks that "acquire" Visa-branded payment

19  card transactions from merchants.  Visa adopted this policy to encourage issuing banks to issue

20  EMV-compliant payment cards and to encourage acquiring banks and merchants to adopt EMV

21  technology in order to enhance payment card security.  In January 2012, MasterCard separately

22  announced its roadmap for migrating to EMV technology.  In June 2012, American Express

23  independently announced that effective October 2015, it would shift liability away from the party

24  with the most secure form of EMV technology for certain types of fraudulent transactions.  In

25  November 2012, Discover announced that, effective October 15, 2015, it would shift fraud

26  liability to the participants who failed to deploy EMV technology.

27  Before deployment, chip-compliant terminals must be tested to ensure that they process

28  transactions properly, and the test results must be certified — in many instances by the

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                                                    - 3 -

1    merchant's acquiring bank (or processor), a third-party chip consultant, or other approved third

2    party.  Each payment network has set its own minimum requirements for terminal configuration

3    and its own requirements for certification.  Since the liability shifts were announced, EMVCo

4    has supported the networks and banks in their work with merchants to assist them in migrating to

5    chip-compliant technology.

6        Defendants agree that the factual issues identified by plaintiffs are in dispute, together

7    with the following additional issues:  (a) The benefits provided to consumers, merchants and

8    others by the EMVCo standards; and (b) The ability of Plaintiffs and other merchants to obtain

9    certified chip-compliant technology and the reasons for any inability of merchants to do so.

10   **III.    LEGAL ISSUES**

11       PLAINTIFFS' STATEMENT:  Plaintiffs anticipate the following principal legal issues to

12   be in dispute: (a) Whether the alleged conspiracy violated Sections 1 and 3 of the Sherman

13   Antitrust Act or California's Cartwright Act; (b) Whether Defendants unjustly enriched

14   themselves; (c) Whether Defendants and their co-conspirators fraudulently concealed the

15   conspiracy's existence from Plaintiffs and the members of the Class; (d) Whether Plaintiffs and

16   the other members of the Class are entitled to injunctive and related equitable relief; and (e)

17   Whether Plaintiffs and the other members of the Class were injured by Defendants' conduct and,

18   if so, the appropriate class-wide measure of damages.

19       DEFENDANTS' STATEMENT:  Defendants anticipate that the legal issues identified by

20   Plaintiffs will be in dispute, together with the following additional issues: (a) Whether Plaintiffs'

21   allegations of an agreement in restraint of trade are sufficient to state a claim under Rule 12(b)(6)

22   of the Federal Rules of Civil Procedure; (b) Whether Plaintiffs lack antitrust standing or claim

23   indirect injuries that are insufficient to support their federal antitrust claims; (c) Whether

24   Plaintiffs' allegations of a Cartwright Act violation are sufficient to state a claim; (d) Whether

25   there is a legal claim for unjust enrichment; (e) Whether Plaintiffs' claims against American

26   Express must, by agreement, be arbitrated in New York; (f) The cause of any injury to

27   merchants; and (g) Whether a class should be certified.

28

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                                              - 4 -

IV.   MOTIONS

PLAINTIFFS' POSITION:  Plaintiffs filed a motion for preliminary injunction on March 11, 2016, which the Court denied on March 16, 2016.  Dkt. Nos. 10, 36.  Plaintiffs anticipate Defendants will move to stay discovery.  Plaintiffs anticipate that Defendants will file motions to dismiss prior to the Status Conference on April 21, 2016.

DEFENDANTS' POSITION:  Defendants plan to file a motion or motions to dismiss the complaint pursuant to Fed. R. Civ. P. 12 and anticipate moving for summary judgment at an appropriate time if the complaint is not dismissed.  Defendant American Express also plans to move to compel arbitration pursuant to the Federal Arbitration Act and to transfer venue pursuant to 28 U.S.C. § 1404.  Defendants respectfully request an opportunity to address at the April 21, 2016 conference—after the Court has an opportunity to review their motions—whether seeking a postponement of discovery (apart from Rule 26 initial disclosures) pending resolution of the motions would be appropriate.

V.   AMENDMENT OF PLEADINGS

PLAINTIFFS' POSITION: Plaintiffs do not currently intend to amend the Complaint, although they request leave to amend should the Court dismiss any of Plaintiffs' claims following Defendants' anticipated motions to dismiss.  Plaintiffs also seek the Court's guidance at the April 21, 2016 status conference regarding the timing of adding additional proposed Class representatives.  Also, Plaintiffs may seek to amend the Complaint, if necessary, to conform to the evidence or to add additional parties.  Plaintiffs propose that any motion to amend the pleadings and to add or dismiss parties or defenses be filed by July 1, 2017.

DEFENDANTS' POSITION:  If the complaint survives the motions to dismiss under Fed. R. Civ. P 12(b), Defendants propose a deadline to amend the pleadings of 60 days after the ruling on the motions to dismiss, except when justice so requires under Fed. R. Civ. P. 15.

VI.   EVIDENCE PRESERVATION

The Parties certify that they have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information, that they have met and conferred pursuant to Fed. R. Civ. P. 26(f), on March 31, 2016, regarding reasonable and proportionate steps taken to preserve

1  evidence relevant to the issues reasonably evident in this action, and that such steps are being

2  taken.

## VII.   DISCLOSURES

4        The parties have agreed to serve the information required by Fed. R. Civ. P. 26(a)(1) by

5  April 14, 2016.  The parties also stipulate that Fed. R. Civ. P. 37(c) sanctions will not be sought

6  and should not be imposed if initial disclosures are supplemented in a timely fashion under Fed.

7  R. Civ. P. 26(e).

## VIII.  DISCOVERY

9        PLAINTIFFS' POSITION: Plaintiffs have propounded Requests for Production on

10  Defendants.  Plaintiffs anticipate that Defendants will seek a stay of discovery until after the

11  Court rules on the anticipated motions to dismiss.  Plaintiffs will oppose such a stay.  It is also

12  Plaintiffs' position that discovery should not be conducted in phases.

13        DEFENDANTS' POSITION: Defendants suggest that if the complaint is not dismissed

14  upon the Court's rulings on Defendants' motions under Fed. R. Civ. P. 12(b), discovery should

15  commence following those rulings.  The Plaintiffs' topics for discovery below are far-reaching,

16  and a postponement of that discovery pending a ruling on the viability of the complaint may help

17  inform how much, if any, discovery would be appropriate.

### A.    Scope of Anticipated Discovery

19        PLAINTIFFS' POSITION: Plaintiffs anticipate taking discovery relating to the

20  following subjects: (a) Defendants' market power in the market for General Purpose Cards

21  market and General Purpose Card Network Services; (b) Defendants' agreement to impose the

22  Liability Shift on merchants and the means and manner by which such agreement was reached

23  among the Defendants; (c) Certification conditions imposed on merchants to avoid liability for

24  unauthorized charges related to the use of EMV credit and charge cards and the means, manner

25  and viability of the certification process; (d) Chargebacks assessed against merchants; (e) EMV

26  adoption or readiness; (f) Concessions or consideration offered to merchants in connection with

27  Liability Shift; (g) Communications with regulators, auditors and consultants related to the above

28

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                                     - 6 -

1  topics; (h) Defendants' document retention policies and practices; and (i) Facts relevant to class

2  certification.

3      DEFENDANTS' POSITION:   Should Plaintiffs' complaint withstand a motion to

4  dismiss, Defendants anticipate taking discovery relating to the following subjects: (a) Plaintiffs'

5  and other merchants' contracts with acquiring banks, processors, and third-party computer

6  consultants; (b) Plaintiffs' and other merchants' communications with Defendants, acquiring

7  banks, processors, and third-party computer consultants regarding matters at issue in the

8  complaint; (c) Plaintiffs' and other merchants' efforts to obtain certification of chip-enabled

9  payment terminals; (d) The benefits to merchants and others of the EMV standards and

10  certification; (e) Analyses by Plaintiffs, other merchants, and any trade associations regarding

11  matters at issue in the complaint; (f) Chargebacks assessed against Plaintiffs; (g) Other facts

12  relevant to class certification; and (h) Other facts relevant to Plaintiffs' alleged damages.

13      **B.      Proposed Modifications**

14      PLAINTIFFS' POSITION: Plaintiffs propose that the Court order that the limitation set

15  forth in Fed. R. Civ. P. 30 be adjusted to 10 fact depositions per named party except for each of

16  the Networks where Plaintiffs propose the Court permit 15 fact depositions per Network

17  Defendant.  Plaintiffs propose that the limitation set forth in Fed. R. Civ. P. 33 be adjusted to 30

18  interrogatories per named party.

19      The parties reserve the right to seek leave from the Court for additional discovery as

20  necessary.

21      DEFENDANTS' POSITION:   Defendants propose that no more than five fact

22  depositions be taken of any named party or group of related parties (e.g., Visa Inc. and Visa

23  U.S.A. Inc. are a single party for these purposes) and that each side be limited to 30 fact

24  depositions in aggregate.

25      Defendants propose that no more than 25 interrogatories be served on any named party or

26  group of related parties.

27

28

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                                    - 7 -

1

### C.      Stipulated E-Discovery [Proposed] Order

2      The parties are continuing to discuss a Stipulated E-discovery [Proposed] Order.  The

3 parties contemplate submitting an order that would propose modifications to ¶¶ 13 and 14 of the

4 Court's Supplemental Case Management Order for good cause pursuant to ¶ 11 of the

5 Supplemental Order.

6

### D.      Proposed Discovery Plan

7      The parties' respective proposals regarding the timing of discovery are set forth below in

8 Exhibit A.

9

### E.      Identified Discovery Disputes

10      To date, the parties have not identified any discovery disputes.

11 ## IX.    CLASS ACTIONS

12      PLAINTIFFS' POSITION:  Plaintiffs seek to have this action certified as a class action

13 pursuant to Fed. R. Civ. P 23(a) and 23(b)(3) at an early practicable time per Rule 23(c)(1)(A),

14 consisting of all merchants who have been unlawfully subjected to a Liability Shift for the

15 assessment of MasterCard, Visa, Discover, UnionPay, JCB, and American Express credit and

16 charge card chargebacks, despite having purchased EMV-chip-compliant POS card readers and

17 having otherwise complied with the directives of Defendants, during the period from October 1,

18 2015 until the anticompetitive acts cease.  Plaintiffs seek B & R Supermarket, Inc. d/b/a Milam's

19 Market and Grove Liquors LLC to be named representatives of the Class.  The law firms of

20 Robbins Geller Rudman & Dowd LLP and Devine Goodman Rasco & Watts-FitzGerald, LLP

21 will, at the appropriate time, seek appointment as interim class counsel pursuant to Fed. R. Civ.

22 P. 23(g)(3).

23      DEFENDANTS' POSITION:  Defendants do not believe a class should be certified in

24 this case.  Defendants propose a deadline of January 12, 2017 for Plaintiffs' motion for class

25 certification.

26

27

28

**X.     RELATED CASES**

PLAINTIFFS' POSITION:  There are no related cases filed to date.  If related actions are filed, Plaintiffs anticipate filing with the Judicial Panel on Multidistrict Litigation a motion to transfer and consolidate such actions to this Court.

DEFENDANTS' POSITION:  Any discussion of JPML proceedings is premature when no related cases have been filed.

**XI.     RELIEF**

Plaintiffs Seek Judgments:  (a) Entering joint and several judgments against Defendants and in favor of Plaintiffs and the Class; (b) Awarding the Class damages (*i.e.*, three times overcharges) in an amount to be determined at trial, plus interest in accordance with law; (c) Awarding Plaintiffs and the Class their costs of suit, including reasonable attorneys' fees as provided by law; (d) Ordering that Defendants, their directors, officers, employees, agents, successors, members, and all persons in active concert and participation with them be enjoined and restrained from, in any manner, directly or indirectly, committing any additional violations of the law as alleged herein; and (e) Awarding such further and additional relief as is necessary to correct for the anticompetitive market effects caused by Defendants' unlawful conduct, as the Court may deem just and proper under the circumstances.

Defendants Seek Judgments:  Dismissing all claims or judgments in defendants' favor.

**XII.     SETTLEMENT AND ADR**

The parties have not engaged in any settlement discussions, mediation, or Alternative Dispute Resolution ("ADR") to date.  The parties have met and conferred regarding ADR and concluded that ADR would be premature at this time.  The parties have complied with ADR L.R. 3-5.  A call with the ADR clerk is scheduled for April 19, 2016, at 10:00 a.m. Pacific time.

**XIII.     CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties do not consent to trial being conducted by a Magistrate Judge.

**XIV.     OTHER REFERENCES**

The parties agree this case is not suitable for reference to binding arbitration or a special master.

## XV.   NARROWING OF ISSUES

PLAINTIFFS' POSITION: Through the meet-and-confer and discovery processes, including initial disclosures, the parties expect to narrow broad issues.  The parties will consider issues that can be narrowed by agreement or by motion and are open to suggestions to expedite the presentation of evidence at trial.  Plaintiffs oppose bifurcating issues, claims, or defenses.

DEFENDANTS' POSITION:  Defendants do not seek formal bifurcation but believe that class-related discovery should be prioritized.

## XVI.   EXPEDITED TRIAL PROCEDURE

The parties agree this is not the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64.

## XVII.   PROPOSED CASE SCHEDULE

Pursuant to Rule 26(f), the parties separately propose the schedules attached as Exhibit A.

## XVIII. TRIAL

Plaintiffs request the case to be tried to a jury and expect, at this time, the length of the trial to be several weeks.  At this point, Defendants are unable to estimate the necessary length of any trial.

## XIX.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Each party appearing in the case has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15.

## XX.   PROFESSIONAL CONDUCT

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

## XXI.   FACILITATING JUST, SPEEDY AND INEXPENSIVE DISPOSITION

The parties will consider stipulations regarding the authenticity and admissibility of evidence; discovery related to testifying experts; and agreed statement of facts.  The parties will also consider such other matters as may facilitate the administration of the just, speedy and inexpensive disposition of this matter.

1   DATED:  April 14, 2016                    ROBBINS GELLER RUDMAN
                                                & DOWD LLP
2                                             PATRICK J. COUGHLIN
                                              DAVID W. MITCHELL
3                                             ALEXANDRA S. BERNAY
                                              CARMEN A. MEDICI
4

5
                                                  s/ Alexandra S. Bernay
6                                               ALEXANDRA S. BERNAY

7                                             655 West Broadway, Suite 1900
                                              San Diego, CA  92101-8498
8                                             Telephone:  619/231-1058
                                              619/231-7423 (fax)
9
                                              ROBBINS GELLER RUDMAN
10                                               & DOWD LLP
                                              ARMEN ZOHRABIAN
11                                            Post Montgomery Center
                                              One Montgomery Street, Suite 1800
12                                            San Francisco, CA  94104
                                              Telephone:  415/288-4545
13                                            415/288-4534 (fax)

14                                            ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
15                                            RANDI D. BANDMAN
                                              120 East Palmetto Park Road, Suite 500
16                                            Boca Raton, FL  33432
                                              Telephone:  561/750-3000
17                                            561/750-3364 (fax)

18                                            DEVINE GOODMAN RASCO &
                                                 WATTS-FITZGERALD, LLP
19                                            JOHN W. DEVINE
                                              LAWRENCE D. GOODMAN
20                                            ROBERT J. KUNTZ, JR.
                                              2800 Ponce De Leon Blvd., Suite 1400
21                                            Coral Gables, FL  33134
                                              Telephone:  305/374-8200
22                                            305/374-8208 (fax)

23                                            Attorneys for Plaintiffs

24

25   Dated: April 14, 2016                    ARNOLD & PORTER LLP

26                                            By:    /s/ Sharon D. Mayo
                                                 Robert J. Vizas
27                                               robert.vizas@aporter.com
                                                 Sharon D. Mayo
28                                               sharon.mayo@aporter.com

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                              - 11 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Erica M. Connolly
erica.connolly@aporter.com
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Mark R. Merley (admitted *pro hac vice*)
mark.merley@aporter.com
Karen C. Otto (admitted *pro hac vice*)
karen.otto@aporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants
VISA INC. and VISA U.S.A. INC.

Dated: April 14, 2016

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By:    */s/ Craig A. Benson*
      Kenneth A. Gallo (admitted *pro hac vice*)
      KGallo@paulweiss.com
      Craig A. Benson (admitted *pro hac vice*)
      CBenson@paulweiss.com
      2001 K Street, NW
      Washington, DC 20006-1047
      Telephone: 202.223.7300
      Facsimile: 202.223.7420

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

Dated: April 14, 2016

TAYLOR & COMPANY LAW OFFICES, LLP

By:    */s/ Stephen E. Taylor*
      Stephen E. Taylor
      One Ferry Building, Suite 355
      San Francisco, CA 94111
      Telephone: 415.788.8200
      Facsimile: 415.788.8208
      Email: staylor@tcolaw.com

1         Attorneys for Defendant
           MASTERCARD INTERNATIONAL
2         INCORPORATED

3 Dated: April 14, 2016     CRAVATH, SWAINE & MOORE LLP

4
          By: ___*/s/ Rowan D. Wilson*_____
5           Rowan D. Wilson
           Lauren K. Ross
6           Worldwide Plaza
           825 Eighth Avenue
7           New York, NY 10019-7475
           Email: rwilson@cravath.com
8

9           Attorneys for Defendant
           AMERICAN EXPRESS COMPANY
10

11 Dated: April 14, 2016     WINSTON & STRAWN LLP

12
          By: ___*/s/ Elizabeth P. Papez*_____
13         Elizabeth P. Papez (admitted *pro hac vice*)
           1700 K Street, N.W.
14          Washington, DC 20006
           Telephone: 202.282.5000
15         Facsimile: 202-282.5100
           epapez@winston.com
16

17          Sean D. Meenan
           Jeanifer E. Parsigian
18          101 California Street
           San Francisco, CA 94111
19          Telephone: 415.591.1000
           Facsimile: 415.591.1400
20          smeenan@winston.com
           jparsigian@winston.com
21

22          Robert Y. Sperling (admitted *pro hac vice*)
           Joseph L. Motto (admitted *pro hac vice*)
23          35 West Wacker Drive
           Chicago, IL 60601
24          Telephone: 312.558.5600
           Facsimile: 312.558.5700
25          rsperling@winston.com
           jmotto@winston.com
26

27          Attorneys for Defendant
           DISCOVER FINANCIAL SERVICES
28

1  Dated: April 14, 2016                    MORRISON & FOERSTER LLP

2                                           By:  __/s/ Penelope A. Preovolos__

3                                              Penelope A. Preovolos
                                               425 Market Street
4                                              San Francisco, CA 94105
                                               Telephone: 415.268.7000
5                                              Facsimile: 415.276.7187
                                               PPreovolos@mofo.com
6
                                               Mark P. Ladner
7                                              (admitted *pro hac vice*)
                                               Michael B. Miller
8                                              (admitted *pro hac vice*)
                                               Natalie Fleming Nolen
9                                              (admitted *pro hac vice*)
                                               250 West 55th Street
10                                             New York, New York 10019
                                               Telephone: 212.468.8000
11                                             Facsimile: 212.468.7900
                                               mladner@mofo.com
12                                             mbmiller@mofo.com
                                               nflemingnolen@mofo.com
13
14
                                               Attorneys for Defendant
15                                             BANK OF AMERICA, N.A.

16

17  Dated: April 14, 2016                    SHEARMAN & STERLING LLP

18                                           By:  __/s/ James Tallon__
                                               James Tallon
19                                             599 Lexington Avenue
                                               New York, New York 10022
20                                             Telephone: (212) 848-4000
                                               Facsimile: (646) 848-4650
21                                             Email: jtallon@shearman.com

22
                                               Patrick D. Robbins
23                                             Mikael A. Abye
                                               Four Embarcadero Center, Suite 3800
24                                             San Francisco, California 94111-5994
                                               Telephone: (415) 616-1100
25                                             Facsimile: (415) 616-1199

26
                                               Attorneys for Defendant
27                                             BARCLAYS BANK DELAWARE

28

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                         - 14 -

1   Dated: April 14, 2016                    HUNTON & WILLIAMS LLP

2                                            By:   /s/ D. Bruce Hoffman
3                                                  Susan S. Joo (State Bar No. 260369)
                                                   Hunton & Williams LLP
4                                                  575 Market Street, Suite 3700
                                                   San Francisco, CA 94105
5                                                  Telephone: 415.975.3700
                                                   Facsimile: 415.975.3701
6                                                  sjoo@hunton.com

7                                                  D. Bruce Hoffman (DC Bar No. 495385)
8                                                  (admitted pro hac vice)
                                                   Ryan Shores (DC Bar No. 500031)
9                                                  (admitted pro hac vice)
                                                   Leslie Kostyshak (DC Bar No. 1005462)
10                                                 (admitted pro hac vice)
                                                   Hunton & Williams LLP
11                                                 2200 Pennsylvania Ave. NW
12                                                 Washington, DC 20037
                                                   Telephone: 202.955.1500
13                                                 Facsimile: 202.778.2201
                                                   bhoffman@hunton.com
14                                                 rshores@hunton.com
                                                   lkostyshak@hunton.com
15

16                                                 Attorneys for Defendant
                                                   CAPITAL ONE FINANCIAL
17                                                 CORPORATION

18
     Dated: April 14, 2016                    SKADDEN, ARPS, SLATE, MEAGHER &
19                                               FLOM LLP

20                                            By:   /s/ Raoul D. Kennedy
21                                                 Raoul D. Kennedy
                                                   525 University Avenue
22                                                 Palo Alto, CA 94301
                                                   Telephone: 650.470.4500
23                                                 Facsimile: 650.470.4570
                                                   Email: raoul.kennedy@skadden.com
24

25                                                 Peter E. Greene (admitted pro hac vice)
                                                   Boris Bershteyn (admitted pro hac vice)
26                                                 Evan R. Kreiner (admitted pro hac vice)
                                                   Harry P. Koulos (admitted pro hac vice)
27                                                 4 Times Square
                                                   New York, New York 10036
28

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - **3:16-cv-01150-WHA**                                                   - 15 -

1    Telephone: 212.735.3000
     Facsimile: 212.735.2000
2
3    Attorneys for Defendant
     CHASE BANK USA, NATIONAL
4    ASSOCIATION

5
     Dated: April 14, 2016    SIDLEY AUSTIN LLP
6
7    By: ___/s/ Benjamin R. Nagin_____
     Benjamin R. Nagin (admitted *pro hac vice*)
8    787 Seventh Avenue
     New York, New York 10019
9    Telephone: 212.839.5300
     Facsimile: 212.839.5599
10
11   Peter K. Huston
     555 California Street, Suite 2000
12   San Francisco, CA 94104
     Telephone: 415.772.1200
13   Facsimile: 415.772.7400
     Email: phuston@sidley.com
14
15   Attorneys for Defendant
     CITIBANK, N.A. for itself and as successor in
16   interest to CITIBANK (SOUTH DAKOTA),
     N.A.
17

18   Dated: April 14, 2016    REED SMITH LLP

19   By: ___/s/ Michelle A. Mantine_____
     Scott D. Baker (SBN 84923)
20   sbaker@reedsmith.com
     Ashley L. Shively (SBN 264912)
21   ashively@reedsmith.com
     101 Second Street, Suite 1800
22   San Francisco, CA 94105-3659
     Telephone: 415.543.8700
23   Facsimile: 415.391.8269
24
25   Daniel I. Booker (admitted *pro hac vice*)
     dbooker@reedsmith.com
26   Michelle A. Mantine (admitted *pro hac vice*)
     mmantine@reedsmith.com
27   Conor M. Shaffer (admitted *pro hac vice*)
     cshaffer@reedsmith.com
28

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
     STATEMENT - **3:16-cv-01150-WHA**                                                    - 16 -

225 Fifth Avenue
Pittsburg, PA 15222
Telephone: 412.288.3131
Facsimile: 412.288.3063

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION

Dated: April 14, 2016          BARNES & THORNBURG LLP

By:   */s/ Bradley R. Love*
Bradley R. Love
Kendall Millard
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: 317.236.1313
Facsimile: 317.231.7433
Email: blove@btlaw.com
Email: kendall.millard@btlaw.com

Attorneys for Defendant
USAA SAVINGS BANK

Dated: April 14, 2016          DORSEY & WHITNEY LLP

By:   */s/ F. Matthew Ralph*
F. Matthew Ralph (admitted *pro hac vice*)
Email: ralph.matthew@dorsey.com
Andrew Brantingham (admitted *pro hac vice*)
Email: brantingham.andrew@dorsey.com
Angela Porter (admitted *pro hac vice*)
Email: porter.angela@dorsey.com
Richard Q. Liu
Email: liu.richard@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868

Martha C. Luemers
Email: luemers.martha@dorsey.com
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650.857.1717
Facsimile: 650.857.1288

1
2
3

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION
sued herein as U.S. BANCORP NATIONAL
ASSOCIATION

4

Dated: April 14, 2016                MCGUIREWOODS LLP

5

6

By:   /s/ David C. Powell
        David C. Powell (CA SBN 129781)
        dpowell@mcguirewoods.com
        505 Sansome Street, Suite 700
        San Francisco, CA 94111
        Telephone: 415.844.1970
        Facsimile: 415.844.9922

7

8

9

10

11

Attorneys for Defendant
WELLS FARGO BANK, N.A

12

Dated: April 14, 2016                SEDGWICK LLP

13

14

By:   /s/ Paul Riehle
        Paul Riehle (SBN 115119)
        paul.riehle@sedgwicklaw.com
        333 Bush Street, 30th Floor
        San Francisco, CA 94104
        Telephone: 415.781.7900
        Facsimile: 415.781.2635

15

16

17

18

19

Attorneys for Defendant
EMVCo, LLC

20

21

**ECF CERTIFICATION**

22

        The filing attorney attests that she has obtained concurrence regarding the filing of this

23

document from the signatories to this document.

24

Dated:  April 14, 2016                By:      s/ Alexandra S. Bernay
                                                      ALEXANDRA S. BERNAY

25

26

27

28

1

**EXHIBIT A**

| Event | Plaintiffs' Position | Defendants' Position |
|---|---|---|
| Commencement of Fact Discovery | Immediately following the Rule 26(f) Conference, consistent with Rule 26. | Immediately following a ruling on defendants' Rule 12 motions. |
| Protective Order | The parties anticipate submitting a proposed Stipulated Protective Order for the Court's consideration by April 21, 2016 | The parties anticipate submitting a proposed Stipulated Protective Order for the Court's consideration by April 30, 2016 |
| Rule 26(a)(1) Initial Disclosures | April 14, 2016 | April 14, 2016 |
| Deadline for Defendants Who Have Been Served by March 31, 2016 to File Rule 12 Motions or Answer | April 18, 2016 | April 18, 2016 |
| Deadline for Plaintiffs to File Oppositions to Rule 12 Motions | May 20, 2016 | May 9, 2016 |
| Deadline for Defendants to File Replies in Support of Rule 12 Motions | June 3, 2016 | May 23, 2016 |
| Hearing on Defendants' Rule 12 Motions | TBD by the Court | June 2, 2016 |
| Deadline to amend pleadings, add parties, claims or defenses except upon a showing of good cause | August 1, 2017 | 60 days after ruling on motions to dismiss filed on April 18, 2016 |
| Fact Discovery Cut-Off | August 7, 2017[1] | April 3, 2017 |
| Deadline for Plaintiffs' Motion for Class Certification (with class certification expert reports) | May 1, 2017 | January 12, 2017 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification (with opposition class certification expert reports) | June 15, 2017 | February 23, 2017 |
| Plaintiffs' Reply in Support of Motion for Class Certification | July 15, 2017 | March 16, 2017 |
| Hearing on Motion for Class Certification | TBD | March 30, 2017 |

---

[1]    Assuming document discovery commences following the Rule 26(f) Conference.

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - 3:16-cv-01150-WHA                                                                    - 1 -

| Event | Plaintiffs' Position | Defendants' Position |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) Merits Expert Reports | September 4, 2017 | April 21, 2017 |
| Defendants' Merits Expert Reports | September 18, 2017 | June 2, 2017 |
| Plaintiffs Merits Expert Rebuttal Reports | October 9, 2017 | June 30, 2017 |
| Expert Depositions | December 11, 2017 | Upon service of reports |
| Close of Expert Discovery | December 24, 2017 | July 28, 2017 |
| Last Day to File Summary Judgment and *Daubert* Motions | November 1, 2017 | September 1, 2017 |
| Summary Judgment Oppositions | December 1, 2017 | November 1, 2017 |
| Summary Judgment Replies | January 1, 2018 | December 1, 2017 |
| Hearing on Summary Judgment and *Daubert* Motions | TBD | TBD |
| Pretrial Disclosures | February 1, 2018 | February 1, 2018 |
| Pretrial Conference | TBD | March 12, 2018 |
| Trial | April 2, 2018 | April 2, 2018 |

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE STATEMENT - 3:16-cv-01150-WHA

1

## DECLARATION OF SERVICE BY U.S. MAIL

2       I, the undersigned, declare:

3       1.      That declarant is and was, at all times herein mentioned, a citizen of the United

4   States and a resident of the County of San Diego, over the age of 18 years, and not a party to or

5
    interested party in the within action; that declarant's business address is 655 West Broadway,

6
    Suite 1900, San Diego, California 92101.

7

8       2.      Also, on April 14, 2016, declarant served JOINT CASE MANAGEMENT AND

9   FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE STATEMENT by depositing

10  a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with

11  postage thereon fully prepaid and addressed to the parties listed below:

12      JCB Co. LTD                          UnionPay
        HQ:                                  HQ:
13      5-1-22, Minami Aoyama, Minato-ku     6F,CUP Mansion
        Tokyo 107-8686                       No. 36 Hanxiao Road
14      Japan                                Pudong New District
                                             Shanghai, 200135
15                                           China

16      3.      That there is a regular communication by mail between the place of mailing and

17  the place so addressed.

18      I declare under penalty of perjury that the foregoing is true and correct.  Executed on

19  April 14, 2016, at San Diego, California.

20

21                                              s/ Jana P. Kusy
                                                JANA P. KUSY
22

23

24

25

26

27

28

1137978_1

JOINT CASE MANAGEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE
STATEMENT - 3:16-cv-01150-WHA                                                      - 1 -

1                                    <u>CERTIFICATE OF SERVICE</u>

2           I hereby certify that on April 14, 2016, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4 to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify

5 that I caused to be mailed the foregoing document or paper via the United States Postal Service

6 to the non-CM/ECF participants indicated on the attached Manual Notice List.

7           I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on April 14, 2016.

9                                          <u>s/ Alexandra S. Bernay</u>

10                                      ALEXANDRA S. BERNAY

11                                      ROBBINS GELLER RUDMAN
                                         & DOWD LLP

12                                      655 West Broadway, Suite 1900
                                     San Diego, CA  92101-8498

13                                      Telephone:  619/231-1058
                                     619/231-7423 (fax)

14                                      E-mail:  xanb@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sean D. Meenan**
  smeenan@winston.com,lschuh@winston.com,recordssf@winston.com,pacercourtfile@winston.com,docketsf@winston.com,lpearce@winston.com

- **Mikael A. Abye**
  mabye@shearman.com,ron.cheatham@shearman.com,bhunter@shearman.com

- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,etaglang@reedsmith.com,cshanahan@reedsmith.com,drothschild@reedsmith.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Paul Belonick**
  pbelonick@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com

- **Craig A Benson**
  CBenson@paulweiss.com,wmcauliffe@paulweiss.com,mao_fednational@paulweiss.com

- **Jane Petersen Bentrott**
  jbentrott@mofo.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com,dalioto@reedsmith.com

- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com,hanson.katheryn@dorsey.com

- **Lonnie Anthony Browne**
  LBrowne@rgrdlaw.com

- **Brian Calandra**
  brian.calandra@shearman.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com

- **Erica M Connolly**
  erica.connolly@aporter.com,terry.metasavage@aporter.com,sfcalendar@aporter.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ethan Craig**
  ecraig@btlaw.com

- **John William Devine**
  jdevine@devinegoodman.com

- **Howard Feller**
  hfeller@mcguirewoods.com

- **Tiffani B Figueroa**
  TFigueroa@mofo.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **Peter E Greene**
  peter.greene@skadden.com

- **D. Bruce Hoffman**
  bhoffman@hunton.com,acordero@hunton.com

- **Peter K. Huston**
  phuston@sidley.com,sfefilingnotice@sidley.com,sfdocket@sidley.com,hebalogi@sidley.com

- **Susan S. Joo**
  sjoo@hunton.com,jocampo@hunton.com

- **J. Brent Justus**
  bjustus@mcguirewoods.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com

- **Benjamin Klebanoff**
  benjamin.klebanoff@shearman.com

- **Leslie Kostyshak**
  lkostyshak@hunton.com,jbeerbower@hunton.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com

- **Alexandra Eve Laks**
  alaks@mofo.com,ggerrish@mofo.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard Qiguang Liu**
  liu.richard@dorsey.com,buresh.cassie@dorsey.com

- **Bradley Robert Love**
  bradley.love@btlaw.com,deb.adams@btlaw.com

- **Casey Erin Lucier**
  clucier@mcguirewoods.com

- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com,luemers.martha@dorsey.com,hobbs.wendy@dorsey.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com,dsharp@reedsmith.com,docketingecf@reedsmith.com,jeremy.feinstein@pnc.com,sament@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Mark R Merley**
  Mark.Merley@APORTER.COM

- **Kendall Millard**
  kmillard@btlaw.com,kristin.johnson@btlaw.com,lroberts@btlaw.com

- **Michael B. Miller**
  mbmiller@mofo.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Laurence Motto**
  JMotto@winston.com,ahodgson@winston.com

- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com

- **Benjamin Robert Nagin**
  bnagin@sidley.com,nyefiling@sidley.com

- **Karen C Otto**
  karen.otto@aporter.com

- **Elizabeth P Papez**
  epapez@winston.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com

- **Angela Maryssa Porter**
  porter.angela@dorsey.com,vallant.tammy@dorsey.com

- **David Carlyle Powell**
  dpowell@mcguirewoods.com,ladocket@mcguirewoods.com,shorne@mcguirewoods.com,mbetti@mcguirewoods.com,mdylak@mcguirewoods.com

- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com

- **Alicia M Raines**
  araines@btlaw.com,pflynn@btlaw.com

- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com,stilson.jaime@dorsey.com,fairbairn.mary@dorsey.com,Kelly.Laurie@dorsey.com

- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com,SDMAcalendaring@sedgwicklaw.com,ryan.arroyo@sdma.com,phyllis.flynn@sedgwicklaw.com,jiaming.shang@sedgwicklaw.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Lauren Kelley Ross**
  lross@cravath.com,mao@cravath.com

- **Conor Michael Shaffer**
  cshaffer@reedsmith.com

- **Ashley Lynn Shively**
  ashively@reedsmith.com,dkelley@reedsmith.com

- **Ryan A Shores**
  rshores@hunton.com,gjenkins@hunton.com

- **Robert Yale Sperling**
  rsperling@winston.com

- **James Patrick Tallon**
  jtallon@shearman.com,iwiener@shearman.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com

- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **Rowan D. Wilson**
  rwilson@cravath.com,mao@cravath.com,kkaplan@cravath.com

- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com,nyefiling@sidley.com

- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`