Kenneth A. Gallo (admitted *pro hac vice*)
KGallo@paulweiss.com
Craig A. Benson (admitted *pro hac vice*)
CBenson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

Stephen E. Taylor (SBN 058452)
staylor@tcolaw.com
Cheryl A. Galvin (SBN 252262)
cgalvin@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel. (415) 788-8200
Fax. (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

*[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>*[CAPTION CONTINUED ON NEXT PAGE]* | Case No.: 3:16-cv-01150-WHA<br><br>**CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:  June 2, 2016<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 19th Floor<br><br>Honorable William H. Alsup |

1  VISA, INC.; VISA USA, INC.; MASTERCARD
   INTERNATIONAL INCORPORATED;
2  AMERICAN EXPRESS COMPANY; DISCOVER
   FINANCIAL SERVICES; BANK OF AMERICA,
3  N.A.; BARCLAYS BANK DELAWARE;
   CAPITAL ONE FINANCIAL CORPORATION;
4  CHASE BANK USA, NATIONAL
   ASSOCIATION; CITIBANK (SOUTH DAKOTA),
5  N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL
   ASSOCIATION; USAA SAVINGS BANK; U.S.
6  BANCORP NATIONAL ASSOCIATION; WELLS
   FARGO BANK, N.A.; EMVCo, LLC; JCB CO.
7  LTD; and UNIONPAY,

8
                          Defendants.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on June 2, 2016, at 8:00 a.m., or as soon thereafter as the

3   matter may be heard, in Courtroom 8 of the United States District Court for the Northern District

4   of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants

5   MasterCard International Incorporated, Visa, Inc., Visa USA, Inc., American Express Company,

6   Discover Financial Services, Bank of America, N.A., Chase Bank USA, National Association,

7   U.S. Bank National Association, sued herein as U.S. Bancorp National Association, and

8   EMVCo, LLC (collectively "Defendants") will, and hereby do, jointly move this Court for an

9   order dismissing the Complaint of Plaintiffs B & R Supermarket, Inc., d/b/a Milam's Market,

10  and Grove Liquors LLC on the grounds that Plaintiffs' Complaint:

11      (1)   does not meet the basic requirements for pleading a conspiracy claim under either

12  federal or state antitrust law because it (a) fails to allege any direct evidence of a conspiracy and

13  (b) makes only conclusory allegations from which the Court cannot plausibly infer the existence

14  of a conspiracy;

15      (2)   seeks damages for indirect injuries, which cannot be recovered under federal

16  antitrust law;

17      (3)   seeks redress under California antitrust law, even though Plaintiffs have not

18  alleged sufficient connection or contacts with California; and

19      (4)   seeks damages for "unjust enrichment"—a claim that does not exist under

20  California law—while at the same time conceding some Defendants obtained no financial benefit

21  from the alleged conduct and failing to allege any wrongful conduct at all by other Defendants.

22      Certain Defendants' Joint Motion to Dismiss Plaintiffs' Complaint in this action is based

23  upon this Joint Notice of Motion and Motion, the supporting Memorandum of Law, and the

24  [Proposed] Order filed concurrently herewith; upon the pleadings, records, and files in this

25  action; and on such oral argument and documentary evidence as may be presented at the time of

26  the hearing of this Motion, as well as all other matters this Court deems to be appropriate.

27

28

1    Dated:  April 18, 2016                    Respectfully submitted,

2                                               PAUL, WEISS, RIFKIND, WHARTON &
                                                  GARRISON LLP
3

4                                               By:  _/s/ Kenneth A. Gallo_____
                                                     Kenneth A. Gallo (admitted *pro hac vice*)
5                                                    Craig A. Benson (admitted *pro hac vice*)
                                                     William Y. Durbin (admitted *pro hac vice*)
6

7                                                    2001 K Street, NW
                                                     Washington, DC 20006-1047
8                                                    Tel. 202.223.7300
                                                     Fax. 202.223.7420
9                                                    KGallo@paulweiss.com
                                                     CBenson@paulweiss.com
10                                                   WDurbin@paulweiss.com

11
                                                     Stephen E. Taylor (SBN 058452)
12                                                   Cheryl A. Galvin (SBN 252262)
                                                     TAYLOR & COMPANY LAW
13                                                   OFFICES, LLP
                                                     One Ferry Building, Suite 355
14                                                   San Francisco, CA 94111
                                                     Tel. 415.788.8200
15                                                   Fax. 415.788.8208
                                                     staylor@tcolaw.com
16                                                   cgalvin@tcolaw.com

17
                                                     Attorneys for Defendant
18                                                   MASTERCARD INTERNATIONAL
                                                     INCORPORATED
19

20

21

22

23

24

25

26

27

28

CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS:
Case No. 3:16-cv-01150 (WHA)

1

Dated:  April 18, 2016                   ARNOLD & PORTER LLP

2
                                          By:    /s/ Robert J. Vizas
                                              Robert J. Vizas
3                                             robert.vizas@aporter.com
                                              Sharon D. Mayo
4                                             sharon.mayo@aporter.com
                                              Erica M. Connolly
5                                             erica.connolly@aporter.com
                                              Three Embarcadero Center, Tenth Floor
6                                             San Francisco, CA 94111-4024
                                              Telephone: 415.471.3100
7                                             Facsimile: 415.471.3400

8
                                              Mark R. Merley (admitted *pro hac vice*)
9                                             mark.merley@aporter.com
                                              Karen C. Otto (admitted *pro hac vice*)
10                                            karen.otto@aporter.com
                                              601 Massachusetts Avenue, NW
11                                            Washington, DC 20001-3743
                                              Telephone: 202.942.5000
12                                            Facsimile: 202.942.5999

13
                                              Attorneys for Defendants
14                                            VISA INC. and VISA U.S.A. INC.

15

16   Dated:  April 18, 2016                   CRAVATH, SWAINE & MOORE LLP

17
                                          By:    /s/ Rowan D. Wilson
18                                            Rowan D. Wilson
                                              Lauren K. Ross
19                                            Worldwide Plaza
                                              825 Eighth Avenue
20                                            New York, NY 10019-7475
                                              Telephone: 212.474.1000
21                                            Facsimile: 212.474.3700
                                              Email: rwilson@cravath.com
22                                            Email: lross@cravath.com

23
                                              Attorneys for Defendant
24                                            AMERICAN EXPRESS COMPANY

25

26

27

28

CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS:
Case No. 3:16-cv-01150 (WHA)

1    Dated:  April 18, 2016                    WINSTON & STRAWN LLP

2
                                              By:    /s/ Elizabeth P. Papez
3                                                    Elizabeth P. Papez (admitted *pro hac vice*)
                                                     1700 K Street, N.W.
4                                                    Washington, DC 20006
                                                     Telephone: 202.282.5000
5                                                    Facsimile: 202.282.5100
                                                     epapez@winston.com
6
7                                                    Sean D. Meenan
                                                     Jeanifer E. Parsigian
8                                                    101 California Street
                                                     San Francisco, CA 94111
9                                                    Telephone: 415.591.1000
                                                     Facsimile: 415.591.1400
10                                                   smeenan@winston.com
                                                     jparsigian@winston.com
11
12                                                   Robert Y. Sperling (admitted *pro hac vice*)
                                                     Joseph L. Motto (admitted *pro hac vice*)
13                                                   35 West Wacker Drive
                                                     Chicago, IL 60601
14                                                   Telephone: 312.558.5600
                                                     Facsimile: 312.558.5700
15                                                   rsperling@winston.com
                                                     jmotto@winston.com
16
17                                                   Attorneys for Defendant
                                                     DISCOVER FINANCIAL SERVICES
18
19
20   Dated:  April 18, 2016                    MORRISON & FOERSTER LLP

21
                                              By:    /s/ Penelope A. Preovolos
22                                                   Penelope A. Preovolos
                                                     425 Market Street
23                                                   San Francisco, CA 94105
                                                     Telephone: 415.268.7000
24                                                   Facsimile: 415.276.7187
                                                     Email: PPreovolos@mofo.com
25
26                                                   Mark. P. Ladner (admitted *pro hac vice*)
                                                     Michael B. Miller (admitted *pro hac vice*)
27                                                   Natalie Fleming Nolen (admitted *pro hac vice*)
                                                     250 West 55th Street
28                                                   New York, New York 10019

CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS:
Case No. 3:16-cv-01150 (WHA)

1

Telephone: 212.468.8000
Facsimile: 212.468.7900
mladner@mofo.com
mbmiller@mofo.com
nflemingnolen@mofo.com

2

3

4

Attorneys for Defendant
BANK OF AMERICA, N.A.

5

6

Dated: April 18, 2016

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

7

8

By: _____/s/ Raoul D. Kennedy_____
Raoul D. Kennedy
525 University Avenue
Palo Alto, CA 94301
Telephone: 650.470.4500
Facsimile: 650.470.4570
Email: raoul.kennedy@skadden.com

9

10

11

12

Peter E. Greene (admitted *pro hac vice*)
Boris Bershteyn (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
Harry P. Koulos (admitted *pro hac vice*)
4 Times Square
New York, New York 10036
Telephone: 212.735.3000
Facsimile: 212.735.2000

13

14

15

16

17

18

Attorneys for Defendant
CHASE BANK USA, NATIONAL
ASSOCIATION

19

20

Dated: April 18, 2016

DORSEY & WHITNEY LLP

21

22

By: ___/s/ F. Matthew Ralph_____
F. Matthew Ralph (admitted *pro hac vice*)
Email: ralph.matthew@dorsey.com
Andrew Brantingham (admitted *pro hac vice*)
Email: brantingham.andrew@dorsey.com
Angela Porter (admitted *pro hac vice*)
Email: porter.angela@dorsey.com
Richard Q. Liu
Email: liu.richard@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600

23

24

25

26

27

28

1

Facsimile: 612.340.2868

2

Martha C. Luemers
Email: luemers.martha@dorsey.com

3

305 Lytton Avenue
Palo Alto, CA 94301

4

Telephone: 650.857.1717
Facsimile: 650.857.1288

5

6

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

7

sued herein as U.S. BANCORP NATIONAL
ASSOCIATION

8

9

Dated:  April 18, 2016

SEDGWICK LLP

10

By: ___ /s/ Paul Riehle _____

11

Paul Riehle (SBN 115119)
paul.riehle@sedgwicklaw.com

12

333 Bush Street, 30th Floor
San Francisco, CA 94104

13

Telephone: 415.781.7900
Facsimile: 415.781.2635

14

15

Attorneys for Defendant
EMVCo, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS:
Case No. 3:16-cv-01150 (WHA)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Kenneth A. Gallo, am the ECF user whose ID and password are being used to file the above CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

*/s/ Kenneth A. Gallo*
_____