# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: April 21, 2016 | Time: 1 hour; 3 minutes | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 16-cv-01150-WHA | Case Name: B & R Supermarket, Inc., etal v. Visa, Inc., et al | |
| Deputy Clerk: Angella Meuleman | Court Reporter: Debra Pas | |

**Attorneys for Plaintiff:** Alexandra S. Bernay, Carmen A. Medici, Lonnie A. Browne, John W. Devine, Armen Zohrabian, Lawrence D. Goodman

**Attorneys for Defendants: Chase**:Peter E. Greene, Boris Bershteyn, Raoul Kennedy, Noel C. Johnson; **Mastercard**: Kenneth A. Gallo, Stephen E. Taylor, Craig Benso; **USAA**: Bradley R. Love, Alicia M. Raines; **BOA**: Alexandra Eve S. Laks, Mark P. Ladner, Penelope A. Preovolos; **PNC Bank**: Daniel I. Booker, Ashley L. Shively; **Barkley Bank**: James Tallon, Johah P. Ross; **AE**: Rowan D. Wilson, Lauren K. Ross; **US Bank**: F. Matthew Ralph; **CityBank:** Benjamin R. Nagin, Peter K. Huston; **DiscoverCard:**Robert Y. Sperling; **Visa:** Sharon D. Mayo, Robert Vizas, Mark Merley; **EMV:**Dennis F. Murphy, Paul J. Riehle; **Discover Financial Services:** Sean Meenan, Jeanifer E. Parsigian, Elizabeth P. Papez; **Wells Fargo:**Jamie D. Wells, Howard Feller; **Capitol One:** D. Bruce Hoffman, Leslie Kostyshak, Susan Joo; **US Bancorp:** Angela Porter, Martha Luemers.

# PROCEEDINGS

Initial Case Management Conference - HELD.

# RESULT OF HEARING

Parties discuss legal issues outlined in the case. Plaintiff's counsel states two foreign parties remain to be served. Opposition to pending Motions to Dismiss due May 19, 2016; replies due June 2, 2016; hearing on motions to dismiss set for June 23, 2016 at 8:00 a.m. Plaintiff and Defendants are limited to fifty-four depositions each. Any Declarations submitted in class certification briefing will be subject to deposition testimony.

**PRETRIAL SCHEDULE:**

Complete Initial Disclosures**:5/13/2016**
Last Day to Seek Leave to Add/Amend: **11/30/2016**
Discovery cutoff: **6/30/2017**
Class Action Certification Motions due, to be heard on 63-Day Track: **12/8/2016**
Last Day to File Dispositive Motions: **8/3/2017**
Pretrial Conference: **10/18/2017 at 2:00 pm**
Jury Trial: **10/30/2017** at **7:30 am**
**REFERRALS: Magistrate Judge Donna M. Ryu for mediation/settlement.**