PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARK P. LADNER (Admitted *Pro Hac Vice*)
MLadner@mofo.com
MICHAEL B. MILLER (Admitted *Pro Hac Vice*)
MBMiller@mofo.com
NATALIE A. FLEMING NOLEN (Admitted *Pro Hac Vice*)
NFlemingNolen@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
BANK OF AMERICA, N.A.

[*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, and GROVE LIQUORS LLC, a Florida limited liability company, Individually and on Behalf of All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> VISA, INC., VISA USA, INC., a Delaware MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY, A NEW YORK CORPORATION; DISCOVER FINANCIAL SERVICES, BANK OF AMERICA, N.A., BARCLAYS BANK DELAWARE, CAPITAL ONE FINANCIAL CORPORATION, CHASE BANK USA, NATIONAL ASSOCIATION, | Case No. 3:16-cv-01150-WHA <br><br> **DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTIONS TO DISMISS** <br><br> Date:  June 23, 2016 <br> Time:  8:00 a.m. <br> Place: Courtroom 8, 19th Floor <br><br> Honorable William H. Alsup |

| | |
|---|---|
| 1 | [*Caption continued on following page.*] |
| | CITIBANK (SOUTH DAKOTA), N.A., |
| 2 | CITIBANK, N.A., PNC BANK |
| | NATIONAL ASSOCIATION, USAA SAVINGS |
| 3 | BANK, a Nevada corporation; U.S. BANCORP |
| | NATIONAL ASSOCIATION, WELLS FARGO |
| 4 | BANK, N.A., EMVCO, LLC, JCB CO. LTD, and |
| | UNIONPAY. |
| 5 | |
| | Defendants. |
| 6 | |

The two new parties that Plaintiffs seek to have intervene as additional named Plaintiffs would do nothing to remedy the defects in Plaintiffs' Complaint.[1]

Plaintiffs' Sherman Act claim would remain fatally deficient because the Proposed Complaint (Dkt. No. 255-2) fails to allege any direct evidence of a conspiracy or provide any non-conclusory allegations from which the Court can plausibly infer the existence of a conspiracy. Plaintiffs' Cartwright Act claim continues to fail for the same reason. Further, the *Illinois Brick* doctrine would continue to bar Sherman Act damages claims against any Defendant arising from chargebacks under Discover's, MasterCard's, and Visa's chargeback policies,[2] as well as from chargebacks for transactions on American Express cards accepted via a third-party acquirer. Likewise, the Proposed Complaint continues to seek damages for "unjust enrichment"—a claim that does not exist under California law—while conceding that some Defendants obtained no financial benefit from the alleged conduct and failing to allege any wrongful conduct by the remaining Defendants.

Nor would the intervention of these two new putative Plaintiffs overcome Defendants' alternative argument for dismissing the Cartwright Act claim—that current Plaintiffs do not have standing to bring that claim. *First*, the Pennsylvania intervenor, rue21, would also lack Cartwright Act standing because the Proposed Complaint does not allege that rue21 was injured in California. *See Ubiquiti Networks, Inc. v. Kozumi USA Corp.*, No. C 12-2582 CW, 2013 WL 368365, at *9 (N.D. Cal. Jan. 29, 2013) (dismissing Cartwright Act claim, in part because it failed to allege harm to competition in a California market) (citing *RLH Indus., Inc. v. SBC Commc'ns, Inc.*, 133 Cal. App. 4th 1277, 1281, 35 Cal. Rptr. 3d 469 (2005) (recognizing that the Cartwright

---

[1] The Court invited Plaintiffs to withdraw the original complaint and replace it with an amended complaint with additional factual allegations (Apr. 21, 2016 Hr'g Tr. 32:10-16). Plaintiffs declined that invitation. In the Proposed Complaint (Dkt. No. 255-2), which would include the two new proposed named Plaintiffs, no changes have been made to the substantive allegations of the original Complaint.

[2] With respect to Discover, *Illinois Brick* would continue to bar Sherman Act damages brought by the original named plaintiffs, as well as proposed intervenor Monsieur Marcel, but the *Illinois Brick* doctrine would not apply to transactions between Discover and proposed intervenor rue21, as they have a direct relationship.

Act is meant to protect against "anticompetitive conduct that causes injury in California"). While the Proposed Complaint alleges that rue21 has stores in 47 states including California, it does not allege that any of the challenged chargebacks occurred in its California stores.

*Second*, the addition of the California intervenor also would accomplish nothing for Plaintiffs because allegations relating to this putative Plaintiff—contained in a single paragraph of the Proposed Complaint—are conclusory, unsupported by specific facts, and insufficient to state a claim. All that is alleged is that Monsieur Marcel incurred "significant and unprecedented chargebacks following" the liability shift. In contrast to allegations regarding the current Plaintiffs, the Proposed Complaint fails to allege that the chargebacks were the result of the liability shift or offer any facts to support such a claim. (*Compare* Proposed Compl. ¶ 4(b) *with id.* ¶¶ 104–10.) The Proposed Complaint does not offer any details about the chargebacks, such as: their amount; the date they were incurred; the network involved; the reason for the chargeback; or anything else about them. (*Id.* ¶ 4(b).)

Even with the addition of these new parties, Plaintiffs still could not maintain their action as a nationwide class action under the Cartwright Act. *First*, such a class cannot be maintained because of the conflicts among antitrust laws of the 50 states. *See In re Graphics Processing Units Antitrust Litig.*, 527 F. Supp. 2d 1011, 1027 (N.D. Cal. 2007) (Alsup, J.) (noting that conflict between California and states that do not allow indirect purchaser actions "looms large"). Rue21 exemplifies that conflict: Pennsylvania, unlike California and a number of other states, does not have an antitrust statute and does not permit recovery for alleged antitrust violations under state common law, much less claims by indirect purchasers like Plaintiffs in this action. *See In re Dynamic Random Access Memory Antitrust Litig.*, 516 F. Supp. 2d 1072, 1100 (N.D. Cal. 2007) ("In light of the fact that no Pennsylvania state court has ever affirmatively held that a common law cause of action for antitrust damages may lie, and furthermore in light of the

existence of cases based on state law expressly stating that *no* such cause of action may lie, the court declines plaintiffs' invitation to hold that such an action is permissible.") (citing *XF Enters. Inc. v. BASF Corp.*, 47 Pa. D. & C. 4th 147, 150 (Ct. Com. Pl. 2000) ("No court to date has held that a private remedy is available for damages under Pennsylvania's common law on antitrust violations.")). *Second*, even with the addition of the two new putative Plaintiffs, there is no significant aggregation of contacts shown by *each* member of the Plaintiff class such that maintenance of a nationwide class under the Cartwright Act would be warranted. *See In re Graphics Processing Units Antitrust Litig.*, 527 F. Supp. 2d at 1027. The addition of two new putative Plaintiffs, one in California and one in Pennsylvania, does not sufficiently make out allegations that would support the choice of California law, or suggest such a choice would not be arbitrary or unfair. *See id.*

In sum, the addition of the new named Plaintiffs would do nothing to save the Complaint from dismissal.

Dated:  May 13, 2016                    Respectfully submitted,


                                        MORRISON & FOERSTER LLP


                                        By:  */s/ Penelope A. Preovolos*
                                             Penelope A. Preovolos

                                             425 Market Street
                                             San Francisco, CA 94105
                                             Telephone: 415.268.7000
                                             Facsimile: 415.276.7187
                                             Email: PPreovolos@mofo.com

                                             Mark P. Ladner (admitted *pro hac vice*)
                                             Michael B. Miller (admitted *pro hac vice*)
                                             Natalie A. Fleming Nolen (admitted *pro hac vice*)
                                             250 West 55th Street
                                             New York, NY 10019-9601
                                             Telephone: 212.468.8000
                                             Facsimile: 212.468.7900
                                             MLadner@mofo.com
                                             MBMiller@mofo.com
                                             NFlemingNolen@mofo.com

                                        Attorneys for Defendant
                                        BANK OF AMERICA, N.A.

Dated:  May 13, 2016                    ARNOLD & PORTER LLP

                                        By:  */s/ Robert Vizas*
                                             Robert J. Vizas
                                             robert.vizas@aporter.com
                                             Sharon D. Mayo
                                             sharon.mayo@aporter.com
                                             Erica M. Connolly
                                             erica.connolly@aporter.com
                                             Three Embarcadero Center, Tenth Floor
                                             San Francisco, CA 94111-4024
                                             Telephone: 415.471.3100
                                             Facsimile: 415.471.3400

                                             Mark R. Merley (admitted *pro hac vice*)
                                             mark.merley@aporter.com
                                             Karen C. Otto (admitted *pro hac vice*)

|   |   |   |
|---|---|---|
| 1 | | karen.otto@aporter.com |
| 2 | | 601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: 202.942.5000 |
| 3 | | Facsimile: 202.942.5999 |
| 4 | | Attorneys for Defendants<br>VISA INC. and VISA U.S.A. INC. |
| 5 | | |
| 6 | Dated:  May 13, 2016 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

Dated:  May 13, 2016              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   */s/ Kenneth Gallo*
  Kenneth A. Gallo (admitted *pro hac vice*)
  Craig A. Benson (admitted *pro hac vice*)
  2001 K Street, NW
  Washington, D.C. 20006-1047
  Tel. (202) 223-7300
  Fax. (202) 223-7420
  KGallo@paulweiss.com
  CBenson@paulweiss.com

  Stephen E. Taylor (SBN 058452)
  Cheryl A. Galvin (SBN 252262)
  TAYLOR & COMPANY LAW OFFICES, LLP
  One Ferry Building, Suite 355
  San Francisco, California 94111
  Tel. (415) 788-8200
  Fax. (415) 788-8208
  staylor@tcolaw.com
  cgalvin@tcolaw.com

Attorneys for Defendant
MASTERCARD INTERNATIONAL INCORPORATED

Dated:  May 13, 2016              CRAVATH, SWAINE & MOORE LLP

By:   */s/ Rowan Wilson*
  Rowan D. Wilson
  Lauren K. Ross
  Worldwide Plaza
  825 Eighth Avenue
  New York, NY 10019-7475
  Email: rwilson@cravath.com

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

Dated:  May 13, 2016              WINSTON & STRAWN LLP

|   |   |
|---|---|
| | By:   */s/ Elizabeth Papez* |
| | Elizabeth P. Papez (admitted *pro hac vice*) |
| | 1700 K Street, N.W. |
| | Washington, DC 20006 |
| | Telephone: 202.282.5000 |
| | Facsimile: 202-282-5100 |
| | epapez@winston.com |
| | |
| | Sean D. Meenan |
| | Jeanifer E. Parsigian |
| | 101 California Street |
| | San Francisco, CA 94111 |
| | Telephone: 415.591.1000 |
| | Facsimile: 415.591.1400 |
| | smeenan@winston.com |
| | jparsigian@winston.com |
| | |
| | Robert Y. Sperling (admitted *pro hac vice*) |
| | Joseph L. Motto (admitted *pro hac vice*) |
| | 35 West Wacker Drive |
| | Chicago, IL 60601 |
| | Telephone: 312.558.5600 |
| | Facsimile: 312.558.5700 |
| | rsperling@winston.com |
| | jmotto@winston.com |
| | |
| | Attorneys for Defendant |
| | DISCOVER FINANCIAL SERVICES |

Dated:  May 13, 2016                SHEARMAN & STERLING LLP

By:  */s/ James Tallon*
James Tallon
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-4650
Email: jtallon@shearman.com

Patrick D. Robbins
Mikael A. Abye
535 Mission Street, 25th Floor
San Francisco, California  94105-2997
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Defendant
BARCLAYS BANK DELAWARE

Dated:  May 13, 2016                HUNTON & WILLIAMS LLP

By: */s/ Susan S. Joo*

| | |
|---|---|
| 1 | Susan S. Joo (State Bar No. 260369) |
|   | Hunton & Williams LLP |
| 2 | 575 Market Street, Suite 3700 |
|   | San Francisco, CA 94105 |
| 3 | Telephone: 415.975.3700 |
|   | Facsimile: 415.975.3701 |
| 4 | sjoo@hunton.com |

Susan S. Joo (State Bar No. 260369)
Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, CA 94105
Telephone: 415.975.3700
Facsimile: 415.975.3701
sjoo@hunton.com

D. Bruce Hoffman (DC Bar No. 495385)
(admitted *pro hac vice*)
Ryan Shores (DC Bar No. 500031)
(admitted *pro hac vice*)
Leslie Kostyshak (DC Bar No. 1005462)
(admitted *pro hac vice*)
John Beerbower (VA Bar No. 83644)
(admitted *pro hac vice*)
Hunton & Williams LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202.955.1500
Facsimile: 202.778.2201
bhoffman@hunton.com
rshores@hunton.com
lkostyshak@hunton.com

Attorneys for Defendant
CAPITAL ONE FINANCIAL CORPORATION

Dated: May 13, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Raoul Kennedy*
Raoul D. Kennedy
525 University Avenue
Palo Alto, CA 94301
Telephone: 650.470.4500
Facsimile: 650.470.4570
Email: raoul.kennedy@skadden.com

Peter E. Greene (admitted *pro hac vice*)
Boris Bershteyn (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
Harry P. Koulos (admitted *pro hac vice*)
4 Times Square
New York, New York 10036
Telephone: 212.735.3000
Facsimile: 212.735.2000

Attorneys for Defendant
CHASE BANK USA, National Association

| | | |
|---|---|---|
| 1 | Dated: May 13, 2016 | SIDLEY AUSTIN LLP |

By: */s/ Benjamin Nagin*
Peter K. Huston (SBN 150058)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
Facsimile: 415.772.7400
Email: phuston@sidley.com

David Graham (*admitted pro hac vice*)
dgraham@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312 853-7000
Facsimile: 312 853-7036

Benjamin R. Nagin (*admitted pro hac vice*)
Melissa Colón-Bosolet (*admitted pro hac vice*)
bnagin@sidley.com
mcolon-bosolet@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 212 839-5300
Facsimile: 212 839-5599
Attorneys for Defendant
CITIBANK, N.A. for itself and as successor in interest to CITIBANK (SOUTH DAKOTA), N.A

Dated:  May 13, 2016                REED SMITH LLP

By:  */s/ Scott Baker*
Scott D. Baker (SBN 84923)
sbaker@reedsmith.com
Ashley L. Shively (SBN 264912)
ashively@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269

Daniel I. Booker (admitted *pro hac vice*)
dbooker@reedsmith.com
Michelle A. Mantine (admitted *pro hac vice*)
mmantine@reedsmith.com
Conor M. Shaffer (admitted *pro hac vice*)
cshaffer@reedsmith.com
Courtney Averbach (admitted pro hac vice)
caverbach@reedsmith.com

DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTIONS TO DISMISS
CASE NO. 3:16-CV-01150-WHA
dc-827538

8

|   |   |   |
|---|---|---|
| 1 | | 225 Fifth Avenue |
| 2 | | Pittsburgh, PA 15222<br>Telephone: 412.288.3131<br>Facsimile: 412.288.3063 |
| 3 | | |
| 4 | | Attorneys for Defendant<br>PNC BANK, NATIONAL ASSOCIATION |
| 5 | | |
| 6 | Dated: May 13, 2016 | BARNES & THORNBURG LLP |
| 7 | | By: */s/ Bradley Love* |
| 8 | | Bradley R. Love<br>Kendall Millard |
| 9 | | 11 South Meridian Street<br>Indianapolis, IN 46204-3535 |
| 10 | | Telephone: 317.236.1313<br>Facsimile: 317.231.7433 |
| 11 | | Email: blove@btlaw.com<br>Email: kendall.millard@btlaw.com |
| 12 | | Attorneys for Defendant |
| 13 | | USAA SAVINGS BANK |
| 14 | Dated:  May 13, 2016 | DORSEY & WHITNEY LLP |
| 15 | | By:  */s/ F. Matthew Ralph* |
| 16 | | F. Matthew Ralph (admitted *pro hac vice*)<br>Email: ralph.matthew@dorsey.com |
| 17 | | Andrew Brantingham (admitted *pro hac vice*)<br>Email: brantingham.andrew@dorsey.com |
| 18 | | Angela Porter (admitted *pro hac vice*)<br>Email: porter.angela@dorsey.com |
| 19 | | Richard Q. Liu<br>Email: liu.richard@dorsey.com |
| 20 | | 50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 |
| 21 | | Telephone: 612.340.2600<br>Facsimile: 612.340.2868 |
| 22 | | Martha C. Luemers |
| 23 | | Email: luemers.martha@dorsey.com<br>305 Lytton Avenue |
| 24 | | Palo Alto, CA 94301<br>Telephone: 650.857.1717 |
| 25 | | Facsimile: 650.857.1288 |
| 26 | | Attorneys for Defendant<br>U.S. BANK NATIONAL ASSOCIATION |
| 27 | | sued herein as U.S. BANCORP NATIONAL<br>ASSOCIATION |
| 28 | | |

DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTIONS TO DISMISS
CASE NO. 3:16-CV-01150-WHA
dc-827538

9

| | | |
|---|---|---|
| 1 | Dated:  May 13, 2016 | MCGUIREWOODS LLP |
| 2 | | By:  */s/ David. C. Powell* |
| | | David C. Powell (CA SBN 129781) |
| 3 | | dpowell@mcguirewoods.com |
| | | JAMIE D. WELLS (CA SBN 290827) |
| 4 | | jwells@mcguirewoods.com |
| | | 505 Sansome Street, Suite 700 |
| 5 | | San Francisco, CA 94111 |
| | | Telephone: 415.844.1970 |
| 6 | | Facsimile: 415.844.1912 |
| 7 | | Howard Feller (admitted *pro hac vice*) |
| | | J. Brent Justus (admitted *pro hac vice*) |
| 8 | | Casey Erin Lucier (admitted *pro hac vice*) |
| | | Gateway Plaza |
| 9 | | 800 East Canal Street |
| | | Richmond, VA 23219 |
| 10 | | Attorneys for Defendant |
| | | WELLS FARGO BANK, N.A |
| 13 | Dated:  May 13, 2016 | SEDGWICK LLP |
| 14 | | By:   */s/Paul Riehle* |
| | | Paul Riehle (SBN 115119) |
| 15 | | paul.riehle@sedgwicklaw.com |
| | | Dennis Murphy, SBN 301008 |
| 16 | | Dennis.Murphy@sedgwicklaw.com |
| | | 333 Bush Street, 30th Floor |
| 17 | | San Francisco, CA 94104 |
| | | Telephone: 415.781.7900 |
| 18 | | Facsimile: 415.781.2635 |
| 19 | | Attorneys for Defendant |
| | | EMVCo, LLC |

**ATTESTATION**

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file the above DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTIONS TO DISMISS. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: May 13, 2016                    */s/Penelope A. Preovolos*
                                       PENELOPE A. PREOVOLOS