RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email:      raoul.kennedy@skadden.com

PETER E. GREENE (*pro hac vice*)
BORIS BERSHTEYN (*pro hac vice*)
EVAN R. KREINER (*pro hac vice*)
HARRY P. KOULOS (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
Email:      peter.greene@skadden.com
Email:      boris.bershteyn@skadden.com
Email:      evan.kreiner@skadden.com
Email:      harry.koulos@skadden.com

Attorneys for Defendant

CHASE BANK USA, N.A.

[*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., et al., | Case No. 3:16-cv-01150-WHA |
| Plaintiffs, | DEFENDANTS' SUPPLEMENTAL SUBMISSION REGARDING PAYMENT CARD ANTITRUST LITIGATION |
| v. | |
| VISA, INC., et al., | |
| Defendants. | |

1   Defendants respectfully make this supplemental submission to inform the Court that
2 today the United States Supreme Court granted the petition for certiorari by the defendants in
3 *Osborn v. Visa Inc.*, 797 F.3d 1057 (D.C. Cir. 2015), a case cited in footnote 2 of our submission
4 yesterday regarding the history of payment card antitrust litigation.

DATED: June 28, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Raoul D. Kennedy
Raoul D. Kennedy
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Peter E. Greene
Boris Bershteyn
Evan R. Kreiner
Harry P. Koulos
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant CHASE BANK USA, N.A.

1

| | | |
|---|---|---|
| 1 | Dated: June 28, 2016 | ARNOLD & PORTER LLP |
| 2 | | By:   /s/ Robert J. Vizas |
| 3 | | Robert J. Vizas |
| | | robert.vizas@aporter.com |
| | | Sharon D. Mayo |
| 4 | | sharon.mayo@aporter.com |
| | | Erica M. Connolly |
| 5 | | erica.connolly@aporter.com |
| | | Three Embarcadero Center, Tenth Floor |
| 6 | | San Francisco, CA 94111-4024 |
| | | Telephone: 415.471.3100 |
| 7 | | Facsimile: 415.471.3400 |

Mark R. Merley (admitted *pro hac vice*)
mark.merley@aporter.com
Karen C. Otto (admitted *pro hac vice*)
karen.otto@aporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants
VISA INC. and VISA U.S.A. INC.

| | | |
|---|---|---|
| 1 | DATED: June 28, 2016 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By:    /s/ Kenneth A. Gallo         |
| | | Kenneth A. Gallo (admitted *pro hac vice*) |
| | | Craig A. Benson (admitted *pro hac vice*) |
| 4 | | William Y. Durbin (admitted *pro hac vice*) |
| | | Catherine M. Yang (admitted *pro hac vice*) |
| 5 | | |
| 6 | | 2001 K Street, NW |
| | | Washington, DC 20006-1047 |
| 7 | | Telephone: 202.223.7300 |
| | | Facsimile: 202.223.7420 |
| 8 | | KGallo@paulweiss.com |
| | | CBenson@paulweiss.com |
| 9 | | WDurbin@paulweiss.com |
| | | CYang@paulweiss.com |
| 10 | | Stephen E. Taylor (SBN 058452) |
| | | Cheryl A. Galvin (SBN 252262) |
| 11 | | TAYLOR & COMPANY |
| | | LAW OFFICES, LLP |
| 12 | | One Ferry Building, Suite 355 |
| | | San Francisco, CA 94111 |
| 13 | | Telephone: 415.788.8200 |
| | | Facsimile: 415.788.8208 |
| 14 | | staylor@tcolaw.com |
| | | cgalvin@tcolaw.com |
| 15 | | |
| 16 | | Attorneys for Defendant MASTERCARD INTERNATIONAL INCORPORATED |

| | | |
|---|---|---|
| 1 | Dated: June 28, 2016 | WINSTON & STRAWN LLP |
| 2 | | By:  /s/ Elizabeth P. Papez |
| 3 | | Elizabeth P. Papez (admitted *pro hac vice*)<br>1700 K Street, N.W. |
| | | Washington, DC 20006 |
| 4 | | Telephone: 202.282.5000 |
| | | Facsimile: 202-282.5100 |
| 5 | | epapez@winston.com |
| 6 | | Sean D. Meenan |
| | | Jeanifer E. Parsigian |
| 7 | | 101 California Street |
| | | San Francisco, CA 94111 |
| 8 | | Telephone: 415.591.1000 |
| | | Facsimile: 415.591.1400 |
| 9 | | smeenan@winston.com |
| | | jparsigian@winston.com |
| 10 | | |
| | | Robert Y. Sperling (admitted *pro hac vice*) |
| 11 | | Joseph L. Motto (admitted *pro hac vice*) |
| | | 35 West Wacker Drive |
| 12 | | Chicago, IL 60601 |
| | | Telephone: 312.558.5600 |
| 13 | | Facsimile: 312.558.5700 |
| | | rsperling@winston.com |
| 14 | | jmotto@winston.com |
| 15 | | Attorneys for Defendant |
| | | DISCOVER FINANCIAL SERVICES |

| | | |
|---|---|---|
| 1 | Dated: June 28, 2016 | MORRISON & FOERSTER LLP |
| 2 | | By:   /s/ Penelope A. Preovolos   |
| | | Penelope A. Preovolos |
| 3 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 4 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.276.7187 |
| 5 | | Email: PPreovolos@mofo.com |
| 6 | | Mark. P. Ladner (admitted *pro hac vice*) |
| | | Michael B. Miller (admitted *pro hac vice*) |
| 7 | | Natalie Fleming Nolen (admitted *pro hac vice*) |
| | | 250 West 55th Street |
| 8 | | New York, New York 10019 |
| | | Telephone: 212.468.8000 |
| 9 | | Facsimile: 212.468.7900 |
| | | mladner@mofo.com |
| 10 | | mbmiller@mofo.com |
| | | nflemingnolen@mofo.com |
| 11 | | |
| | | Attorneys for Defendant |
| 12 | | BANK OF AMERICA, N.A. |
| 13 | | |
| | Dated: June 28, 2016 | DORSEY & WHITNEY LLP |
| 14 | | |
| | | By:   /s/ F. Matthew Ralph   |
| 15 | | F. Matthew Ralph (admitted *pro hac vice*) |
| | | Email: ralph.matthew@dorsey.com |
| 16 | | Andrew Brantingham (admitted *pro hac vice*) |
| | | Email: brantingham.andrew@dorsey.com |
| 17 | | Angela Porter (admitted *pro hac vice*) |
| | | Email: porter.angela@dorsey.com |
| 18 | | Richard Q. Liu |
| | | Email: liu.richard@dorsey.com |
| 19 | | 50 South Sixth Street, Suite 1500 |
| | | Minneapolis, MN 55402-1498 |
| 20 | | Telephone: 612.340.2600 |
| | | Facsimile: 612.340.2868 |
| 21 | | |
| | | Martha C. Luemers |
| 22 | | Email: luemers.martha@dorsey.com |
| | | 305 Lytton Avenue |
| 23 | | Palo Alto, CA 94301 |
| | | Telephone: 650.857.1717 |
| 24 | | Facsimile: 650.857.1288 |
| 25 | | Attorneys for Defendant |
| | | U.S. BANK NATIONAL ASSOCIATION |
| 26 | | sued herein as U.S. BANCORP NATIONAL |
| | | ASSOCIATION |
| 27 | | |
| 28 | | |

Dated:  June 28, 2016            SEDGWICK LLP

By:  /s/ Paul Riehle
Paul Riehle (SBN 115119)
paul.riehle@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
EMVCo, LLC

Dated:  June 28, 2016            SHEARMAN & STERLING LLP

By:  /s/ James Tallon
James Tallon
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-4650
Email: jtallon@shearman.com

Patrick D. Robbins
Mikael A. Abye
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Defendant
BARCLAYS BANK DELAWARE

| | | |
|---|---|---|
| 1 | Dated: June 28, 2016 | HUNTON & WILLIAMS LLP |
| 2 | | |
| 3 | | By:   /s/ D. Bruce Hoffman   |
| | | Susan S. Joo (State Bar No. 260369) |
| | | Hunton & Williams LLP |
| 4 | | 575 Market Street, Suite 3700 |
| | | San Francisco, CA 94105 |
| 5 | | Telephone: 415.975.3700 |
| | | Facsimile: 415.975.3701 |
| 6 | | sjoo@hunton.com |
| 7 | | D. Bruce Hoffman (DC Bar No. 495385) |
| | | (admitted *pro hac vice*) |
| 8 | | Ryan Shores (DC Bar No. 500031) |
| | | (admitted *pro hac vice*) |
| 9 | | Leslie Kostyshak (DC Bar No. 1005462) |
| | | (admitted *pro hac vice*) |
| 10 | | Hunton & Williams LLP |
| | | 2200 Pennsylvania Ave. NW |
| 11 | | Washington, DC 20037 |
| | | Telephone: 202.955.1500 |
| 12 | | Facsimile: 202.778.2201 |
| | | bhoffman@hunton.com |
| 13 | | rshores@hunton.com |
| | | lkostyshak@hunton.com |
| 14 | | |
| 15 | | Attorneys for Defendant |
| | | CAPITAL ONE FINANCIAL CORPORATION |

7

Dated: June 28, 2016                    SIDLEY AUSTIN LLP

By:   /s/ Benjamin R. Nagin
Peter K. Huston (SBN 150058)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
Facsimile: 415.772.7400
Email: phuston@sidley.com

David Graham (admitted *pro hac vice*)
dgraham@sidley.com
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

Benjamin R. Nagin (admitted *pro hac vice*)
Melissa Colón-Bosolet (admitted *pro hac vice*)
bnagin@sidley.com
mcolon-bosolet@sidley.com
787 Seventh Avenue
New York, New York 10019
Telephone: 212.839.5300
Facsimile: 212.839.5599

Attorneys for Defendant
CITIBANK, N.A. for itself and as successor in interest to CITIBANK (SOUTH DAKOTA), N.A.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2016 | REED SMITH LLP |
| 2 | | |
| 3 | | By: ___/s/ Daniel I. Booker___<br>Scott D. Baker (SBN 84923) |
| | | sbaker@reedsmith.com |
| 4 | | Ashley L. Shively (SBN 264912) |
| | | ashively@reedsmith.com |
| 5 | | 101 Second Street, Suite 1800 |
| | | San Francisco, CA 94105-3659 |
| 6 | | Telephone: 415.543.8700 |
| | | Facsimile: 415.391.8269 |
| 7 | | |
| | | Daniel I. Booker (admitted *pro hac vice*) |
| 8 | | dbooker@reedsmith.com |
| | | Michelle A. Mantine (admitted *pro hac vice*) |
| 9 | | mmantine@reedsmith.com |
| | | Conor M. Shaffer (admitted *pro hac vice*) |
| 10 | | cshaffer@reedsmith.com |
| | | Courtney B. Averbach (admitted *pro hac vice*) |
| 11 | | caverbach@reedsmith.com |
| | | 225 Fifth Avenue |
| 12 | | Pittsburgh, PA 15222 |
| | | Telephone: 412.288.3131 |
| 13 | | Facsimile: 412.288.3063 |
| 14 | | Attorneys for Defendant |
| | | PNC BANK, NATIONAL ASSOCIATION |
| 15 | | |
| 16 | Dated: June 28, 2016 | BARNES & THORNBURG LLP |
| 17 | | By: ___/s/ Bradley R. Love___ |
| | | Bradley R. Love |
| 18 | | Kendall Millard |
| | | 11 South Meridian Street |
| 19 | | Indianapolis, IN 46204-3535 |
| | | Telephone: 317.236.1313 |
| 20 | | Facsimile: 317.231.7433 |
| | | Email: blove@btlaw.com |
| 21 | | Email: kendall.millard@btlaw.com |
| 22 | | Attorneys for Defendant |
| | | USAA SAVINGS BANK |

9

| | | |
|---|---|---|
| 1 | Dated: June 28, 2016 | MCGUIREWOODS LLP |
| 2 | | By:   /s/ David C. Powell |
| 3 | | David C. Powell (CA SBN 129781) dpowell@mcguirewoods.com |
| | | 505 Sansome Street, Suite 700 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: 415.844.1970 |
| 5 | | Facsimile: 415.844.9922 |
| 6 | | Attorneys for Defendant |
| | | WELLS FARGO BANK, N.A |

10

**ATTESTATION**

I, Raoul D. Kennedy, am the ECF user whose ID and password are being used to file the above DEFENDANTS' SUPPLEMENTAL SUBMISSION REGARDING PAYMENT CARD ANTITRUST LITIGATION.  In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

/s/ Raoul D. Kennedy