1   Robert J. Vizas (No. 56187)
    robert.vizas@aporter.com
2   Sharon D. Mayo (No. 150469)
    sharon.mayo@aporter.com
3   Erica Connolly (No. 288822)
    erica.connolly@aporter.com
4   ARNOLD & PORTER LLP
    Three Embarcadero Center, 10th Floor
5   San Francisco, CA 94111-4024
    Telephone:    415.471.3100
6   Facsimile:    415.471.3400

7   Mark R. Merley (*admitted pro hac vice*)
    mark.merley@aporter.com
8   Karen C. Otto (*admitted pro hac vice*)
    karen.otto@aporter.com
9   ARNOLD & PORTER LLP
    601 Massachusetts Avenue, NW
10  Washington, DC  20001-3743
    Telephone:    202.942.5000
11  Facsimile:    202.942.5999

12  Attorneys for Defendants VISA INC. and
    VISA U.S.A. INC.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18  B & R SUPERMARKET, INC., etc., et al.,        Case No.: 3:16-cv-01150-WHA

19                     Plaintiffs,                **CLASS ACTION**

20         vs.                                    **STIPULATION AND [~~PROPOSED~~]
                                                  ORDER SETTING BRIEFING
21  VISA, INC., et al.                            SCHEDULE ON MOTIONS TO DISMISS
                                                  AND MOTION TO INTERVENE [LOCAL
22                     Defendants.                RULE 6-2]**

23

24

25

26

27

28

## STIPULATION

WHEREAS Plaintiffs B&R Supermarket, Inc., d/b/a Milam's Market, Grove Liquors LLC, Strouk Group LLC, d/b/a Monsieur Marcel, rue21, Inc., and Palero Food Corp. and Cagueyes Food Corp., d/b/a Fine Fare Supermarket filed an Amended Complaint and a Motion to Intervene in this action on July 15, 2016, pursuant to this Court's June 24, 2016 Order;

WHEREAS Plaintiffs' Motion to Intervene is set for hearing on September 22, 2016, and Defendants' responses to the Motion to Intervene would be due on July 29, 2016 pursuant to Local Rule 7-3(a);

WHEREAS Defendants' responses to the Amended Complaint are due on August 5, 2016 pursuant to this Court's June 24, 2016 Order;

WHEREAS the parties agree that efficiency and judicial economy would be served by setting the hearing on Defendants' Motions to Dismiss for the same hearing date – September 22, 2016 – as Plaintiffs' already-scheduled Motion to Intervene, and by briefing those motions on the same schedule;

WHEREAS the parties previously stipulated to an extension of time for Defendants to respond to the original Complaint, extending the deadline by 19 days from the original due date for the earliest-served defendant.

NOW, THEREFORE, the parties stipulate and agree on the following briefing schedule:

Defendants shall have an extension of seven days, until **August 5, 2016,** to respond to Plaintiffs' Motion to Intervene, and shall file such responses along with their Motions to Dismiss Plaintiffs' Amended Complaint on the schedule set by the Court in its June 24, 2016 Order.

Plaintiffs shall have an extension of four days, until **August 23, 2016,** to oppose Defendants' Motions to Dismiss, and to submit their reply in support of their Motion to Intervene.

Defendants shall have an extension of three days, until **September 2, 2016,** to submit replies in support of their Motions to Dismiss.

Plaintiffs' Motion to Intervene and Defendants' motions to dismiss shall be heard on **September 22, 2016** at 8:00 a.m. or at such other time as is convenient for the Court.

1    **IT IS SO STIPULATED, through counsel of record.**

2    DATED:  July 26, 2016                    *Plaintiffs B & R Supermarket, Inc., d/b/a Milam's*
                                              *Market, et al.*
3

4

                                   By:    /s/ Alexandra A. Bernay
5

6                                          ROBBINS GELLER RUDMAN
                                             & DOWD LLP
7                                          ALEXANDRA S. BERNAY (SBN 211068)
                                           PATRICK J. COUGHLIN
                                           DAVID W. MITCHELL
8                                          CARMEN A. MEDICI

9                                          655 West Broadway, Suite 1900
                                           San Diego, CA  92101-8498
10                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
11                                         xanb@rgrdlaw.com

12                                         ROBBINS GELLER RUDMAN
                                             & DOWD LLP
13                                         ARMEN ZOHRABIAN

14                                         Post Montgomery Center
                                           One Montgomery Street, Suite 1800
15                                         San Francisco, CA  94104
                                           Telephone:  415/288-4545
16                                         415/288-4534 (fax)

17                                         ROBBINS GELLER RUDMAN
                                             & DOWD LLP
18                                         RANDI D. BANDMAN

19                                         120 East Palmetto Park Road, Suite 500
                                           Boca Raton, FL  33432
20                                         Telephone:  561/750-3000
                                           561/750-3364 (fax)
21
                                           DEVINE GOODMAN RASCO &
22                                             WATTS-FITZGERALD, LLP
                                           JOHN W. DEVINE
23                                         LAWRENCE D. GOODMAN
                                           ROBERT J. KUNTZ, JR.
24
                                           2800 Ponce De Leon Blvd., Suite 1400
25                                         Coral Gables, FL  33134
                                           Telephone:  305/374-8200
26                                         305/374-8208 (fax)

27

28

- 3 -

1    DATED:  July 26, 2016                    *Defendants Visa Inc. and Visa U.S.A. Inc.*

2

3
                                     By:    /s/ Sharon D. Mayo
4
                                            ARNOLD & PORTER LLP
5                                           ROBERT J. VIZAS
                                            SHARON D. MAYO
6                                           ERICA M. CONNOLLY

7                                           Three Embarcadero Center, 10th Floor
                                            San Francisco, CA  94111-4024
8                                           Telephone: 415/471-3100
                                            415.471.3400 (fax)
9                                           robert.vizas@aporter.com
                                            sharon.mayo@aporter.com
10                                          erica.connolly@aporter.com

11                                          ARNOLD & PORTER LLP
                                            MARK R. MERLEY (*pro hac vice*)
12                                          KAREN C. OTTO (*pro hac vice*)

13                                          601 Massachusetts Avenue, NW
                                            Washington, DC  20001-3743
14                                          Telephone: 202/942-5000
                                            202/942-5999 (fax)
15                                          mark.merley@aporter.com
                                            karen.otto@aporter.com

16

17   DATED:  July 26, 2016                    *Defendant MasterCard International
                                            Incorporated*
18

19
                                     By:    /s/ Craig A. Benson
20
                                            PAUL, WEISS, RIFKIND, WHARTON
21                                             & GARRISON LLP
                                            KENNETH A. GALLO (*pro hac vice*)
22                                          CRAIG A. BENSON (*pro hac vice*)
                                            WILLIAM Y. DURBIN (*pro hac vice*)
23                                          CATHERINE M. YANG (*pro hac vice*)

24                                          2001 K Street, NW
                                            Washington, DC  20006-1047
25                                          Telephone:  202/223-7300
                                            202/223-7420 (fax)
26                                          KGallo@paulweiss.com
                                            CBenson@paulweiss.com
27                                          WDurbin@paulweiss.com
                                            CYang@paulweiss.com
28

                                      - 4 -

1

2      TAYLOR & COMPANY LAW OFFICES, LLP
       STEPHEN E. TAYLOR
3      CHERYL A. GALVIN

4      One Ferry Building, Suite 355
       San Francisco, CA  94111
5      Telephone:  415/788-8200
       415/788-8208 (fax)
6      staylor@tcolaw.com
       cgalvin@tcolaw.com

7

8   DATED:  July 26, 2016          *Defendant American Express Company*

9

10                           By:   /s/ Rowan D. Wilson

11                                 CRAVATH, SWAINE & MOORE LLP
                                   ROWAN D. WILSON
12                                 LAUREN K. ROSS

13                                 Worldwide Plaza
                                   825 Eighth Avenue
14                                 New York, NY  10019-7475
                                   Telephone:  212/474-1000
15                                 212/474-3700 (fax)
                                   rwilson@cravath.com
16                                 lross@cravath.com

17

18   DATED:  July 26, 2016          *Defendant Discover Financial Services*

19

20                           By:   /s/ Sean D. Meenan

21                                 WINSTON & STRAWN LLP
                                   ELIZABETH P. PAPEZ (*pro hac vice*)
22
                                   1700 K Street, N.W.
23                                 Washington, DC  20006
                                   Telephone:  202/282-5000
24                                 202/282-5100 (fax)
                                   epapez@winston.com
25

26

27

28

- 5 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

1

2      WINSTON & STRAWN LLP
       SEAN D. MEENAN
3      JEANIFER E. PARSIGIAN

4      101 California Street
       San Francisco, CA  94111
5      Telephone: 415/591-1000
       415/591-1400 (fax)
6      smeenan@winston.com
       jparsigian@winston.com

7
       WINSTON & STRAWN LLP
8      JOSEPH L. MOTTO (*pro hac vice*)
       ROBERT Y. SPERLING (*pro hac vice*)
9
       35 W. Wacker Drive
10     Chicago, IL  60601
       Telephone:  312/558-5600
11     312/558-5700 (fax)
       rsperling@winston.com
12     jmotto@winston.com

13

14

15     DATED:  July 26, 2016              *Defendant Bank of America, N.A.*

16

17                              By:    /s/ Mark P. Ladner

18                                      MORRISON & FOERSTER LLP
                                        PENELOPE A. PREOVOLOS
19
                                        425 Market Street
20                                      San Francisco, CA  94105
                                        Telephone:  415/268-7000
21                                      415/276-7187 (fax)
                                        PPreovolos@mofo.com
22
                                        MORRISON & FOERSTER LLP
23                                      MARK P. LADNER (*pro hac vice*)
                                        MICHAEL B. MILLER (*pro hac vice*)
24                                      NATALIE FLEMING NOLEN (*pro hac vice*)

25                                      250 West 55th Street
                                        New York, NY  10019
26                                      Telephone:  212/468-8000
                                        212/468-7900 (fax)
27                                      mladner@mofo.com
                                        mbmiller@mofo.com
28                                      nflemingnolen@mofo.com

- 6 -

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

1    DATED:  July 26, 2016                    *Defendant Capital One Financial Corporation*

2

3                                       By:    /s/ Leslie Kostyshak

4                                             HUNTON & WILLIAMS LLP
                                              D. BRUCE HOFFMAN (*pro hac vice*)
5                                             RYAN SHORES (*pro hac vice*)
                                              LESLIE KOSTYSHAK (*pro hac vice*)
6                                             JOHN BEERBOWER (*pro hac vice*)

7                                             2200 Pennsylvania Avenue, NW
                                              Washington, DC  20037
8                                             Telephone:  202/955-1500
                                              202/778-2201 (fax)
9                                             bhoffman@hunton.com
                                              rshores@hunton.com
10                                            lkostyshak@hunton.com
                                              jbeerbower@hunton.com
11
                                              HUNTON & WILLIAMS LLP
12                                            SUSAN S. JOO (SBN 260369)

13                                            575 Market Street, Suite 3700
                                              San Francisco, CA  94105
14                                            Telephone:  415/975-3700
                                              415/975-3701 (fax)
15                                            sjoo@hunton.com

16

17   DATED:  July 26, 2016                    *Defendant Chase Bank USA, National
                                              Association*
18

19

20                                      By:    /s/ Boris Bershteyn

21                                            SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP
22                                            PETER E. GREENE (*pro hac vice*)
                                              BORIS BERSHTEYN (*pro hac vice*)
23                                            EVAN R. KREINER (*pro hac vice*)
                                              HARRY P. KOULOS (*pro hac vice*)

24                                            4 Times Square
25                                            New York, NY  10036
                                              Telephone:  212/735-3000
26                                            212/735-2000 (fax)
                                              peter.greene@skadden.com
27                                            boris.bershteyn@skadden.com
                                              evan.kreiner@skadden.com
28                                            harry.koulos@skadden.com

- 7 -

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

1    SKADDEN, ARPS, SLATE, MEAGHER
       & FLOM LLP
2    RAOUL D. KENNEDY (SBN 40892)

3    525 University Avenue
     Palo Alto, CA  94301
4    Telephone:  650/470-4500
     650/470-4570 (fax)
5    raoul.kennedy@skadden.com

6

7    DATED:  July 26, 2016                    *Defendant Citibank, N.A., for itself and as*
                                              *successor in interest to Citibank (South Dakota),*
8                                             *N.A.*

9

10                          By:    /s/ Benjamin R. Nagin

11                                 SIDLEY AUSTIN LLP
                                   PETER K. HUSTON (SBN 150058)
12
                                   555 California Street, Suite 2000
13                                 San Francisco, CA  94104
                                   Telephone:  415/772-1200
14                                 415/722-7400 (fax)
                                   phuston@sidley.com
15
                                   SIDLEY AUSTIN LLP
16                                 DAVID GRAHAM (*pro hac vice*)

17                                 One South Dearborn
18                                 Chicago, IL  60603
                                   Telephone: 312/ 853-7000
19                                 312/853-7036 (fax)
                                   dgraham@sidley.com
20
                                   SIDLEY AUSTIN LLP
21                                 BENJAMIN R. NAGIN (*pro hac vice*)
                                   MELISSA COLON-BOSOLET (*pro hac vice*)
22
                                   787 Seventh Avenue
23                                 New York, NY  10019
                                   Telephone: 212/ 839-5300
24                                 212/839-5599 (fax)
                                   bnagin@sidley.com
25                                 mcolon-bosolet@sidley.com

26

27

28

- 8 -

1   DATED:  July 26, 2016                          *Defendant PNC Bank, National Association*

2

3                                                   By:    /s/ Michelle A. Mantine

4                                                          REED SMITH LLP
                                                           DANIEL I. BOOKER (*pro hac vice*)
5                                                          MICHELLE A. MANTINE (*pro hac vice*)
                                                           CONOR M. SHAFFER (*pro hac vice*)
6                                                          COURTNEY B. AVERBACH (*pro hac vice*)

7                                                          225 Fifth Avenue
                                                           Pittsburgh, PA  15222
8                                                          Telephone:  412/288-3131
                                                           412/288-3063 (fax)
9                                                          dbooker@reedsmith.com
                                                           mmantine@reedsmith.com
10                                                         cshaffer@reedsmith.com
                                                           caverbach@reedsmith.com
11
                                                           REED SMITH LLP
12                                                         SCOTT D. BAKER
                                                           ASHLEY L. SHIVELY
13
                                                           Scott D. Baker (SBN 84923)
14                                                         Ashley L. Shively (SBN 264912)
                                                           sbaker@reedsmith.com
15                                                         ashively@reedsmith.com

16                                                         101 Second Street
                                                           Suite 1800
17                                                         San Francisco, CA 94105-3659
                                                           Telephone:  415-543-8700
18                                                         Fax:  415-391-8269

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

1  DATED:  July 26, 2016                     *Defendant U.S. Bank National Association*

2

3                                      By:    /s/ F. Matthew Ralph

4                                      DORSEY & WHITNEY LLP
                                       F. MATTHEW RALPH (*pro hac vice*)
5                                      ANDREW BRANTINGHAM (*pro hac vice*)
                                       ANGELA PORTER (*pro hac vice*)
6                                      RICHARD LIU

7                                      50 South Sixth Street, Suite 1500
                                       Minneapolis, MN  55402-1498
8                                      Telephone:  612/340-2600
                                       612/340-2868 (fax)
9                                      ralph.matthew@dorsey.com
                                       brantingham.andrew@dorsey.com
10                                     porter.angela@dorsey.com
                                       liu.richard@dorsey.com
11
                                       DORSEY & WHITNEY LLP
12                                     MARTHA C. LUEMERS

13                                     305 Lytton Avenue
                                       Palo Alto, CA  94301
14                                     Telephone:  650/857-1717
                                       650/857-1288 (fax)
15                                     luemers.martha@dorsey.com

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

1    DATED:  July 26, 2016                    *Defendant Wells Fargo Bank, N.A.*

2

3                                     By:   /s/ J. Brent Justus

4                                           McGUIREWOODS LLP
                                            DAVID C. POWELL (SBN 129781)
5                                           JAMIE D. WELLS (SBN 290827)

6
                                            505 Sansome Street, Suite 700
7                                           San Francisco, CA  94111
                                            Telephone:  415/844-1970
8                                           415/844-1912 (fax)
                                            dpowell@mcguirewoods.com
9                                           jwells@mcguirewoods.com

10                                          McGUIREWOODS LLP
                                            HOWARD FELLER (*pro hac vice*)
11                                          J. BRENT JUSTUS (*pro hac vice*)
                                            CASEY E. LUCIER (*pro hac vice*)
12
                                            800 E. Canal Street, Gateway Plaza
13                                          Richmond, VA  23219
                                            Telephone:  804/775-1000
14                                          804/775-1061 (fax)
                                            hfeller@mcguirewoods.com
15                                          bjustus@mcguirewoods.com
                                            clucier@mcguirewoods.com
16

17   DATED:  July 26, 2016                    *Defendant EMVCo, LLC*

18

19                                     By:   /s/ Paul Riehle

20                                          SEDGWICK LLP
                                            PAUL RIEHLE (SBN 115119)
21
                                            333 Bush Street, 30th Floor
22                                          San Francisco, CA  94104
                                            Telephone:  415/781-7900
23                                          415/781-2635 (fax)
                                            paul.riehle@sedgwicklaw.com
24

25

26        **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

27   DATED:   July 28, 2016.            _____
                                            THE HONORABLE WILLIAM H. ALSUP
28                                          UNITED STATES DISTRICT JUDGE

- 11 -