UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| B & R SUPERMARKET, INC., et al., | ) | Case No. 3:16-cv-01150-WHA |
| Plaintiffs, | ) ) | [PROPOSED] ORDER GRANTING BANK DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT |
| v. | ) ) | |
| VISA, INC., et al., | ) ) | |
| Defendants. | ) ) | |

1  Bank Defendants' Motion to Dismiss the Amended Complaint in the above-captioned
2  matter came on regularly for hearing in Courtroom 8 of this Court on September 22, 2016.  All
3  parties were represented by counsel of record at the time of the hearing.
4  Having read and considered Bank Defendants' Notice of Motion to Dismiss Amended
5  Complaint, Motion to Dismiss, and Memorandum of Points and Authorities in Support Thereof,
6  and all other papers filed by the parties in support of and in opposition to Bank Defendants'
7  Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefor,
8  IT IS HEREBY ORDERED that Bank Defendants' Motion to Dismiss is GRANTED, and
9  Plaintiffs' Amended Complaint is DISMISSED WITH PREJUDICE as to Bank Defendants.

**SO ORDERED.**

DATED:  _____          _____
                                                                                    HONORABLE WILLIAM H. ALSUP
                                                                                    UNITED STATES DISTRICT JUDGE