Kenneth A. Gallo (admitted *pro hac vice*)
KGallo@paulweiss.com
Craig A. Benson (admitted *pro hac vice*)
CBenson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

Stephen E. Taylor (SBN 058452)
staylor@tcolaw.com
Cheryl A. Galvin (SBN 252262)
cgalvin@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel. (415) 788-8200
Fax. (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>[CAPTION CONTINUED ON NEXT PAGE] | Case No.: 3:16-cv-01150-WHA<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: September 22, 2016<br>Time: 8:00 a.m. |

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF
DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S
MOTION TO DISMISS AMENDED COMPLAINT: Case No. 3:16-cv-01150 (WHA)

| | | |
|---|---|---|
| 1 | VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; and EMVCo, LLC<br><br>Defendants. | Place: Courtroom 8, 19th Floor<br><br>Honorable William H. Alsup |

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF
DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S
MOTION TO DISMISS AMENDED COMPLAINT: Case No. 3:16-cv-01150 (WHA)

I, CRAIG A. BENSON, declare as follows:

1. I am an active member in good standing of the bar of the District of Columbia Court of Appeals, and I am admitted in the above-entitled action *pro hac vice*. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and one of the counsel of record for Defendant MasterCard International Incorporated in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants American Express, MasterCard, Visa, and EMVCo's Motion to Dismiss Plaintiffs' Amended Complaint.

3. Attached hereto are true and correct copies of the following exhibits:

- Exhibit 1: Excerpts from the Transcript of the June 23, 2016 Motions to Dismiss and Transfer Venue Conference.
- Exhibit 2: Excerpts from the Transcript of the April 21, 2016 Case Management Conference.
- Exhibit 3: Diagram illustrating the operation of a chargeback under Network rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August 2016, at Washington, District of Columbia.

CRAIG A. BENSON

- 1 -
DECLARATION OF CRAIG A. BENSON IN SUPPORT OF
DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S
MOTION TO DISMISS AMENDED COMPLAINT: Case No. 3:16-cv-01150 (WHA)

## **ATTESTATION**

I, Kenneth A. Gallo, am the ECF user whose ID and password are being used to file the above DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S MOTION TO DISMISS AMENDED COMPLAINT. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

*/s/ Kenneth A. Gallo*

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On August 5, 2016, I served true and correct copies of the foregoing **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S MOTION TO DISMISS AMENDED COMPLAINT (WITH EXHIBITS 1-3)** by CAND/ECF transmission on all parties so registered to receive electronic service in the above-captioned action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2016, at San Francisco, California.

_____
Stefanie E. Chow