# Exhibit 1

```
 1                                              PAGES 1 - 76

 2                      UNITED STATES DISTRICT COURT

 3                    NORTHERN DISTRICT OF CALIFORNIA

 4                BEFORE THE HONORABLE WILLIAM H. ALSUP

 5   B & R SUPERMARKET, INC., ET AL,    )
                                        )
 6               PLAINTIFFS,            )
                                        )
 7     VS.                              ) NO. C 16-1150 WHA
                                        )
 8   VISA, INC., ET AL,                 )
                                        )  SAN FRANCISCO, CALIFORNIA
 9               DEFENDANTS.            )  THURSDAY
                                        )  JUNE 23, 2016
10   _____)  8:15 A.M.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

| | |
|---|---|
| **FOR PLAINTIFFS:** | ROBBINS GELLER RUDMAN AND DOWD, LLP |
| | 655 W. BROADWAY |
| | SUITE 1900 |
| | SAN DIEGO, CALIFORNIA 92101 |
| BY: | **ALEXANDRA SENYA BERNAY, ESQ.** |
| | **CARMEN ANTHONY MEDICI, ESQ.** |
| | **LONNIE ANTHONY BROWNE, ESQ.** |
| | ANGEL PUIMEI LAU, ESQ. |
| | PATRICK J. COUGHLIN, ESQ. |
| | |
| | ROBBINS GELLER RUDMAN AND DOWD, LLP |
| | ONE MONTGOMERY STREET |
| | SUITE 1800 |
| | SAN FRANCISCO, CALIFORNIA 94104 |
| BY: | **ARMEN ZOHRABIAN, ESQ.** |

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

***REPORTED BY:   KATHERINE WYATT, CSR 9866, CSR, RMR, RPR***

*COMPUTERIZED TRANSCRIPTION BY ECLIPSE*

```
 1  APPEARANCES:   (CONTINUED)

 2  FOR PLAINTIFFS:           DEVINE GOODMAN RASCO WATTS-FITZGERALD
                              2800 PONCE DE LEON BOULEVARD
 3                            SUITE 1400
                              CORAL GABLES, FLORIDA 33134
 4                      BY:   JOHN WILLIAM DEVINE, ESQ.
                              LAWRENCE DEAN GOODMAN, ESQ.
 5


 6
    FOR DEFENDANT             PAUL WEISS RIFKIND WHARTON & GARRISON
 7  MASTERCARD:               2001 K STREET, N.W.
                              WASHINGTON, DC 20006
 8                      BY:   KENNETH A. GALLO, ESQ.
                              WILLIAM Y. DURBIN, ESQ.
 9  AND

10                            TAYLOR & COMPANY LAW OFFICES, LLP
                              ONE FERRY BUILDING
11                            SUITE 355
                              SAN FRANCISCO, CALIFORNIA 94111
12                      BY:   STEPHEN E. TAYLOR, ESQ.

13

14  FOR DEFENDANT             ARNOLD AND PORTER
    VISA:                     THREE EMBARCADERO CENTER
15                            10TH FLOOR
                              SAN FRANCISCO, CALIFORNIA 94111
16                      BY:   ROBERT JOHN VIZAS, ESQ.
                              SHARON D. MAYO ESQ.
17

18  FOR DEFENDANT             SEDGWICK, LLP
    EMVCO, LLC:               333 BUSH STREET
19                            30TH FLOOR
                              SAN FRANCISCO, CALIFORNIA 94104
20                      BY:   PAUL JEFFREY RIEHLE, ESQ.
                              DENNIS FRANCIS MURPHY, ESQ.
21


22
    FOR DEFENDANT             SKADDEN, ARPS, SLATE, MEAGHER & FLOM
23  CHASE BANK:               FOUR TIMES SQUARE
                              NEW YORK, NEW YORK 10036
24                      BY:   PETER E. GREENE, ESQ.
                              BORIS BERSHTEYN, ESQ.
25
            (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:   (CONTINUED)

 2

     FOR DEFENDANT            SKADDEN, ARPS, SLATE, MEAGHER & FLOM
 3   CHASE BANK:              525 UNIVERSITY AVENUE
                              SUITE 1100
 4                            PALO ALTO, CALIFORNIA 94301
                         BY:  RAOUL DION KENNEDY, ESQ.
 5

 6
     FOR DEFENDANT            REED SMITH, LLP
 7   PNC BANK:                225 FIFTH AVENUE
                              SUITE 1200
 8                            PITTSBURGH, PENNSYLVANIA 15222
                         BY:  DANIEL I. BOOKER, ESQ.
 9

10                            REED SMITH, LLP
                              101 SECOND STREET
11                            SUITE 1800
                              SAN FRANCISCO, CALIFORNIA 94105
12                       BY:  ASHLEY LYNN SHIVELY, ESQ.

13

14   FOR DEFENDANT            WINSTON & STRAWN, LLP
     DISCOVER FINANCIAL:      1700 K STREET, N.W.
15                            WASHINGTON, DC 20006
                         BY:  ELIZABETH P. PAPEZ, ESQ.
16

17                            WINSTON & STRAWN, LLP
                              101 CALIFORNIA STREET
18                            SAN FRANCISCO, CALIFORNIA 94111
                         BY:  JEANIFER ELLEN PARSIGIAN, ESQ.
19                            SEAN MEENAN, ESQ.

20                            WINSTON & STRAWN, LLP
                              35 WEST WACKER DRIVE
21                            CHICAGO, ILLINOIS  60601
                         BY:  ROBERT YALE SPERLING, ESQ.
22

23

24          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

25
```

```
APPEARANCES:   (CONTINUED)


FOR DEFENDANT              SIDLEY & AUSTIN, LLP
CITIBANK:                  555 CALIFORNIA STREET
                           SUITE 2000
                           SAN FRANCISCO, CALIFORNIA 94104
                      BY:  PETER K. HUSTON, ESQ.



                           SIDLEY & AUSTIN
                           787 7TH AVENUE
                           NEW YORK, NEW YORK 10019
                      BY:  BENJAMIN ROBERT NAGIN, ESQ.



FOR DEFENDANT              CRAVATH SWAINE AND MOORE, LLP
AMERICAN EXPRESS:          825 EIGHTH AVENUE
                           NEW YORK, NEW YORK 10019
                      BY:  ROWAN D. WILSON, ESQ.
                           LAUREN KELLEY ROSS, ESQ.



FOR DEFENDANT              MORRISON AND FOERSTER, LLP
BANK OF AMERICA:           250 WEST 55GTH STREET
                           NEW YORK, NEW YORK 10019
                      BY:  MARK P. LADNER, ESQ.


                           MORRISON AND FOERSTER, LLP
                           425 MARKET STREET
                           SAN FRANCISCO, CALIFORNIA 94105
                      BY:  PENELOPE ATHENE PREOVOLOS, ESQ.
                           ALEXANDRA LAKS, ESQ.

         (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:   (CONTINUED)

 2

 3   FOR DEFENDANT            DORSEY AND WHITNEY, LLP
     U.S. BANCORP:            50 SOUTH SIXTH STREET
                              SUITE 1500
 4                            MINNEAPOLIS, MINNESOTA 55402
                         BY: FREDERICK MATTHEW RALPH, ESQ.
 5

 6                            DORSEY AND WHITNEY, LLP
                              305 LYTTON AVENUE
 7                            PALO ALTO, CALIFORNIA 94301
                         BY: MARTHA CORCORAN LUEMERS, ESQ.
 8

 9

10   FOR DEFENDANT            MCGUIRE WOODS, LLP
     WELLS FARGO BANK:        505 SANSOME STREET
                              SUITE 700
11                            SAN FRANCISCO, CALIFORNIA 94111
                         BY: DAVID C. POWELL, ESQ.
12

13                            MCGUIRE WOODS, LLP
                              GATEWAY PLAZA
14                            800 EAST CANAL STREET
                              RICHMOND, VIRGINIA 23219
15                       BY: J. BRENT JUSTUS, ESQ.

16

17   FOR DEFENDANT            SHEARMAN & STERLING, LLP
     BARCLAYS BANK DELAWARE:  599 LEXINGTON AVENUE
18                            NEW YORK, NEW YORK 10022
                         BY: JAMES PATRICK TALLON, ESQ.
19

20   AND                      SHEARMAN & STERLING, LLP
                              535 MISSION STREET
21                            25TH FLOOR
                              SAN FRANCISCO, CALIFORNIA 94105
22                       BY: JOHN COVE, ESQ.

23

24
                  (APPEARANCES CONTINUED ON FOLLOWING PAGE)
25
```

```
 1   APPEARANCES:   (CONTINUED)

 3   FOR DEFENDANT              BARNES AND THORNBURG, LLP
     USAA SAVINGS BANK:         11 SOUTH MERIDIAN STREET
 4                              INDIANAPOLIS, INDIANA 46204
                           BY:  BRADLEY ROBERT LOVE, ESQ.
 5                              KENDALL MILLARD, ESQ.

 7              (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:    (CONTINUED)

 2

     FOR DEFENDANT              HUNTON AND WILLIAMS, LLP
 3   CAPITAL ONE:               2200 PENNSYLVANIA AVENUE, N.W.
                                WASHINGTON, DC 20037
 4                        BY:   D. BRUCE HOFFMAN, ESQ.
                                LESLIE KOSTYSHAK, ESQ.
 5

 6                               -   -   -

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    REGARD.  I'VE TRIED TO EXPLAIN.
 2              THE COURT:  YOU HAVE SOME.  BUT, I MEAN, IT WOULD BE
 3    NICE TO KNOW, FOR EXAMPLE -- AND THIS WOULD HELP THE PLAINTIFF,
 4    99 PERCENT OF ALL CHARGES HAVE, IN FACT, GONE BACK TO THE
 5    MERCHANTS.  THAT WOULD BE ONE SCENARIO.
 6              ANOTHER SCENARIO WOULD BE ONLY 12 PERCENT HAVE GONE
 7    BACK AND SO --
 8              MR. GALLO:  YES.
 9              THE COURT:  ALL RIGHT.  LOOK, WE GOT TO MOVE ON TO
10    OTHER ISSUES.  I'LL GIVE YOU A MINUTE TO SAY WHATEVER ELSE YOU
11    WOULD LIKE TO SAY.  AND I HAVE ANOTHER MOTION TO HEAR.
12              MR. GALLO:  THANK YOU, YOUR HONOR. I'LL BE VERY
13    BRIEF, BUT I WOULD LIKE TO JUST MAKE A COUPLE OF POINTS.
14              MR. COUGHLIN SAID A LOT OF THINGS TODAY, 99 PERCENT
15    OF WHICH IS NOT IN THE COMPLAINT.
16              THE COURT:  WELL, 90 PERCENT.
17              MR. GALLO:  90 PERCENT.
18              THE COURT:  WHAT'S WRONG WITH THAT?  WHY NOT THIS?
19    WHY NOT LET HIM REPLEAD?  I WON'T EVEN MAKE A RULING.  JUST GIVE
20    HIM A CHANCE TO REPLEAD EVERYTHING HE WANTS TO DO, HIS BEST
21    POSSIBLE CASE.  FIX UP AS MUCH AS HE CAN.  AND THEN, LET YOU
22    MAKE ANOTHER MOTION.  WHAT DO YOU THINK OF THAT?
23              MR. GALLO:  I WOULD BE ALL RIGHT WITH THAT, YOUR
24    HONOR, AND I MAY GET SHOT IN THE BACK OF MY HEAD BY SOME PEOPLE
25    BEHIND ME.  BUT I WOULD BE ALL RIGHT WITH THAT.  BUT WITH ONE
```

1  CONDITION, WHICH IS IT'S TREATED AS THE FINAL TIME. I MEAN,
2  BECAUSE THEY WERE HERE THE FIRST --
3          **THE COURT:**  THAT'S THE WAY I ALWAYS SAY PLEAD THEIR
4  BEST POSSIBLE CASE.
5          **MR. GALLO:**  YES.  YES, BECAUSE, YOU KNOW, YOU GAVE
6  THEM THE OPTION AT THE CMC TO SAY THEY WANTED TO AMEND.  YOU
7  TOLD THEM THEY COULD COME BACK TWO WEEKS LATER AND AMEND.  THEY
8  DIDN'T TAKE YOU UP ON THAT.  THEY MADE AN AMENDMENT THAT DIDN'T
9  CHANGE ANYTHING.  AND NOW THEY ARE FACING A DISPOSITIVE MOTION.
10 AND NOW ON THE THIRD OCCASION MR. COUGHLIN SAYS HE WANTS TO
11 REPLEAD.
12         OKAY.  BUT THAT'S THE LAST TIME.  AND THE FACT THAT
13 YOU DON'T RULE I DON'T WANT TO BE USED AGAINST US, I GUESS IS MY
14 POINT.
15         **THE COURT:**  WELL, THAT IS A FAIR POINT.
16         **MR. GALLO:**  YES.  OKAY.  SO THAT'S FINE.  BUT I JUST
17 HAVE TO SAY BECAUSE HE SAID A LOT OF NASTY THINGS ABOUT MY
18 CLIENT, THAT A LOT OF THESE THINGS HE SAID JUST FRANKLY WEREN'T
19 COMPLETELY ACCURATE.  THERE WAS ALL KINDS OF STEERING GOING ON
20 IN 2008, '9, '10 AND '11.
21         THE ANNOUNCEMENT OF CHANGING THE RULE PRECEDED THE
22 SETTLEMENT IN THE OTHER CASE.  THESE OTHER COUNTRIES, YOU KNOW,
23 LET ME JUST GIVE YOU AN EXAMPLE.  IN CANADA, MY RECOLLECTION IS
24 THERE'S SOMETHING LIKE THREE OR FOUR BIG BANKS THAT ISSUE AND
25 ACQUIRE IN CANADA.  THERE'S HUNDREDS OR THOUSANDS IN THE UNITED

1  STATES.  YOU'RE TALKING ABOUT VERY DIFFERENT MARKETS.
2          SOME OF THESE COUNTRIES HAD REGULATORY REGIMES THAT
3  CONTROLLED HOW THE FRAUD WAS DONE, GOVERNMENT DICTATES ABOUT
4  LIABILITY SHIFT AND FRAUD CONTROL.
5          AUSTRALIA HAS A REGULATORY REGIME IN PLACE.  SO I
6  CAN'T EXPLAIN EVERY EXAMPLE AROUND THE WORLD.  BUT WHAT I CAN
7  SAY IS PLAINTIFFS HAVE PLED A UNITED STATES MARKET.  AND THE
8  IMPLICATION OF THAT IS THAT IT'S DIFFERENT THAN THOSE OTHER
9  PLACES.
10         AND SO MY ONLY POINT I WANT TO MAKE IS IT'S REALLY
11 SIMPLISTIC TO SAY IT'S DIFFERENT OVER THERE, THEREFORE THAT
12 MEANS THERE'S SOMETHING ILLEGAL GOING ON HERE.
13         IT'S A VERY SIMPLISTIC APPROACH.  AND FOR THE MOMENT
14 I'LL LEAVE IT AT THAT.
15         **THE COURT:**  ALL RIGHT.  OKAY.  A VERY BRIEF REBUTTAL
16 ON THIS POINT, AND THEN WE GOT ANOTHER MOTION TO HEAR.
17         **MR. COUGHLIN:**  YOUR HONOR, IF YOU'LL ALLOW ME TO
18 REPLEAD, THEN I'LL JUST DO THAT.
19         **THE COURT:**  IT WOULD BE THE LAST TIME.  YOU WOULDN'T
20 GET ANOTHER OPPORTUNITY.
21         **MR. COUGHLIN:**  OKAY.
22         **THE COURT:**  YOU UNDERSTAND, I'M NOT SAYING I'M GOING
23 TO GO THAT WAY YET, BUT YOU RAISED ENOUGH THINGS TODAY THAT I
24 CAN SEE THAT IF I DID MAKE A RULING, THEN WE WOULD HAVE TO COME
25 BACK AND DO IT ALL OVER AGAIN.