# Exhibit 2

```
                                                    Pages 1 - 55

                      UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA

                 BEFORE THE HONORABLE WILLIAM H. ALSUP

B & R SUPERMARKET, INC., et al,    )
                                   )
            Plaintiffs,            )
                                   )
   VS.                             ) NO. C 16-1150 WHA
                                   )
VISA, INC., et al,                 )
                                   ) San Francisco, California
            Defendants.            ) Thursday
                                   ) April 21, 2016
_____) 11:00 a.m.

                      TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:          ROBBINS GELLER RUDMAN AND DOWD, LLP
                         655 W. Broadway
                         Suite 1900
                         San Diego, California 92101
                   BY:   ALEXANDRA SENYA BERNAY, ESQ.
                         CARMEN ANTHONY MEDICI, ESQ.
                         LONNIE ANTHONY BROWNE, ESQ.


                         ROBBINS GELLER RUDMAN AND DOWD, LLP
                         One Montgomery Street
                         Suite 1800
                         San Francisco, California 94104
                   BY:   ARMEN ZOHRABIAN, ESQ.



         (APPEARANCES CONTINUED ON FOLLOWING PAGE)



Reported By:    Debra L. Pas, CSR 11916, CRR, RMR, RPR
                Official Reporter - US District Court
                Computerized Transcription By Eclipse
```

```
 1  APPEARANCES:   (CONTINUED)

 2  For Plaintiffs:          DEVINE GOODMAN RASCO WATTS-FITZGERALD
                              2800 Ponce de Leon Boulevard
 3                            Suite 1400
                              Coral Gables, Florida 33134
 4                      BY:   JOHN WILLIAM DEVINE, ESQ.
                              LAWRENCE DEAN GOODMAN, ESQ.
 5

 6
    For Defendant            PAUL WEISS RIFKIND WHARTON & GARRISON
 7  MasterCard:              2001 K Street, N.W.
                              Washington, DC 20006
 8                      BY:   KENNETH A. GALLO, ESQ.

 9

10  For Defendant            ARNOLD AND PORTER
    Visa:                    Three Embarcadero Center
11                            10th Floor
                              San Francisco, California 94111
12                      BY:   ROBERT JOHN VIZAS, ESQ.
                              SHARON D. MAYO ESQ.
13

14                            ARNOLD AND PORTER
                              601 Massachusetts Avenue, N.W.
15                            Washington, DC 20001
                        BY:   MARK R. MERLEY, ESQ.
16

17  For Defendant            SEDGWICK, LLP
    EMVCo, LLC:              333 Bush Street
18                            30th Floor
                              San Francisco, California 94104
19                      BY:   PAUL JEFFREY RIEHLE, ESQ.
                              DENNIS FRANCIS MURPHY, ESQ.
20

21
    For Defendant            SKADDEN, ARPS, SLATE, MEAGHER & FLOM
22  Chase Bank:              Four Times Square
                              New York, New York 10036
23                      BY:   PETER E. GREENE, ESQ.
                              BORIS BERSHTEYN, ESQ.
24
            (APPEARANCES CONTINUED ON FOLLOWING PAGE)
25
```

```
 1   APPEARANCES:   (CONTINUED)
 2
     For Defendant              SKADDEN, ARPS, SLATE, MEAGHER & FLOM
 3   Chase Bank:                525 University Avenue
                                Suite 1100
 4                              Palo Alto, California 94301
                         BY:    RAOUL DION KENNEDY, ESQ.
 5
 6
     For Defendant              REED SMITH, LLP
 7   PNC Bank:                  225 Fifth Avenue
                                Suite 1200
 8                              Pittsburgh, Pennsylvania 15222
                         BY:    DANIEL I. BOOKER, ESQ.
 9
10                              REED SMITH, LLP
                                101 Second Street
11                              Suite 1800
                                San Francisco, California 94105
12                       BY:    ASHLEY LYNN SHIVELY, ESQ.
13
14   For Defendant              WINSTON & STRAWN, LLP
     Discover Financial:        1700 K Street, N.W.
15                              Washington, DC 20006
                         BY:    ELIZABETH P. PAPEZ, ESQ.
16
17                              WINSTON & STRAWN, LLP
                                101 California Street
18                              San Francisco, California 94111
                         BY:    JEANIFER ELLEN PARSIGIAN, ESQ.
19
20                              WINSTON & STRAWN, LLP
                                35 West Wacker Drive
21                              Chicago, Illinois  60601
                         BY:    ROBERT YALE SPERLING, ESQ.
22
23
24        (APPEARANCES CONTINUED ON FOLLOWING PAGE)
25
```

```
 1  APPEARANCES:  (CONTINUED)

 2

    For Defendant              SIDLEY & AUSTIN, LLP
 3  Citibank:                  555 California Street
                               Suite 2000
 4                             San Francisco, California 94104
                         BY:   PETER K. HUSTON, ESQ.
 5

 6
                               SIDLEY & AUSTIN
 7                             787 7th Avenue
                               New York, New York 10019
 8                       BY:   BENJAMIN ROBERT NAGIN, ESQ.

 9

10  For Defendant              CRAVATH SWAINE AND MOORE, LLP
    American Express:          825 Eighth Avenue
11                             New York, New York 10019
                         BY:   ROWAN D. WILSON, ESQ.
12                             LAUREN KELLEY ROSS, ESQ.

13

14  For Defendant              WINSTON & STRAWN
    Discover Financial:        101 California Street
15                             San Francisco, California 94111
                         BY:   SEAN D. MEENAN, ESQ.
16

17

18  For Defendant              MORRISON AND FOERSTER, LLP
    Bank of America:           250 West 55gth Street
19                             New York, New York 10019
                         BY:   MARK P. LADNER, ESQ.
20

21                             MORRISON AND FOERSTER, LLP
                               425 Market Street
22                             San Francisco, California 94105
                         BY:   PENELOPE ATHENE PREOVOLOS, ESQ.
23

24          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

25
```

```
 1  APPEARANCES:   (CONTINUED)

 2

    For Defendant              DORSEY AND WHITNEY, LLP
 3  U.S. Bancorp:              50 South Sixth Street
                               Suite 1500
 4                             Minneapolis, Minnesota 55402
                         BY:   FREDERICK MATTHEW RALPH, ESQ.
 5                             ANGELA MARYSSA PORTER, ESQ.

 6

 7                             DORSEY AND WHITNEY, LLP
                               305 Lytton Avenue
 8                             Palo Alto, California 94301
                         BY:   MARTHA CORCORAN LUEMERS, ESQ.
 9

10
    For Defendant              McGUIRE WOODS, LLP
11  Wells Fargo Bank:          505 Sansome Street
                               Suite 700
12                             San Francisco, California 94111
                         BY:   JAMIE DANIELLE WELLS, ESQ.
13

14                             McGUIRE WOODS, LLP
                               Gateway Plaza
15                             800 East Canal Street
                               Richmond, Virginia 23219
16                       BY:   HOWARD FELLER, ESQ.

17

18  For Defendant              SHEARMAN & STERLING, LLP
    Barclays Bank Delaware:    599 Lexington Avenue
19                             New York, New York 10022
                         BY:   JAMES PATRICK TALLON, ESQ.
20

21
    For Defendant              BARNES AND THORNBURG, LLP
22  USAA Savings Bank:         11 South Meridian Street
                               Indianapolis, Indiana 46204
23                       BY:   BRADLEY ROBERT LOVE, ESQ.
                               ALICIA M. RAINES, ESQ.
24

25           (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1  APPEARANCES:   (CONTINUED)
 2
    For Defendant              HUNTON AND WILLIAMS, LLP
 3  Capital One:               2200 Pennsylvania Avenue, N.W.
                               Washington, DC 20037
 4                    BY:      D. BRUCE HOFFMAN, ESQ.
                               LESLIE KOSTYSHAK, ESQ.
 5
 6                             HUNTON AND WILLIAMS, LLP
                               575 Market Street
 7                             Suite 3700
                               San Francisco, California 94105
 8                    BY:      SUSAN S. JOO, ESQ.
 9                              _  _  _
10
...
25
```

|    |                                                                                     |
|----|-------------------------------------------------------------------------------------|
| 1  | **THE COURT:**  23rd.                                                               |
| 2  | **MS. BERNAY:**  Thank you.                                                         |
| 3  | **THE CLERK:**  You are available.                                                  |
| 4  | **THE COURT:**  I'm sorry?                                                          |
| 5  | **THE CLERK:**  You are available.                                                  |
| 6  | **THE COURT:**  I am?  Okay.  Good.                                                 |
| 7  | So that will be your schedule for motions to dismiss.                               |
| 8  | Don't file any more motions unless you do that *précis* thing.  I                   |
| 9  | usually don't use that, but I'm using it in this case because I                     |
| 10 | can see right away it's going to be a lot of motion practice.                       |
| 11 | Now, let me raise with you -- what's your name again?                               |
| 12 | **MS. BERNAY:**  Alexandra Bernay.                                                  |
| 13 | **THE COURT:**  Alexandra Bernay?                                                   |
| 14 | **MS. BERNAY:**  Yes.                                                               |
| 15 | **THE COURT:**  So it's Ms. Bernay?                                                 |
| 16 | **MS. BERNAY:**  Sure.                                                              |
| 17 | **THE COURT:**  Ms. Bernay, are you going to wind up just                           |
| 18 | deciding to do an amended complaint in the face of these                            |
| 19 | motions?                                                                            |
| 20 | **MS. BERNAY:**  We do have a California client.  I know                            |
| 21 | that your Honor in denying our --                                                   |
| 22 | **THE COURT:**  Yeah.  It's crazy to have some people in                            |
| 23 | Florida trying to take advantage of California -- even if this                      |
| 24 | was a class action, I wouldn't let them do that.                                    |
| 25 | I can just tell you right now, I'm not going to -- I                                |

1  routinely throw that out and you will never get the benefit of
2  California law for somebody who lives in Florida, unless there
3  is some agreement, which doesn't exist, that says California
4  law will apply.
5           **MS. BERNAY:**  Well, respectfully, we do disagree with
6  that interpretation just based on the plain reading of the
7  statute.  However, I do have a California --
8           **THE COURT:**  That's why we have Courts of Appeal, but
9  I'm not -- I am positive I'm right on this.
10          **MS. BERNAY:**  I understand.  We do have a California
11 merchant who is identically situated to the current named
12 plaintiff who is ready, willing and able to serve as a named
13 plaintiff at this time.  I would be happy to amend to add that
14 plaintiff.
15      What I don't want and I don't think that the Court wants
16 is to delay some of the resolution --
17          **THE COURT:**  That would be a motion on your part.
18 It's not just to amend.  It's to amend and intervene.  So that
19 would be a new plaintiff intervening and an amendment to the
20 pleading.  So it's more than just an amendment.
21      And you have to bring a motion.  I'm not going to give you
22 a blank check on that.
23          **MS. BERNAY:**  No, and I understand that, your Honor.
24 But so as to at least that *Cartwright Act* claim, we think that
25 we -- you know, we could amend there.

```
 1              THE COURT:  Maybe.  Maybe.
 2         So you -- you know, you've got to do what you want to do.
 3    If you want to bring that kind of a motion to be heard on the
 4    same day, I can imagine that would be something I would allow
 5    to be brought.  To be brought and heard, not necessarily
 6    granted.
 7              MS. BERNAY:  I understand.
 8              THE COURT:  But we'll see.
 9              MS. BERNAY:  Okay.
10              THE COURT:  But to come back to my other point.  I
11    feel -- if you're going to make -- if you're going to withdraw
12    the complaint and put in a new complaint that is more beefed up
13    in some way, then it's better to do that sooner rather than
14    later so that we save attorneys' fees for all these people and
15    save me having to go through something that at the end of the
16    day you decide to give up on anyway.
17         I'm not saying you should give up on it, but I've seen
18    this very pattern in other cases.  Then I wind up wasting time
19    that I could have spent on another case.
20         Okay.  I want to come now to the schedule, which is the
21    one I handed out.  And I'm willing -- I just normally don't
22    hand it out in advance, but I did this time because there's so
23    many of you.  And I want to let you know that this is a shorter
24    schedule that would lead up to a trial several months sooner
25    than you had wanted, but this goes up to a trial that's
```