# Exhibit 3



## Chargeback Process
## Pre- or Post-Liability Shift

1. A cardholder contacts the issuing bank to dispute a transaction.
2. The issuing bank may credit the cardholder for the disputed charge.
3. The issuing bank reviews the dispute and initiates a chargeback to MasterCard.
4. MasterCard relays the chargeback to the acquiring bank.
5. The acquiring bank may resolve the chargeback itself, or it may forward the chargeback on to the merchant.
6. The merchant may accept the chargeback or dispute it with the acquiring bank.  If the chargeback is accepted, the matter is resolved.  If disputed, there are additional communications.