Kenneth A. Gallo (admitted *pro hac vice*)
KGallo@paulweiss.com
Craig A. Benson (admitted *pro hac vice*)
CBenson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

Stephen E. Taylor (SBN 058452)
staylor@tcolaw.com
Cheryl A. Galvin (SBN 252262)
cgalvin@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Tel. (415) 788-8200
Fax. (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br>       vs.<br><br>*[CAPTION CONTINUED ON NEXT PAGE]* | Case No.: 3:16-cv-01150-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S MOTION TO DISMISS**<br><br>Date:  September 22, 2016<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 19th Floor<br><br>Honorable William H. Alsup |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; USAA SAVINGS BANK; U.S. BANCORP NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO. LTD; and UNIONPAY,<br><br>                              Defendants. |

[PROPOSED] ORDER GRANTING DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S MOTION TO DISMISS:
Case No. 3:16-cv-01150 (WHA)

1  Defendants American Express, MasterCard, Visa, and EMVCo's Motion to Dismiss the Amended Complaint in the above-captioned matter came on regularly for hearing in Courtroom 8 of this Court on September 22, 2016. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants American Express, MasterCard, Visa, and EMVCo's Notice of Motion to Dismiss Amended Complaint, Motion to Dismiss, and Memorandum of Points and Authorities in Support Thereof, and all other papers filed by the parties in support of and in opposition to Defendants American Express, MasterCard, Visa, and EMVCo's Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants American Express, MasterCard, Visa, and EMVCo's Motion to Dismiss is GRANTED, and Plaintiffs' Amended Complaint is DISMISSED WITH PREJUDICE as to Defendants American Express, MasterCard, Visa and EMVCo.

**SO ORDERED.**


DATED: _____     _____
                                  HONORABLE WILLIAM H. ALSUP
                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On August 5, 2016, I served true and correct copies of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS AMERICAN EXPRESS, MASTERCARD, VISA, AND EMVCO'S MOTION TO DISMISS** by CAND/ECF transmission on all parties so registered to receive electronic service in the above-captioned action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2016, at San Francisco, California.

_____
Stefanie E. Chow