Robert J. Vizas (No. 56187)
robert.vizas@aporter.com
Sharon D. Mayo (No. 150469)
sharon.mayo@aporter.com
Erica Connolly (No. 288822)
erica.connolly@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

Mark R. Merley (*admitted pro hac vice*)
mark.merley@aporter.com
Karen C. Otto (*admitted pro hac vice*)
karen.otto@aporter.com
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone:    202.942.5000
Facsimile:    202.942.5999

Attorneys for Defendants VISA INC. and
VISA U.S.A. INC.

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., etc., et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>VISA, INC., et al.<br><br>           Defendants. | Case No.: 3:16-cv-01150-WHA<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO INTERVENE**<br><br>Date:  September 22, 2016<br>Time:  8:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br><br>The Hon. William H. Alsup |

1  Defendants Visa Inc., Visa U.S.A. Inc., MasterCard International Incorporated, Discover
2  Financial Services, Bank of America, N.A., Capital One Financial Corporation, Chase Bank USA,
3  National Association, Citibank, N.A., for itself and as successor in interest to Citibank (South
4  Dakota), N.A., PNC Bank, National Association, U.S. Bank, National Association, Wells Fargo
5  Bank, N.A., and EMVCo, LLC respond to Plaintiffs' Motion to Intervene as follows.

In its June 24, 2016 Order re Motions to Dismiss, the Court declined to add plaintiffs Strouk Group LLC d/b/a Monsieur Marcel ("Monsieur Marcel") and rue21, Inc. ("rue21"). The Court further stated that Plaintiffs' amended complaint may include new plaintiffs and "allegations for their best possible cases," and that "[i]ntervention possibly will be allowed if the new complaint is viable." Plaintiffs filed their Amended Complaint and Motion to Intervene on July 15, 2016, and seek an order allowing Monsieur Marcel, rue21, and Palero Food Corp., Cagueyes Food Corp d/b/a Fine Fare Supermarket to intervene.

For the reasons set forth in Defendants American Express, MasterCard, Visa and EMVCo's Motion to Dismiss Amended Complaint; in Discover Financial Services' Motion to Dismiss Amended Complaint; and in Bank Defendants' Motion to Dismiss Amended Complaint, Plaintiffs' third attempt to plead "their best possible cases" has failed. Because Plaintiffs still have not stated a viable complaint, their Motion to Intervene should be denied.

| | |
|---|---|
| DATED:  August 5, 2016 | *Defendants Visa Inc. and Visa U.S.A. Inc.* |

By:   /s/ Sharon D. Mayo

ARNOLD & PORTER LLP
ROBERT J. VIZAS
SHARON D. MAYO
ERICA M. CONNOLLY

Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone: 415/471-3100
415.471-3400 (fax)
robert.vizas@aporter.com
sharon.mayo@aporter.com
erica.connolly@aporter.com

ARNOLD & PORTER LLP
MARK R. MERLEY (*pro hac vice*)
KAREN C. OTTO (*pro hac vice*)

601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone: 202/942-5000
202/942-5999 (fax)
mark.merley@aporter.com
karen.otto@aporter.com

| | |
|---|---|
| DATED:  August 5, 2016 | *Defendant MasterCard International Incorporated* |

By:   /s/ Kenneth A. Gallo

PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
KENNETH A. GALLO (*pro hac vice*)
CRAIG A. BENSON (*pro hac vice*)
WILLIAM Y. DURBIN (*pro hac vice*)
CATHERINE M. YANG (*pro hac vice*)

2001 K Street, NW
Washington, DC  20006-1047
Telephone:  202/223-7300
202/223-7420 (fax)
KGallo@paulweiss.com
CBenson@paulweiss.com
WDurbin@paulweiss.com
CYang@paulweiss.com

- 3 -
DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO INTERVENE

TAYLOR & COMPANY LAW OFFICES, LLP
STEPHEN E. TAYLOR
CHERYL A. GALVIN

One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone:  415/788-8200
415/788-8208 (fax)
staylor@tcolaw.com
cgalvin@tcolaw.com

DATED:  August 5, 2016                              *Defendant Discover Financial Services*

By:    /s/ Elizabeth P. Papez

WINSTON & STRAWN LLP
ELIZABETH P. PAPEZ (*pro hac vice*)

1700 K Street, N.W.
Washington, DC  20006
Telephone:  202/282-5000
202/282-5100 (fax)
epapez@winston.com

WINSTON & STRAWN LLP
SEAN D. MEENAN
JEANIFER E. PARSIGIAN

101 California Street
San Francisco, CA  94111
Telephone: 415/591-1000
415/591-1400 (fax)
smeenan@winston.com
jparsigian@winston.com

| | | |
|---|---|---|
| 1 | DATED: August 5, 2016 | *Defendant Bank of America, N.A.* |
| 2 | | |
| 3 | | By:  /s/ Mark P. Ladner |
| 4 | | MORRISON & FOERSTER LLP |
| 5 | | PENELOPE A. PREOVOLOS |
| 6 | | 425 Market Street<br>San Francisco, CA  94105 |
| 7 | | Telephone:  415/268-7000<br>415/276-7187 (fax)<br>PPreovolos@mofo.com |
| 8 | | |
| 9 | | MORRISON & FOERSTER LLP<br>MARK P. LADNER (*pro hac vice*) |
| 10 | | MICHAEL B. MILLER (*pro hac vice*)<br>NATALIE FLEMING NOLEN (*pro hac vice*) |
| 11 | | 250 West 55th Street |
| 12 | | New York, NY  10019<br>Telephone:  212/468-8000 |
| 13 | | 212/468-7900 (fax)<br>mladner@mofo.com |
| 14 | | mbmiller@mofo.com<br>nflemingnolen@mofo.com |
| 15 | | |
| 16 | DATED: August 5, 2016 | *Defendant Capital One Financial Corporation* |
| 17 | | |
| 18 | | By:  /s/ D. Bruce Hoffman |
| 19 | | HUNTON & WILLIAMS LLP |
| 20 | | D. BRUCE HOFFMAN (*pro hac vice*)<br>RYAN SHORES (*pro hac vice*) |
| 21 | | LESLIE KOSTYSHAK (*pro hac vice*)<br>JOHN BEERBOWER (*pro hac vice*) |
| 22 | | 2200 Pennsylvania Avenue, NW |
| 23 | | Washington, DC  20037<br>Telephone:  202/955-1500 |
| 24 | | 202/778-2201 (fax)<br>bhoffman@hunton.com |
| 25 | | rshores@hunton.com<br>lkostyshak@hunton.com<br>jbeerbower@hunton.com |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |   |
|---|---|---|
|   |   | HUNTON & WILLIAMS LLP |
|   |   | SUSAN S. JOO (SBN 260369) |

575 Market Street, Suite 3700
San Francisco, CA 94105
Telephone: 415/975-3700
415/975-3701 (fax)
sjoo@hunton.com

DATED: August 5, 2016                    *Defendant Chase Bank USA, National Association*


By:   /s/ Peter E. Greene
_____

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
PETER E. GREENE (*pro hac vice*)
BORIS BERSHTEYN (*pro hac vice*)
EVAN R. KREINER (*pro hac vice*)
HARRY P. KOULOS (SBN 310508)

4 Times Square
New York, NY 10036
Telephone: 212/735-3000
212/735-2000 (fax)
peter.greene@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
harry.koulos@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
RAOUL D. KENNEDY (SBN 40892)

525 University Avenue
Palo Alto, CA 94301
Telephone: 650/470-4500
650/470-4570 (fax)
raoul.kennedy@skadden.com

- 6 -
DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO INTERVENE

DATED:  August 5, 2016                             *Defendant Citibank, N.A., for itself and as successor in interest to Citibank (South Dakota), N.A.*

By:   /s/ Benjamin R. Nagin

SIDLEY AUSTIN LLP
PETER K. HUSTON (SBN 150058)

555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  415/772-1200
415/722-7400 (fax)
phuston@sidley.com

SIDLEY AUSTIN LLP
DAVID GRAHAM (*pro hac vice*)

One South Dearborn
Chicago, IL  60603
Telephone: 312/ 853-7000
312/853-7036 (fax)
dgraham@sidley.com

SIDLEY AUSTIN LLP
BENJAMIN R. NAGIN (*pro hac vice*)
MELISSA COLON-BOSOLET (*pro hac vice*)

787 Seventh Avenue
New York, NY  10019
Telephone: 212/ 839-5300
212/839-5599 (fax)
bnagin@sidley.com
mcolon-bosolet@sidley.com

| | |
|---|---|
| DATED:  August 5, 2016 | *Defendant PNC Bank, National Association* |

By:   /s/ Michelle A. Mantine

REED SMITH LLP
DANIEL I. BOOKER (*pro hac vice*)
MICHELLE A. MANTINE (*pro hac vice*)
CONOR M. SHAFFER (*pro hac vice*)
COURTNEY B. AVERBACH (*pro hac vice*)

225 Fifth Avenue
Pittsburgh, PA  15222
Telephone:  412/288-3131
412/288-3063 (fax)
dbooker@reedsmith.com
mmantine@reedsmith.com
cshaffer@reedsmith.com
caverbach@reedsmith.com

REED SMITH LLP
SCOTT D. BAKER
ASHLEY L. SHIVELY

Scott D. Baker (SBN 84923)
Ashley L. Shively (SBN 264912)
sbaker@reedsmith.com
ashively@reedsmith.com

101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone:  415-543-8700
Fax:  415-391-8269

| | |
|---|---|
| DATED:  August 5, 2016 | *Defendant U.S. Bank National Association* |

By:  /s/ F. Matthew Ralph

DORSEY & WHITNEY LLP
F. MATTHEW RALPH (*pro hac vice*)
ANDREW BRANTINGHAM (*pro hac vice*)
ANGELA PORTER (*pro hac vice*)
RICHARD LIU

50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
Telephone:  612/340-2600
612/340-2868 (fax)
ralph.matthew@dorsey.com
brantingham.andrew@dorsey.com
porter.angela@dorsey.com
liu.richard@dorsey.com

DORSEY & WHITNEY LLP
MARTHA C. LUEMERS

305 Lytton Avenue
Palo Alto, CA  94301
Telephone:  650/857-1717
650/857-1288 (fax)
luemers.martha@dorsey.com

DATED:  August 5, 2016                                      *Defendant Wells Fargo Bank, N.A.*

                                                      By:   /s/ J. Brent Justus

                                                            McGUIREWOODS LLP
                                                            DAVID C. POWELL (SBN 129781)
                                                            JAMIE D. WELLS (SBN 290827)

                                                            505 Sansome Street, Suite 700
                                                            San Francisco, CA  94111
                                                            Telephone:  415/844-1970
                                                            415/844-1912 (fax)
                                                            dpowell@mcguirewoods.com
                                                            jwells@mcguirewoods.com

                                                            McGUIREWOODS LLP
                                                            HOWARD FELLER (*pro hac vice*)
                                                            J. BRENT JUSTUS (*pro hac vice*)
                                                            CASEY E. LUCIER (*pro hac vice*)

                                                            800 E. Canal Street, Gateway Plaza
                                                            Richmond, VA  23219
                                                            Telephone:  804/775-1000
                                                            804/775-1061 (fax)
                                                            hfeller@mcguirewoods.com
                                                            bjustus@mcguirewoods.com
                                                            clucier@mcguirewoods.com

DATED:  August 5, 2016                                      *Defendant EMVCo, LLC*

                                                      By:   /s/ Paul Riehle

                                                            SEDGWICK LLP
                                                            PAUL RIEHLE (SBN 115119)

                                                            333 Bush Street, 30th Floor
                                                            San Francisco, CA  94104
                                                            Telephone:  415/781-7900
                                                            415/781-2635 (fax)
                                                            paul.riehle@sedgwicklaw.com

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO INTERVENE

<u>ECF CERTIFICATION</u>

I, Sharon D. Mayo, am the ECF user whose ID and password are being used to file the above DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO INTERVENE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signing counsel above has concurred in the filing's content and has authorized this filing.

Dated:  August 5, 2016.

<u>/s/ Sharon D. Mayo</u><br>
SHARON D. MAYO