UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** September 22, 2016 | **Time:** 1 hour, 17 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 16-cv-01150-WHA | **Case Name:** B & R Supermarket, Inc. et al v. Visa, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Pamela Batalo | |

**Attorney for Plaintiff:** Lawrence Goodman, John Devine, Armen Zohrabian, Carmen Medici, Patrick Coughlin, Alexandra Bernay

**Attorney for Defendant:**
Mastercard: Catherine Yang, Adrienne Lighten, Craig Benson, Kenneth Gallo
Chase: Evan Kreiner, Boris Bershteyn, Peter Greene
Capital One: Leslie Kostyshak, Bruce Hoffman
EMVCo: Dennis Murphy, Paul Riehle
Visa: Robert Vizas, Sharon Mayo
AMEX: Lauren Ross, Rowan Wilson
US Bank: Richard Liu, Martha Leumers, Matthew Ralph
Citibank: Benjamin Nagin
Bank of America: Penny Preovolos
PNC: Ashley Shively
Discover Financial: Elizabeth Papez, Michael Bernacchi, Sean Meenan
Wells Fargo: David Powell, J. Brent Justus

PROCEEDINGS

[308] - Motion to Compel - Taken under submission
[301] - Motion to Dismiss - Taken under submission
[303] - Motion to Dismiss - Taken under submission
[305] - Motion to Dismiss - Taken under submission
[290] - Motion to Intervene - Taken under submission.