1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  PATRICK J. COUGHLIN (111070)
  DAVID W. MITCHELL (199706)
3  ALEXANDRA S. BERNAY (211068)
  CARMEN A. MEDICI (248417)
4  ANGEL P. LAU (286196)
  LONNIE A. BROWNE (293171)
5  655 West Broadway, Suite 1900
  San Diego, CA  92101-8498
6  Telephone:  619/231-1058
  619/231-7423 (fax)
7  patc@rgrdlaw.com
  davidm@rgrdlaw.com
8  xanb@rgrdlaw.com
  cmedici@rgrdlaw.com
9  alau@rgrdlaw.com
  lbrowne@rgrdlaw.com
10
  DEVINE GOODMAN RASCO &
11   WATTS-FITZGERALD, LLP
  JOHN W. DEVINE
12 LAWRENCE D. GOODMAN
  ROBERT J. KUNTZ, JR.
13 2800 Ponce De Leon Blvd., Suite 1400
  Coral Gables, FL  33134
14 Telephone:  305/374-8200
  305/374-8208 (fax)
15 jdevine@devinegoodman.com
  lgoodman@devinegoodman.com
16 rkuntz@devinegoodman.com

17 Attorneys for Plaintiffs

  [Additional counsel appear on signature page.]
18
            UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> VISA, INC., a Delaware corporation, et al., <br><br> Defendants. | Case No. 3:16-cv-01150-WHA <br><br> CLASS ACTION <br><br> PLAINTIFFS' RESPONSE TO DEFENDANT MASTERCARD'S NOTICE OF FILING BLOG POST QUOTED BY PLAINTIFFS AND TRANSCRIPT OF STATEMENTS UNDERLYING SAME |

1190525_1

1    The Amended Complaint accurately quotes a May 21, 2015 blog post titled *October Fraud*

2  *Surprise for Retailers?*  In that article, MasterCard's Krista Tedder said that "the card brands are not

3  going to delay the liability shift date."[1]  Dkt. No. 291, ¶¶92, 120.  As MasterCard's submission

4  makes clear, the Amended Complaint accurately depicts the statement attributed to Ms. Tedder in

5  the blog post.  *Compare* Dkt. No. 338-2 at 3 ("Still, the card brands are not going to delay the

6  liability shift date, MasterCard's Tedder stressed."), *with* Dkt. No. 291, ¶120.

7    Yet MasterCard claims that the blog post is inaccurate according to a transcript, prepared by

8  MasterCard's counsel, of the closing panel discussion of the Information Security Media Group's

9  Fraud Summit in Chicago.[2]  Dkt. No. 338.  MasterCard's submission raises factual and legal issues

10 inappropriate for resolution on a motion to dismiss.  MasterCard's arguments require the Court to

11 improperly weigh evidence and draw reasonable inferences against plaintiffs, and the Court should

12 decline such an untimely exercise.[3]

13    But, even if the Court chooses to consider those issues now, MasterCard's submission

14 assumes that the webinar recorded *all* of Ms. Tedder's exchanges with the host and attendees at the

15 conference.  The transcript itself contradicts that assumption, because the statements attributed to

16 Ms. Tedder in the blog post – and accurately cited in the Amended Complaint – may have been

17 made before or after the recorded webinar.  Indeed, Ms. Tedder noted during her presentation – the

18 last of the day – that she had been answering questions during the conference.  Dkt. No. 338-3 at 16

19 ("I've been getting a lot of questions today and we will across, where we are at, issuance today 9%

20 ───────────────
[1]    The Fraud Blog with Tracy Kitten, BankInfoSecurity, ISMG Network,

21 http://www.bankinfosecurity.com/blogs/octoberfraud-surprise-for-retailers-p-1861 (last visited July 15, 2016).

22 [2]    Apart from the transcription MasterCard's counsel prepared, there is no publically available

23 transcript of the webinar.  Moreover, the webinar is only available to BankInfoSecurity premium members.

24 [3]    *Trs. of the Bricklayers Local 7 Pension Tr. v. Stileitaliano Int'l*, No. C-04-952 SC, 2004 U.S.

25 Dist. LEXIS 15928, at *7 (N.D. Cal. Aug. 6, 2004) (holding that on a motion to dismiss "the Court's task 'is merely to assess the legal feasibility of the complaint, not to assay the weight of the evidence

26 which might be offered in support thereof'") (quoting *Cooper v. Parsky*, 140 F.3d 433, 440 (2nd Cir. 1998)); *Sorensen v. AmPro Tools Corp.*, No. C 08-00096 CW, 2009 U.S. Dist. LEXIS 21627, at *9

27 (N.D. Cal. Mar. 9, 2009) ("[O]n a motion to dismiss, the Court does not weigh evidence.  Rather, the Court takes all material allegations as true and construes them in the light most favorable to the

28 plaintiff . . . .").

1  of cards are EMV.").   The moderator similarly notes that she had been speaking with another

2  presenter earlier in the day.  Dkt. No. 338-3 at 27 ("I was talking with you earlier about . . . .").  In

3  addition, "Happy Hour" was scheduled to follow Ms. Tedder's presentation, providing yet another

4  less formal and unrecorded setting.  Dkt. No. 338-3 at 3.  Finally, the blog post also reports that Ms.

5  Tedder warned that non-EMV compliant merchants could expect to get "pounded" with card-fraud

6  expenses once the Liability Shift went into effect.  *Compare* Dkt. No. 338-2 at 1, *with* Dkt. No. 291,

7  ¶92.  But this language is also absent from the transcript, further suggesting that the recorded

8  webinar did not capture all of Ms. Tedder's remarks.

9       Accordingly, nothing submitted by MasterCard reasonably suggests ¶92 and ¶120 of the

10  Amended Complaint should not, as the rule requires, be taken as true.  Plaintiffs respectively request

11  that MasterCard's untimely arguments be disregarded.

12  DATED:  September 26, 2016              Respectfully submitted,

13                                         ROBBINS GELLER RUDMAN
                                            & DOWD LLP
14                                         PATRICK J. COUGHLIN
                                           DAVID W. MITCHELL
15                                         ALEXANDRA S. BERNAY
                                           CARMEN A. MEDICI
16                                         ANGEL P. LAU
                                           LONNIE A. BROWNE
17

18                                                    s/ Patrick J. Coughlin
19                                         PATRICK J. COUGHLIN

20                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101-8498
21                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
22
                                           ROBBINS GELLER RUDMAN
23                                          & DOWD LLP
                                           ARMEN ZOHRABIAN
24                                         Post Montgomery Center
                                           One Montgomery Street, Suite 1800
25                                         San Francisco, CA  94104
                                           Telephone:  415/288-4545
26                                         415/288-4534 (fax)

27

28

1190525_1

PLAINTIFFS' RESPONSE TO MASTERCARD'S NOTICE OF FILING BLOG POST QUOTED BY
PLAINTIFFS AND TRANSCRIPT OF STATEMENTS UNDERLYING SAME - 3:16-cv-01150-WHA          - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDI D. BANDMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

DEVINE GOODMAN RASCO &
  WATTS-FITZGERALD, LLP
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL  33134
Telephone:  305/374-8200
305/374-8208 (fax)

Attorneys for Plaintiffs

PLAINTIFFS' RESPONSE TO MASTERCARD'S NOTICE OF FILING BLOG POST QUOTED BY
PLAINTIFFS AND TRANSCRIPT OF STATEMENTS UNDERLYING SAME - 3:16-cv-01150-WHA        - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 26, 2016.

s/ Patrick J. Coughlin
PATRICK J. COUGHLIN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  patc@rgrdlaw.com

**Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Courtney Bedell Averbach**
  caverbach@reedsmith.com,courtney-averbach-3429@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,cshanahan@reedsmith.com,scott-baker-8371@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,cristi-shanahan-4367@ecf.pacerpro.com,drothschild@reedsmith.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John Eliot Beerbower**
  jbeerbower@hunton.com

- **Paul Belonick**
  pbelonick@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com

- **Craig A Benson**
  CBenson@paulweiss.com,mao_fednational@paulweiss.com

- **Jane Petersen Bentrott**
  jbentrott@mofo.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com,schateauneuf@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com,dalioto@reedsmith.com

- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com,roadfeldt.christi@dorsey.com

- **Lonnie Anthony Browne**
  LBrowne@rgrdlaw.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com

- **Erica M Connolly**
  erica.connolly@aporter.com,terry.metasavage@aporter.com,sfcalendar@aporter.com

- **Dana Lynn Cook-Milligan**
  dlcook@winston.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John William Devine**
  jdevine@devinegoodman.com

- **William Yates Durbin**
  WDurbin@paulweiss.com,fvella@paulweiss.com,cyang@paulweiss.com,jnoonan@paulweiss.com,mao_fednational@paulweiss.com,abaniel-stark@paulweiss.com

- **Howard Feller**
  hfeller@mcguirewoods.com

- **Tiffani B Figueroa**
  TFigueroa@mofo.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,mlaramie@paulweiss.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **Peter E Greene**
  peter.greene@skadden.com

- **Alexander Guney**
  alexander.guney@sedgwicklaw.com

- **D. Bruce Hoffman**
  bhoffman@hunton.com,acordero@hunton.com

- **Peter K. Huston**
  phuston@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,hebalogi@sidley.com

- **Susan S. Joo**
  sjoo@hunton.com,jocampo@hunton.com

- **J. Brent Justus**
  bjustus@mcguirewoods.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com

- **Leslie Kostyshak**
  lkostyshak@hunton.com,jbeerbower@hunton.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com,mark-ladner-4922@ecf.pacerpro.com

- **Alexandra Eve Laks**
  alaks@mofo.com,ggerrish@mofo.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adrienne J Lighten**
  alighten@paulweiss.com

- **Richard Qiguang Liu**
  liu.richard@dorsey.com,buresh.cassie@dorsey.com

- **Casey Erin Lucier**
  clucier@mcguirewoods.com

- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com,luemers.martha@dorsey.com,hobbs.wendy@dorsey.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com,michelle-mantine-7250@ecf.pacerpro.com,dsharp@reedsmith.com,docketingecf@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,jeremy.feinstein@pnc.com,sament@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,robert.culhane@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Sean D. Meenan**
  smeenan@winston.com,recordssf@winston.com,pacercourtfile@winston.com,mcourtney@winston.com,docketsf@winston.com

- **Mark R Merley**
  Mark.Merley@APORTER.COM

- **Michael B. Miller**
  mbmiller@mofo.com,mike-miller-9381@ecf.pacerpro.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Laurence Motto**
  JMotto@winston.com,ahodgson@winston.com

- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com

- **Benjamin Robert Nagin**
  bnagin@sidley.com,nyefiling@sidley.com

- **Karen C Otto**
  karen.otto@aporter.com

- **Elizabeth P Papez**
  epapez@winston.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com

- **Angela Maryssa Porter**
  porter.angela@dorsey.com,vallant.tammy@dorsey.com

- **David Carlyle Powell**
  dpowell@mcguirewoods.com,usdocket@mcguirewoods.com,jtabisaura@mcguirewoods.com,mdylak@mcguirewoods.com,DQuinonez@mcguirewoods.com

- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com

- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com,fairbairn.mary@dorsey.com

- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com,SDMAcalendaring@sedgwicklaw.com,phyllis.flynn@sedgwicklaw.com

- **Lauren Kelley Ross**
  lross@cravath.com,mao@cravath.com

- **Conor Michael Shaffer**
  cshaffer@reedsmith.com

- **Ashley Lynn Shively**
  ashively@reedsmith.com,dkelley@reedsmith.com,ashley-shively-0536@ecf.pacerpro.com,david-kelley-8209@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Ryan A Shores**
  rshores@hunton.com,gjenkins@hunton.com

- **Robert Yale Sperling**
  rsperling@winston.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com

- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **Jamie Danielle Wells**
  jwells@mcguirewoods.com,ladocket@mcguirewoods.com,dmolakides@mcguirewoods.com

- **Rowan D. Wilson**
  rwilson@cravath.com,mao@cravath.com,kkaplan@cravath.com

- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com,nyefiling@sidley.com

- **Catherine M Yang**
  CYang@paulweiss.com,mao_fednational@paulweiss.com

- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`