IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., *et al.*,

    Plaintiffs,

v.

VISA, INC., *et al.*,

    Defendants.

    /

No. C 16-01150 WHA

**ORDER MODIFYING CASE SCHEDULE**

Good cause having been shown, the case schedule is modified according to the parties' stipulation as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Last day to file answer to amended complaint | October 14, 2016 | October 28, 2016 |
| Last day to add parties | November 30, 2016 | March 3, 2017 |
| Plaintiffs' motion for class certification due | December 8, 2016 | March 10, 2017 (and then following the 63-day track previously set by this Court) |

The parties' stipulated request to modify other dates on the schedule is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 12, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE