**Robbins Geller Rudman & Dowd LLP**

Atlanta      Chicago     Melville    Philadelphia   San Francisco
Boca Raton   Manhattan   Nashville   San Diego      Washington, DC

Carmen A. Medici
cmedici@rgrdlaw.com

November 8, 2016

<u>VIA ECF</u>

The Honorable William H. Alsup
United States District Court
    for the Northern District of California
450 Golden Gate Avenue
Ctrm. 8 – 19th Floor
San Francisco, CA 94102

    Re:    *B & R Supermarket, Inc., et al v. Visa, Inc. et al*,
            No. 3:16-cv-01150-WHA (N.D. Cal.)

Dear Judge Alsup:

In accordance with the Court's procedures as detailed in the Court's Supplemental Order Setting Initial Case Management Conference in Civil Cases paragraph 25, plaintiffs respectfully summarize our request for relief against defendant American Express.[1]

**Background of the Dispute**

The Court made clear that defendants would need to be ready to turn over material shortly after the Court's determination of the motion to dismiss. *See* 4/21/16 Hrg. Tr. at 38:18-22; 40:20-25 (noting that "I want the defendants to know that once – if I do deny your motion, then you've got to produce the documents. I mean, soon. You should be – it shouldn't be that you say: Oh, no. Now that we know that we've lost, we need 60 days. No. You might get three weeks. So you've got to be ready to start turning over material.") Nevertheless, American Express has for months refused to produce relevant data necessary for class certification, and has been unwilling and unprepared to engage in anything but the most preliminary discussions regarding the type of data available to it. Given the compact schedule in this case and the complexity inherent in class certification models, plaintiffs request the Court order American Express to produce data responsive to plaintiffs' requests within two weeks or, alternatively, provide information about their data systems and engage in a meaningful meet and confer about what data is available to them within 48 hours.

To date, three meet-and-confer sessions have occurred, and each time American Express has stonewalled. Plaintiffs sent original requests for production of data on April 26, 2016. Those requests sought in part, "data sufficient to show the merchant, merchant address, date and time of Chargeback,

---

[1] Attached as Exhibits 1-3 are Plaintiffs' First and Second Sets of Requests for Production and Defendant American Express Company's Responses and Objections to Plaintiffs' First Set of Requests for Production. American Express has not yet responded to Request Nos. 12 and 13 which make up the Second Set of Requests for Production.

and amount of Chargeback." *See* Ex. 1.  On October 7, 2016, plaintiffs served two additional data requests and requested American Express provide data dictionaries (*i.e.*, descriptions of relevant fields of data and systems) as envisioned by the Northern District's Rule 26(f) checklist. *See* Exs. 2 & 4.  On an October 13, 2016 meet and confer, plaintiffs again sought data dictionaries and made clear that these data requests were a priority given that class certification will soon be upon us.  Plaintiffs followed up in writing on October 18, 2016 and also requested a meet and confer with American Express to further discuss the data requests. *See* Ex. 5 at 2-3.  Contrary to representations previously made that American Express would not rely on technicalities to delay, American Express stated that responses to the new data requests were not yet due and that American Express would not be available for a call – to discuss any data requests – until the following week.  Plaintiffs responded right away seeking to have a call that week, but American Express refused and said its earliest availability would be October 24, 2016. *See id*. at 1-2.  Plaintiffs accepted. *Id.*  Like the earlier call, on that October 24th call, American Express was unprepared to discuss anything of substance despite repeated requests. *See* Ex. 6.  Also on that call, for the first time, American Express stated its objection (that only it has made) that merchant-level chargebacks were not relevant.  Plaintiffs explained in detail the reasons that such data was needed for a class certification model (among other reasons). *Id.*  Plaintiffs wrote again to American Express that same day explaining our concerns that it had been nearly six months and still American Express could not provide any information whatsoever related to plaintiffs' data requests. *Id.*  Another meet and confer session was held on November 1, 2016. *See* Ex. 7.  As before, American Express was still unready to have a full discussion regarding data and again made a number of baseless relevance objections regarding the requests.

After these three failed sessions, plaintiffs on November 1, 2016 asked American Express to provide samples of data fields that American Express has in relevant databases, a detailed explanation of the supposed burden involved in providing the requested data, a date for a Rule 30(b)(6) deposition regarding data (the 30(b)(6) was served on October 7, 2016) and sought clarity as to whether American Express would be standing on a relevance objection as to transaction-level chargeback information.  To date, American Express refused to respond to plaintiffs' November 1, 2016 requests, despite requesting American Express respond by November 4, 2016.

In short, American Express has engaged in tactical delay to avoid not only actual production, but even any meaningful discussion about production.  Under Rule 26(b), "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense."  As plaintiffs have explained, transaction-level chargeback data is necessary for (among other reasons) creation of a model upon which common impact and damages can be calculated.  Without this, plaintiffs will be unable to address defendants' inevitable attacks on Rule 23's requirements, particularly on ascertainability and predominance. *See In re Ebay Seller Antitrust Litig*., No. C 07-1882 JF (RS), 2009 U.S. Dist. LEXIS 132817, at *7-*9 (N.D. Cal. Oct. 28, 2009) (upholding magistrate's decision to require Ebay to produce raw, not aggregate data needed to create the statistical models necessary for plaintiffs' antitrust case); *see also In re Tableware Antitrust Litig*., No. C-04-3514 VRW, 2006 U.S. Dist. LEXIS 50838 (N.D. Cal. May 25, 2006) (granting motion to compel transactional data after finding such data relevant for purposes of damages analysis by plaintiffs' expert).

Plaintiffs are available to discuss further this issue at the Court's convenience.

Respectfully submitted,

s/ Carmen A. Medici

CARMEN A. MEDICI
*Counsel for Plaintiffs B &R Supermarket, Inc. d/b/a/ Milam's Market, Grove Liquors LLC, Strouk Group LLC, d/b/a Monsieur Marcel, and Palero Food Corp. and Cagueyes Food Corp., d/b/a Fine Fare Supermarket*

cc: All Counsel of Record (*via* ECF)

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 8, 2016.

> s/ Carmen A. Medici
> CARMEN A. MEDICI
>
> ROBBINS GELLER RUDMAN
>   & DOWD LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101-8498
> Telephone:  619/231-1058
> 619/231-7423 (fax)
> E-mail:  cmedici@rgrdlaw.com

1204657_1

## Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Courtney Bedell Averbach**
  caverbach@reedsmith.com,courtney-averbach-3429@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,cshanahan@reedsmith.com,scott-baker-8371@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,cristi-shanahan-4367@ecf.pacerpro.com,drothschild@reedsmith.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John Eliot Beerbower**
  jbeerbower@hunton.com

- **Paul Belonick**
  pbelonick@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,paul-belonick-5747@ecf.pacerpro.com

- **Craig A Benson**
  CBenson@paulweiss.com,mao_fednational@paulweiss.com

- **Jane Petersen Bentrott**
  jbentrott@mofo.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com,schateauneuf@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com,dalioto@reedsmith.com

- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com,roadfeldt.christi@dorsey.com

- **Lonnie Anthony Browne**
  LBrowne@rgrdlaw.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com

- **Erica M Connolly**
  erica.connolly@aporter.com,terry.metasavage@aporter.com,sfcalendar@aporter.com

- **Dana Lynn Cook-Milligan**
  dlcook@winston.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John William Devine**
  jdevine@devinegoodman.com

- **William Yates Durbin**
  WDurbin@paulweiss.com,fvella@paulweiss.com,cyang@paulweiss.com,jnoonan@paulweiss.com,mao_fednational@paulweiss.com,abaniel-stark@paulweiss.com

- **Howard Feller**
  hfeller@mcguirewoods.com

- **Tiffani B Figueroa**
  TFigueroa@mofo.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,mlaramie@paulweiss.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **Peter E Greene**
  peter.greene@skadden.com

- **Alexander Guney**
  alexander.guney@sedgwicklaw.com

- **D. Bruce Hoffman**
  bhoffman@hunton.com,acordero@hunton.com

- **Peter K. Huston**
  phuston@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,hebalogi@sidley.com

- **Susan S. Joo**
  sjoo@hunton.com,jocampo@hunton.com

- **J. Brent Justus**
  bjustus@mcguirewoods.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com

- **Leslie Kostyshak**
  lkostyshak@hunton.com,jbeerbower@hunton.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com,mark-ladner-4922@ecf.pacerpro.com

- **Alexandra Eve Laks**
  alaks@mofo.com,gina-gerrish-5550@ecf.pacerpro.com,ggerrish@mofo.com,alexandra-laks-0787@ecf.pacerpro.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adrienne J Lighten**
  alighten@paulweiss.com

- **Casey Erin Lucier**
  clucier@mcguirewoods.com

- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com,luemers.martha@dorsey.com,hobbs.wendy@dorsey.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com,michelle-mantine-7250@ecf.pacerpro.com,dsharp@reedsmith.com,docketingecf@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,jeremy.feinstein@pnc.com,sament@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,robert.culhane@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Sean D. Meenan**
  smeenan@winston.com,recordssf@winston.com,pacercourtfile@winston.com,mcourtney@winston.com,docketsf@winston.com

- **Mark R Merley**
  Mark.Merley@APORTER.COM

- **Michael B. Miller**
  mbmiller@mofo.com,mike-miller-9381@ecf.pacerpro.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Laurence Motto**
  JMotto@winston.com,ahodgson@winston.com

- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com

- **Benjamin Robert Nagin**
  bnagin@sidley.com,nyefiling@sidley.com

- **Karen C Otto**
  karen.otto@aporter.com

- **Elizabeth P Papez**
  epapez@winston.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com
- **Angela Maryssa Porter**
  porter.angela@dorsey.com,vallant.tammy@dorsey.com
- **David Carlyle Powell**
  dpowell@mcguirewoods.com,usdocket@mcguirewoods.com,jtabisaura@mcguirewoods.com,mdylak@mcguirewoods.com,DQuinonez@mcguirewoods.com
- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,penny-preovolos-9506@ecf.pacerpro.com
- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com,fairbairn.mary@dorsey.com
- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com,SDMAcalendaring@sedgwicklaw.com,phyllis.flynn@sedgwicklaw.com,dennis.murphy@sedgwicklaw.com
- **Lauren Kelley Ross**
  lross@cravath.com,mao@cravath.com
- **Conor Michael Shaffer**
  cshaffer@reedsmith.com
- **Ashley Lynn Shively**
  ashively@reedsmith.com,dkelley@reedsmith.com,ashley-shively-0536@ecf.pacerpro.com,david-kelley-8209@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com
- **Ryan A Shores**
  rshores@hunton.com,gjenkins@hunton.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com
- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com
- **Jamie Danielle Wells**
  jwells@mcguirewoods.com,ladocket@mcguirewoods.com,dmolakides@mcguirewoods.com
- **Rowan D. Wilson**
  rwilson@cravath.com,mao@cravath.com,aklein@cravath.com,kkaplan@cravath.com
- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com,nyefiling@sidley.com
- **Catherine M Yang**
  CYang@paulweiss.com,mao_fednational@paulweiss.com
- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`