**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Carmen A. Medici
cmedici@rgrdlaw.com

November 18, 2016

<u>VIA ECF</u>

The Honorable William H. Alsup
United States District Court
    for the Northern District of California
450 Golden Gate Avenue
Ctrm. 8 - 19th Floor
San Francisco, CA 94102

    Re:    *B & R Supermarket, Inc., et al. v. Visa, Inc., et al.*,
            No. 3:16-cv-01150-WHA (N.D. Cal.)

Dear Judge Alsup:

    Delay, delay, delay.[1]  Knowing the deadlines in this case, American Express continues to stonewall in an attempt to run out the clock and leave plaintiffs without necessary discovery. This time, American Express canceled a noticed deposition a week before it was scheduled to occur, and now refuses to provide a witness for a properly noticed deposition until the Court makes a determination on plaintiffs' November 8, 2016 filing.  *See* Exhibit 2 (November 15, 2016 letter from C. Medici to K. Docherty).

    In addition to the relief requested in plaintiffs' November 8, 2016 letter, plaintiffs now also request the Court order American Express to prepare a witness to testify to Topic 9 of the re-noticed 30(b)(6).  *See* Exhibit 1.  Among other things, this topic requests information about the systems that American Express uses to maintain its electronically stored information and how that information is maintained.  This information – really a mere prelude to the ***actual*** discovery process which ought to be well under way by now – is necessary because American Express refuses to provide plaintiffs with anything more than the most general, non-specific information about how its systems are organized, what the sources are of electronic information and what type of electronic information is

---

[1]    In accordance with the Court's procedures as detailed in the Court's Supplemental Order Setting Initial Case Management Conference in Civil Cases ¶25, plaintiffs summarize our further request for relief against defendant American Express.  Attached as Exhibit 1 is the renotice of the 30(b)(6) deposition to American Express on Topic 9.

**Robbins Geller Rudman & Dowd LLP**

The Honorable William H. Alsup
November 18, 2016
Page 2

available to it. This topic encompasses information relating to all electronic systems from which American Express intends to produce responsive discovery, and reads:

> The identity and description of your electronic databases, computer operating systems, record-keeping and record maintenance storing or containing documents responsive to Plaintiffs' Requests for Production and any of the subjects in Topics 1-6 from the October 7, 2016 Notice of Rule 30(b)(6) Deposition of Defendant American Express Company, including: (a) the name and position of persons who have physical possession of the documents; (b) where those documents are currently located; (c) the time period covered by those documents; (d) how those documents are maintained (*i.e.*, in hard copy or electronic format); (e) if the documents are maintained electronically, then the identity of the software used to maintain the information; and (f) the time period for which you maintain the documents.

*See* Exhibit 1. A deposition on Topic 9 – which would largely track the "Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information"[2] – shouldn't be necessary. But it is necessary because American Express refuses to provide plaintiffs with meaningful information about how its systems are organized and what sources and types of electronic information are available to it. *See* November 8, 2016 letter to the Court (Dkt. No. 357).

American Express argues that it does not have to prepare a witness to testify about this topic until the Court responds to plaintiffs' November 8, 2016 letter, stating that the relevance of transaction-level data should be determined before it complies with the notice. This is at least three kinds of nonsense.

First, the topic is broader than transaction-level data. The topic requests information about how American Express maintains all of its responsive electronic evidence. Second, plaintiffs can surely inquire about how chargeback data is maintained, what information is available and how it is organized, including questions about transaction-level data and how it may be aggregated in American Express's systems. Third, each chargeback is the result of an alleged illegal agreement between the defendants. An appropriate measure of damages is to calculate the total number of

---

[2] American Express has not provided plaintiffs with a "[d]escription of systems in which potentially discoverable information is stored," the "[l]ocation of systems in which potentially discoverable information is stored," "[h]ow potentially discoverable information is stored" along with several other important pieces of information that should be shared early in discovery. *See generally* Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information (Dkt. No. 357-4 at 3); Fed R. Civ. P. 26.

**Robbins Geller Rudman & Dowd LLP**

The Honorable William H. Alsup
November 18, 2016
Page 3

chargebacks that would not have been charged but for defendants' unlawful conduct.[3]  Surely, as it has in the past (*see* below), American Express is going to attack plaintiffs' damages calculations by – among other things – saying they include transactions and chargebacks by some class members that are not typical of others.  Unless American Express agrees to waive transaction-level challenges to plaintiffs' class certification model (it has so far refused), then it should be compelled to provide this data, and information about the data.

In any event, as we have explained repeatedly to American Express, transaction-level data is necessary to create a robust class certification model.  *See generally* Exhibit 2 (November 15, 2016 Letter from C. Medici to K. Docherty).  American Express refuses to hear this, which is surprising considering its history in cases which involve regression analyses.  *See* Defendants' Pretrial Memorandum, Public Version, *United States v. American Express Co.*, No. 1:10-cv-04496-NGG-RER, June 27, 2014 at 31 (where American Express relied on transaction-level data to make arguments critical to its defense); *see also United States v. Am. Express Co.*, No. 1:10-cv-04496 NGG-RER, 2014 US Dist. LEXIS 87360, at *20 (E.D.N.Y. June 24, 2014) (where the court noted "Plaintiffs do not, and indeed cannot, contend that multiple regression analysis is not itself a well-established and reliable econometric methodology frequently relied upon by federal courts under Rule 702").

Should the Court desire, plaintiffs are willing to more fully brief the issue or discuss at the Court's convenience.

Respectfully submitted,

s/ Carmen A. Medici

CARMEN A. MEDICI
*Counsel for Plaintiffs B & R Supermarket, Inc. d/b/a Milam's Market, Grove Liquors LLC, Strouk Group LLC, d/b/a Monsieur Marcel, and Palero Food Corp. and Cagueyes Food Corp., d/b/a Fine Fare Supermarket*

CAM:tlc
cc:   All Counsel of Record (*via* ECF)

---

[3]  In an effort at compromise, plaintiffs proposed that American Express pose no challenges to plaintiffs' class certification model on the basis of insufficient data in exchange for providing aggregated data. American Express refused this proposal.

1208223_1

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2016.

s/ Carmen A. Medici
CARMEN A. MEDICI

ROBBINS GELLER RUDMAN
&  DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: cmedici@rgrdlaw.com

## Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Courtney Bedell Averbach**
  caverbach@reedsmith.com,courtney-averbach-3429@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,cshanahan@reedsmith.com,scott-baker-8371@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,cristi-shanahan-4367@ecf.pacerpro.com,drothschild@reedsmith.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John Eliot Beerbower**
  jbeerbower@hunton.com

- **Paul Belonick**
  pbelonick@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,paul-belonick-5747@ecf.pacerpro.com

- **Craig A Benson**
  CBenson@paulweiss.com,mao_fednational@paulweiss.com

- **Jane Petersen Bentrott**
  jbentrott@mofo.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com,schateauneuf@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com,dalioto@reedsmith.com

- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com,roadfeldt.christi@dorsey.com

- **Lonnie Anthony Browne**
  LBrowne@rgrdlaw.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com

- **Erica M Connolly**
  erica.connolly@aporter.com,terry.metasavage@aporter.com,sfcalendar@aporter.com

- **Dana Lynn Cook-Milligan**
  dlcook@winston.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John William Devine**
  jdevine@devinegoodman.com

- **William Yates Durbin**
  WDurbin@paulweiss.com,fvella@paulweiss.com,cyang@paulweiss.com,jnoonan@paulweiss.com,mao_fednational@paulweiss.com,abaniel-stark@paulweiss.com

- **Howard Feller**
  hfeller@mcguirewoods.com

- **Tiffani B Figueroa**
  TFigueroa@mofo.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,mlaramie@paulweiss.com

- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **Peter E Greene**
  peter.greene@skadden.com

- **Alexander Guney**
  alexander.guney@sedgwicklaw.com

- **D. Bruce Hoffman**
  bhoffman@hunton.com,acordero@hunton.com

- **Peter K. Huston**
  phuston@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,hebalogi@sidley.com

- **Susan S. Joo**
  sjoo@hunton.com,jocampo@hunton.com

- **J. Brent Justus**
  bjustus@mcguirewoods.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com

- **Leslie Kostyshak**
  lkostyshak@hunton.com,jbeerbower@hunton.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com,mark-ladner-4922@ecf.pacerpro.com

- **Alexandra Eve Laks**
  alaks@mofo.com,gina-gerrish-5550@ecf.pacerpro.com,ggerrish@mofo.com,alexandra-laks-0787@ecf.pacerpro.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adrienne J Lighten**
  alighten@paulweiss.com

- **Casey Erin Lucier**
  clucier@mcguirewoods.com

- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com,luemers.martha@dorsey.com,hobbs.wendy@dorsey.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com,michelle-mantine-7250@ecf.pacerpro.com,dsharp@reedsmith.com,docketingecf@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,jeremy.feinstein@pnc.com,sament@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,robert.culhane@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Sean D. Meenan**
  smeenan@winston.com,recordssf@winston.com,pacercourtfile@winston.com,mcourtney@winston.com,docketsf@winston.com

- **Mark R Merley**
  Mark.Merley@APORTER.COM

- **Michael B. Miller**
  mbmiller@mofo.com,mike-miller-9381@ecf.pacerpro.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Laurence Motto**
  JMotto@winston.com,ahodgson@winston.com

- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com

- **Benjamin Robert Nagin**
  bnagin@sidley.com,nyefiling@sidley.com

- **Karen C Otto**
  karen.otto@aporter.com

- **Elizabeth P Papez**
  epapez@winston.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com

- **Angela Maryssa Porter**
  porter.angela@dorsey.com,vallant.tammy@dorsey.com

- **David Carlyle Powell**
  dpowell@mcguirewoods.com,usdocket@mcguirewoods.com,jtabisaura@mcguirewoods.com,mdylak@mcguirewoods.com,DQuinonez@mcguirewoods.com

- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,penny-preovolos-9506@ecf.pacerpro.com

- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com,fairbairn.mary@dorsey.com

- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com,SDMAcalendaring@sedgwicklaw.com,phyllis.flynn@sedgwicklaw.com,dennis.murphy@sedgwicklaw.com

- **Lauren Kelley Ross**
  lross@cravath.com,mao@cravath.com

- **Conor Michael Shaffer**
  cshaffer@reedsmith.com

- **Ashley Lynn Shively**
  ashively@reedsmith.com,dkelley@reedsmith.com,ashley-shively-0536@ecf.pacerpro.com,david-kelley-8209@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Ryan A Shores**
  rshores@hunton.com,gjenkins@hunton.com

- **Robert Yale Sperling**
  rsperling@winston.com

- **Christopher James Steskal**
  csteskal@fenwick.com,rchang@fenwick.com,kayoung@fenwick.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com,schow@tcolaw.com

- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **Jamie Danielle Wells**
  jwells@mcguirewoods.com,ladocket@mcguirewoods.com,dmolakides@mcguirewoods.com

- **Rowan D. Wilson**
  rwilson@cravath.com,mao@cravath.com,aklein@cravath.com,kkaplan@cravath.com

- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com,nyefiling@sidley.com

- **Catherine M Yang**
  CYang@paulweiss.com,mao_fednational@paulweiss.com

- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`