1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12  B & R SUPERMARKET, INC., d/b/a
    MILAM'S MARKET, *et al.*,                      No. C 16-01150 WHA
13
                Plaintiffs,
14
        v.                                         **ORDER RE PLAINTIFFS'**
15                                                 **DISCOVERY DISPUTES**
    VISA, INC., *et al.*,
16
                Defendants.
17  _____/

18        The law firm of Robbins Geller Rudman & Dowd LLP has filed two letter briefs

19  purporting to be simple discovery disputes (Dkt. Nos. 357, 360).  Between the two briefs,

20  however, the firm has submitted over a hundred pages of attached materials.  Similarly, the

21  response letter submitted by the law firm of Cravath, Swaine & Moore LLP included over fifty

22  pages of attached materials (Dkt. No. 367).  This practice is inconsistent with the streamlining

23  purpose of letter briefing procedures for discovery disputes.

24        The hearing on plaintiffs' discovery disputes currently set for November 29 is

25  **CANCELLED**.  Discovery matters in this action are hereby **REFERRED** to a Magistrate Judge to

26  be determined.  Counsel for both sides are responsible for timely bringing discovery disputes

27  before the Magistrate Judge so that all such disputes will be resolved, and their resolutions

28

*United States District Court*
For the Northern District of California

1    implemented, by the discovery cutoff deadline.  The Court is unlikely to grant any deadline

2    extensions on the basis that the Magistrate Judge has not yet ruled on a discovery dispute.

3

4          **IT IS SO ORDERED.**

5

6    Dated:  November 28, 2016.



7                                                                    WILLIAM ALSUP
                                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California