IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., *et al.*,

    Plaintiffs,

  v.

VISA, INC., *et al.*,

    Defendants.

                                         /

No. C 16-01150 WHA

**ORDER RE ADMINISTRATIVE MOTION TO ISSUE LETTER ROGATORY AND APPOINT COMMISSIONER**

The Court has reviewed defendants' unopposed administrative motion to issue a letter rogatory and appoint a commissioner pursuant to the Hague Convention (Dkt. Nos. 388–89). The undersigned is reluctant, however, to sign his name to a proposed letter rogatory riddled with typographical errors. To give just two *nonexhaustive* examples:

- "The United States District Court for the Northern District of California presents its complements [*sic*] to the French Central Authority . . ." (Dkt. No. 388-1 at 2).

- "On September 30, 2016, the Court *granted* Defendants' motion to dismiss with respect to the four credit card networks, *but granted* it with respect to the other defendants" (*id.* at 7 (emphasis added)).

Counsel shall please carefully review the proposed order and letter rogatory, correct all typographical errors therein — including, *but not limited to*, those pointed out in this order — and file error-free versions of said documents in support of this administrative motion.

**IT IS SO ORDERED.**

Dated: February 7, 2017.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE