1  CRAVATH, SWAINE & MOORE LLP

2  DAMARIS HERNANDEZ (4576450)
   KELSIE A. DOCHERTY (5394622)
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Fax: (212) 474-3700
5  rwilson@cravath.com
   lross@cravath.com
6

7  Attorneys for Defendant American Express Company

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | B&R SUPERMARKET, INC. ; GROVE LIQUORS, LLC, | |
|---|---|
| Plaintiffs, | |
| v. | |
| VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association, | CASE NO. 3:16-CV-01150-WHA<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |
| Defendants. | |

1   TO THE HONORABLE WILLIAM ALSUP AND ALL COUNSEL OF RECORD:

2   Pursuant to Civil L.R. 11-5, notice is hereby given that, effective February 6, 2017, Rowan D. Wilson has retired from the Firm of Cravath, Swaine & Moore LLP.  Therefore, please withdraw his appearance in the above-captioned matter for defendant American Express Company and remove his name from the Court's and counsel's service lists.  Kelsie Docherty and I, along with Christopher James Steskal of Fenwick & West, will continue to represent American Express Company in this matter.

Dated:  February 7, 2017

By:   s/ Damaris Hernandez
Damaris Hernandez

CRAVATH, SWAINE & MOORE LLP

DAMARIS HERNANDEZ
(4576450)
KELSIE A. DOCHERTY (5394622)
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
dhernandez@cravath.com
kdocherty@cravath.com

Attorneys for Defendant American Express Company