# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B & R Supermarket, Inc., et al.,

    Plaintiff(s),

v.

VISA, Inc., et al.,

    Defendant(s).

Case No: 3:16-cv-01150

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michelle K. Parikh, an active member in good standing of the bar of Appellate Division, Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mastercard International Incorporated in the above-entitled action. My local co-counsel in this case is Stephen E. Taylor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP 2001 K Street NW, Washington, DC 20006 | Taylor & Patchen, LLP, One Ferry Building #355, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (202) 223-7332 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 788-8200 |
| MY EMAIL ADDRESS OF RECORD: mparikh@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: staylor@taylorpatchen.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4293460.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/08/17

Michelle K. Parikh
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle K. Parikh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 8, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE