ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
DAVID W. MITCHELL (199706)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
ANGEL P. LAU (286196)
LONNIE A. BROWNE (293171)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
alau@rgrdlaw.com
lbrowne@rgrdlaw.com

DEVINE GOODMAN RASCO &
  WATTS-FITZGERALD, LLP
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL 33134
Telephone: 305/374-8200
305/374-8208 (fax)
jdevine@devinegoodman.com
lgoodman@devinegoodman.com
rkuntz@devinegoodman.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>                      Defendants. | Case No. 3:16-cv-01150-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL UPDATED PURSUANT TO DKT. NO. 432 |

1245913_1

The Court, having considered Plaintiffs' Administrative Motion to File Under Seal, and all papers filed in support thereof, and good cause being shown,

IT IS HEREBY ORDERED that the Administrative Motion to Seal is GRANTED, and the following documents are to be sealed:

| |
|---|
| Unredacted version of Plaintiffs' Memorandum in Support of Motion for Class Certification; |
| Exhibit 1 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1); |
| Exhibit 10 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1); |
| Exhibit 13 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1); |
| Exhibit 17 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1); |
| Exhibit 23 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1); |
| Exhibit 28 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1); and |
| Portions of Exhibit 29 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 433-1). |

IT IS SO ORDERED.

DATED: March 21, 2017.

_____
THE HONORABLE WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

1245913_1  [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ~~UPDATED PURSUANT TO DKT. NO. 432~~ - 3:16-cv-01150-WHA - 1 -