**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
XanB@rgrdlaw.com

March 30, 2017

VIA ECF

The Honorable William Alsup
United States District Court for the
  Northern District of California
450 Golden Gate Ave., Ctrm. 8 – 19th Floor
San Francisco, CA  94102

> Re:   *B & R Supermarket, Inc., et al v. Visa, Inc. et al*,
>       No. 3:16-cv-01150-WHA (N.D. Cal.)

Dear Judge Alsup:

Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) ("Plaintiffs") here respond to the précis submitted by Defendants Mastercard International Inc., Visa Inc., Visa U.S.A. Inc. and Discover Financial Services (but not defendant American Express) regarding the request for leave to file a motion to strike the testimony of Plaintiffs' expert Professor Micah Officer, under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993).  Dkt. No. 443.  Plaintiffs respectfully request the Court deny the motion or, alternatively, put off briefing the motion until Defendants have submitted any expert reports in support of their opposition to class certification so that the parties may simultaneously brief motions regarding experts, if necessary.  Under their proposal, Defendants would have their motion to strike briefed prior to the scheduled class certification hearing, but Plaintiffs would not have the same opportunity to seek to strike Defendants' expert(s) prior to the May 11, 2017 hearing as Defendants have not yet responded to Plaintiffs' motion for class certification nor disclosed any expert testimony, although we fully expect they will when they file their opposition on April 7, 2017.  By waiting to submit their précis and failing to propose a joint schedule regarding the briefing of motions to strike, Defendants have ensured that Plaintiffs will be prejudiced by the timing.  Many of the arguments Defendants preview in

**Robbins Geller Rudman & Dowd LLP**

Hon. William Alsup
March 30, 2017
Page 2

their précis can easily be made in their upcoming opposition to class certification, but instead they want an entire additional brief and reply. This is improper.

Defendants' précis fails to show that a motion to strike is warranted. In fact, it is simply another effort by Defendants to evade – or at least delay – taking responsibility for their now-obvious conspiratorial conduct. Plaintiffs presented significant authority regarding the standards for economic expert evidence at the class certification stage and demonstrated that Professor Officer has met these standards. *See* Dkt. No. 433 at 19-21. In their précis, Defendants simply ignore this well-settled law and Plaintiffs' faithful application of this law to the facts. First, Plaintiffs established that at the class certification stage, antitrust impact does not need to be established as a matter of fact; rather, "Plaintiffs need only advance a plausible methodology to demonstrate that antitrust injury can be proven on a class-wide basis." *See In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. M 02-1486 PJH, 2006 U.S. Dist. LEXIS 39841, at *45 (N.D. Cal. June 5, 2006). Second, Plaintiffs demonstrated that econometric formula or other statistical analysis such as that provided by Professor Officer "has often been accepted at the certification stage." *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-md-2143 RS, 2016 U.S. Dist. LEXIS 15899, at *56-*57 (N.D. Cal. Feb. 8, 2016) (citing *In re Graphics Processing Units Antitrust Litig.*, 253 F.R.D. 478, 491 (N.D. Cal. 2008)). As Plaintiffs explained, what is important at the class certification stage is that damages and any model purporting to establish damages are appropriately tied to a plaintiff's theory of liability. Professor Officer's model checks all of the boxes. *See* Dkt. No. 433, §§V.E.1.b.(2) & V.E.1.c.

The theory of liability in this case is simple: four competitors agreed to impose and maintain the Liability Shift, assigning new codes for chargebacks and shifting monies owed from issuers to merchants. The "but-for" world is straightforward, with the Defendants' own records identifying the unlawful charges.

Robbins Geller
Rudman & Dowd LLP

Hon. William Alsup
March 30, 2017
Page 3

Thus, contrary to Defendants' contentions, *Comcast Corp. v. Behrend*, __U.S.__, 133 S. Ct. 1426 (2013), poses no bar to certification here.  Plaintiffs' proposed model measures only those damages directly attributable to the theory of antitrust liability, which Plaintiffs have shown is amenable to proof through evidence common to the proposed class.  *See Leyva v. Medline Indus.*, 716 F.3d 510, 514 (9th Cir. 2013) (citing *Comcast*, 133 S. Ct. at 1433); Dkt. No. 433, §V.E.1.a.  The opinions and methodology presented by Professor Officer are plainly admissible under Fed. R. Evid. 702 and *Daubert*.  His opinions are the product of reliable principles and methods and will be helpful to the trier of fact.  That is the standard.  "Expert testimony is admissible under Rule 702 if it is both relevant and reliable." *In re Lidoderm Antitrust Litig.*, No. 14-md-02521 WHO, 2017 U.S. Dist. LEXIS 24097, at *112 (N.D. Cal. Feb. 21, 2017).  Where there is conflict regarding an expert's testimony "'it is to be attacked by cross examination, contrary evidence, and attention to the burden of proof, not exclusion.'"  *Id*. (quoting *Primiano v. Cook*, 598 F.3d 558, 564 (9th Cir. 2010)).

Defendants may disagree with the proposed "but-for" world or they may wrongly argue that damages do not flow directly from them to Plaintiffs, but these are all arguments inapt for this stage of the litigation because Plaintiffs are not required to "'prove the merits of their case-in-chief at the class certification stage . . . [i]t is unnecessary to delve further into the merits by going point-by-point through each expert's theory to decide who has designed the "better" [methodology].'"  *In re TFT-LCD Antitrust Litig*, 267 F.R.D. 583, 604 (N.D. Cal. 2010) (citation omitted).  Professor Officer has provided a workable method for determining impact and damages.  Defendants' proposed motion to strike will only result in a needless waste of resources and thus should be denied or, alternatively, put on a schedule so that simultaneous motions to strike can be considered by the Court.

1249745_1

**Robbins Geller Rudman & Dowd LLP**

Hon. William Alsup
March 30, 2017
Page 4

                                          Respectfully submitted,

                                          ALEXANDRA S. BERNAY

cc:     All Counsel of Record (*via* ECF)

1249745_1

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 30, 2017.

    s/ Alexandra S. Bernay
    ALEXANDRA S. BERNAY

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-8498
    Telephone:  619/231-1058
    619/231-7423 (fax)
    E-mail:  xanb@rgrdlaw.com

1249745_1

# Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Courtney Bedell Averbach**
  caverbach@reedsmith.com,courtney-averbach-3429@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,cshanahan@reedsmith.com,scott-baker-8371@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,cristi-shanahan-4367@ecf.pacerpro.com,drothschild@reedsmith.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Peter T. Barbur**
  pbarbur@cravath.com,mao@cravath.com,cgessner@cravath.com

- **John Eliot Beerbower**
  jbeerbower@hunton.com

- **Paul Belonick**
  pbelonick@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,paul-belonick-5747@ecf.pacerpro.com

- **Craig A Benson**
  CBenson@paulweiss.com,mao_fednational@paulweiss.com

- **Jane Petersen Bentrott**
  jbentrott@mofo.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com,schateauneuf@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com,dalioto@reedsmith.com

- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com,roadfeldt.christi@dorsey.com

- **Lonnie Anthony Browne**
  LBrowne@rgrdlaw.com

- **Cheryl Ann Cauley**
  ccauley@taylorpatchen.com,schow@taylorpatchen.com

- **Isaac Daniel Chaput**
  ichaput@cravath.com

- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com,melissa-colon-bosolet-1976@ecf.pacerpro.com

- **Dana Lynn Cook-Milligan**
  dlcook@winston.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John William Devine**
  jdevine@devinegoodman.com

- **Kelsie A Docherty**
  kdocherty@cravath.com

- **Matthew A Eisenstein**
  matthew.eisenstein@aporter.com,Jessica.Caterina@aporter.com,Mitchell.Stern@aporter.com

- **Howard Feller**
  hfeller@mcguirewoods.com

- **Tiffani B Figueroa**
  TFigueroa@mofo.com

- **Stephanie Ilana Fine**
  stephanie.fine@aporter.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,mlaramie@paulweiss.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com,david-graham-9409@ecf.pacerpro.com

- **Peter E Greene**
  peter.greene@skadden.com

- **Alexander Guney**
  alexander.guney@sedgwicklaw.com

- **James Franklin Herbison**
  jherbiso@winston.com

- **Damaris Hernandez**
  dhernandez@cravath.com,mao@cravath.com

- **D. Bruce Hoffman**
  bhoffman@hunton.com,acordero@hunton.com

- **Peter K. Huston**
  phuston@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com,hebalogi@sidley.com,peter-huston-4120@ecf.pacerpro.com

- **Susan S. Joo**
  sjoo@hunton.com,jocampo@hunton.com

- **J. Brent Justus**
  bjustus@mcguirewoods.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com

- **Jeffrey L. Kessler**
  jkessler@winston.com,pacercourtfile@winston.com,docketsf@winston.com,docketny@winston.com

- **Ali Klein**
  aklein@cravath.com

- **Leslie Kostyshak**
  lkostyshak@hunton.com,jbeerbower@hunton.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com,mark-ladner-4922@ecf.pacerpro.com

- **Alexandra Eve Laks**
  alaks@mofo.com,gina-gerrish-5550@ecf.pacerpro.com,ggerrish@mofo.com,alexandra-laks-0787@ecf.pacerpro.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adrienne J Lighten**
  alighten@paulweiss.com

- **Casey Erin Lucier**
  clucier@mcguirewoods.com

- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com,luemers.martha@dorsey.com,evans.elyssa@dorsey.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com,michelle-mantine-7250@ecf.pacerpro.com,dsharp@reedsmith.com,docketingecf@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,sament@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@apks.com,robert.culhane@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Sean D. Meenan**
  smeenan@winston.com,recordssf@winston.com,pacercourtfile@winston.com,mcourtney@winston.com,docketsf@winston.com

- **Mark R Merley**
  Mark.Merley@APORTER.COM

- **Michael B. Miller**
  mbmiller@mofo.com,mike-miller-9381@ecf.pacerpro.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph Laurence Motto**
  JMotto@winston.com,ahodgson@winston.com

- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com

- **Benjamin Robert Nagin**
  bnagin@sidley.com,nyefiling@sidley.com,benjamin-nagin-5091@ecf.pacerpro.com

- **Karen C Otto**
  karen.otto@aporter.com

- **Elizabeth P Papez**
  epapez@winston.com

- **Michelle Parikh**
  MParikh@paulweiss.com,JNoonan@paulweiss.com,mao_fednational@paulweiss.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com

- **Angela Maryssa Porter**
  porter.angela@dorsey.com,vallant.tammy@dorsey.com

- **David Carlyle Powell**
  dpowell@mcguirewoods.com,usdocket@mcguirewoods.com,jtabisaura@mcguirewoods.com,mdylak@mcguirewoods.com,DQuinonez@mcguirewoods.com

- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,penny-preovolos-9506@ecf.pacerpro.com

- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com,fairbairn.mary@dorsey.com

- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com,SDMAcalendaring@sedgwicklaw.com,phyllis.flynn@sedgwicklaw.com,dennis.murphy@sedgwicklaw.com

- **Lauren Kelley Ross**
  lross@cravath.com,mao@cravath.com

- **Michael Adam Rubin**
  michael.rubin@apks.com

- **Conor Michael Shaffer**
  cshaffer@reedsmith.com

- **Ashley Lynn Shively**
  ashively@reedsmith.com,dkelley@reedsmith.com,ashley-shively-0536@ecf.pacerpro.com,david-kelley-8209@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Ryan A Shores**
  rshores@hunton.com,gjenkins@hunton.com

- **Robert Yale Sperling**
  rsperling@winston.com

- **Christopher James Steskal**
  csteskal@fenwick.com,kayoung@fenwick.com,jtosches@fenwick.com

- **Stephen E. Taylor**
  staylor@taylorpatchen.com,schow@taylorpatchen.com,cdunbar@taylorpatchen.com

- **Diana Viggiano Valdivia**
  dvaldivia@paulweiss.com

- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **Ross E Weingarten**
  RWeingarten@paulweiss.com,mao_fednational@paulweiss.com

- **Jamie Danielle Wells**
  jwells@mcguirewoods.com,ladocket@mcguirewoods.com,dmolakides@mcguirewoods.com

- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com,nyefiling@sidley.com,jennifer-wong-7703@ecf.pacerpro.com

- **Catherine M Yang**
  CYang@paulweiss.com,mao_fednational@paulweiss.com

- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)