WINSTON & STRAWN LLP
North America  Europe  Asia

101 California Street
San Francisco, CA 94111
T +1 415 591 1000
F +1 415 591 1400

April 10, 2017

The Honorable William Alsup
United States District Court
for the Northern District of California
450 Golden Gate Avenue, Ctrm. 8 – 19th Floor
San Francisco, CA 94102

**Re:** *B & R Supermarket, Inc., et al. v. Visa, Inc., et al.*, USDC Case No.: **3:16-cv-01150-WHA**

Dear Judge Alsup:

Pursuant to the Court's April 22, 2016 Case Management Order (Dkt. No. 251), Defendant Discover Financial Services hereby respectfully responds to inaccuracies in Plaintiffs' April 6, 2017 précis (Dkt. No. 453) requesting leave to respond to Discover's Statement of Non-Opposition to Defendants Mastercard and Visa's Motion to Transfer to the Eastern District of New York, or to Stay this Action (Dkt. No. 450).

Plaintiffs' précis characterizes Discover's response to Visa and Mastercard's transfer motion as an improper "extra brief." (Précis at 3.) This claim ignores the Court's rules and basic due process. "Parties whose rights are to be affected are entitled to be heard." *Baldwin v. Hale*, 68 U.S. 1 223, 233 (1863). And Civil Local Rule 7-3(b) provides that "[i]f the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition." Civil L.R. 7-3(b). That is what Discover did, because the transfer motion asks this Court to send this case, including Plaintiffs' claims against Discover, to New York, and is therefore "directed" at both Plaintiffs and Discover. The outcome of the motion will undeniably affect Discover's rights, as will any decision on the possible stay the Court (not Discover) raised as a potential alternative to transfer, (Dkt. No. 423), as Discover explained in addressing the unique risk of inconsistent judgments and prejudice it faces from the incompatible positions Plaintiffs have apparently taken in this case and the sealed proceedings in New York (Dkt. No. 450).

Plaintiffs had no right to assume Discover would have no view on these issues, and made this



The Honorable William J. Alsup
April 10, 2017
Page 2

assumption at their peril. Their request to strike Discover's statement of non-opposition is improper under Civil Local Rule 7-3(b). And their request to file a responsive brief should likewise be denied, because there is no authority for it and the record before the Court speaks for itself. If the Court nonetheless allows a response, Discover respectfully requests leave to file a reply so it may address the unfounded claim of "gamesmanship" and other points Plaintiffs propose to address. (Précis at 3.)

Dated: April 10, 2017    Respectfully submitted,

By: */s/ Elizabeth P. Papez*
Elizabeth P. Papez (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
*epapez@winston.com*

Jeffrey L. Kessler (*pro hac vice*)
Eva W. Cole (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*jkessler@winston.com*
*ewcole@winston.com*

Sean D. Meenan
Jeanifer E. Parsigian
Dana Cook-Milligan
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
*smeenan@winston.com*
*jparsigian@winston.com*
*dlcook@winston.com*

Attorneys for Defendant
DISCOVER FINANCIAL SERVICES