Stephen E. Taylor (SBN 058452)
staylor@taylorpatchen.com
Cheryl A. Cauley (SBN 252262)
ccauley@taylorpatchen.com
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiffs, <br><br>v. <br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; and EMVCo, LLC, <br><br>Defendants. | Case No.: 16-CV-01150 (WHA) <br><br>**PROOF OF SERVICE RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** <br><br>Honorable William Alsup |

PROOF OF SERVICE: CASE NO. 16-cv-01150 (WHA)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On April 12, 2017, I served true and correct copies of the following documents

1. **DEFENDANTS MASTERCARD, VISA, AND DISCOVER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L. R. 7-11 AND 79-5;**

2. **DECLARATION OF MICHELLE K. PARIKH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

3. **DECLARATION OF JENNIFER GOODFELLOW IN PARTIAL SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

4. **DECLARATION OF STEPHANIE ERICKSEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

5. **DECLARATION OF LISA DAVIS GEORGE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

6. **DECLARATION OF JONATHAN RICHARD LUTINSKI IN PARTIAL SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

7. **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; and**

8. **ATTACHMENT A (List of the Third Party Documents Designated "Confidential" or "Highly Confidential" Referenced in the Kaplan Report and/or Defendants' Opposition to Plaintiffs' Motion for Class Certification)**

on the interested parties in this action as follows:

///

///

///

///

| | |
|---|---|
| **Morrison & Foerster LLP** | |
| Penelope A. Preovolos<br>Alexandra E. Laks<br>425 Market Street<br>San Francisco, CA 94105 | ppreovolos@mofo.com<br>alaks@mofo.com |
| Mark P. Ladner<br>Tiffani B. Figueroa<br>Michael B. Miller<br>Natalie A. Fleming Nolen<br>250 West 55th Street<br>New York, NY 10019 | mladner@mofo.com<br>tfigueroa@mofo.com<br>mmiller@mofo.com<br>nflemingnolen@mofo.com |
| Jane Petersen Bentrott<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | jbentrott@mofo.com |
| ***Counsel for Bank of America, N.A.*** | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent from e-mail address schow@taylorpatchen.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of April, 2017, at San Francisco, California.

*/s/ Stefanie E. Chow*
Stefanie E. Chow