Stephen E. Taylor (SBN 058452)
staylor@taylorpatchen.com
Cheryl A. Cauley (SBN 252262)
ccauley@taylorpatchen.com
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; and EMVCo, LLC, <br><br> Defendants. | Case No.: 16-CV-01150 (WHA) <br><br> **PROOF OF SERVICE RE: DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED'S ADMINISTRATIVE MOTION TO EXTEND TIME FOR NON-PARTY BANK OF AMERICA, N.A. UNDER CIVIL LOCAL RULES 7-11 AND 79-5(E)(1)** <br><br> Honorable William Alsup |

1  At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On April 12, 2017, I served true and correct copies of the following documents

1. **DEFENDANT MASTERCARD'S ADMINISTRATIVE MOTION TO EXTEND TIME FOR NON-PARTY BANK OF AMERICA, N.A. UNDER CIVIL LOCAL RULES 7-11 AND 79-5(E)(1); and**

2. **[PROPOSED] ORDER GRANTING DEFENDANT MASTERCARD'S ADMINISTRATIVE MOTION TO EXTEND TIME FOR NON-PARTY BANK OF AMERICA, N.A. UNDER CIVIL LOCAL RULES 7-11 AND 79-5(E)(1)**

on the interested parties in this action as follows:

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Penelope A. Preovolos<br>Alexandra E. Laks<br>425 Market Street<br>San Francisco, CA 94105 | ppreovolos@mofo.com<br>alaks@mofo.com |
| Mark P. Ladner<br>Michael B. Miller<br>Natalie A. Fleming Nolen<br>250 West 55th Street<br>New York, NY 10019 | mladner@mofo.com<br>mmiller@mofo.com<br>nflemingnolen@mofo.com |
| Jane Petersen Bentrott<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>*Counsel for Bank of America, N.A.* | jbentrott@mofo.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent from e-mail address schow@taylorpatchen.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 12th day of April, 2017, at San Francisco, California.

_____
Stefanie E. Chow