IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., *et al.*,

    Plaintiffs,

  v.

VISA, INC., *et al.*,

    Defendants.

No. C 16-01150 WHA

**NOTICE RE HEARING ON MOTION TO TRANSFER**

    The Court has reviewed plaintiffs' statement of non-opposition to the pending motion to transfer this action to the Eastern District of New York (Dkt. No. 492). Notwithstanding plaintiffs' change in position, counsel for both sides shall please appear at the motion hearing on Thursday. The Court has questions it wishes to ask of both sides. For example, unlike in a normal multidistrict litigation, if this action transfers to the Eastern District of New York it will be for all purposes, not just to coordinate overlapping discovery. The district court has no authority to transfer for limited purposes. What, then, will become of this action if all other cases in the MDL end up returning to their respective home districts?

Dated: April 25, 2017.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE